AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____ALABAMA_____

BELINDA STOUGH

V.

JAMESON INNS a company owned or operated
by KITCHIN HOSPITALITY LLC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  3:05-CV-00421-SRW

TO: (Name and address of Defendant)

JAMESON INNS a company owned by KITCHINS HOSPTIALITY LLC.
c/o reg. agent C T COPORATION SYSTEM
60 COMMERCE ST SUITE 1100
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANGELA J. HILL
ATTORTNEY AT LAW
116 MADISON ST.
ALEXANDER CITY, AL 35010

RETURNED AND FILED

MAY 1 3 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

May 11, 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date    *Signature of Server*

                             _____
                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

U.S. CLERK COUR[
P.O. BOX 711
MONTGOMERY, AL 36101

7004 2890 0000 9798 2139

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

(Transfer from service label)

2. Article Number
7004 2890 0000 9798 2139

3. OS04141 (cmp + summ 2004)

1. Article Addressed to:

JAMESON INNS a company owned by
KITCHINS HOSPITALITY LLC, c/o reg.
agent C T COPORATION SYSTEM
60 COMMERCE ST SUITE 1100
MONTGOMERY, AL 36104

3. Service Type
☐ Express Mail
☐ Certified Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                              ☐ Agent
                                               ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JAMESON INNS a company owned by
KITCHINS HOSPITALITY LLC, c/o reg.
agent C T COPORATION SYSTEM
60 COMMERCE ST SUITE 1100
MONTGOMERY, AL 36104


