**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAMESON INNS a company owned by
   KITCHENS HOSPITALITY LLC
   2000 Interstate Park Drive
   Suite 204
   Montgomery, AL 36109

   3:05cv421 (alias summ + cmp) 20 dys

2. Article Number (Transfer from service label)

   7004 2890 0000 9798 2153

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Sm.Th                         05-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509