UNITED STATES DISTRICT COURT
MIDDLE DISTRIT OF ALABAMA
EASTERN DIVISION

RECEIVED

2005 JUN 30 A 10: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BELINDA STOUGH,       :
                      :
    Plaintiff,        :
                      :
v.                    :    CASE NO. 3:05cv421-W
                      :
JAMESON INNS, a company :
owned or operated by    :
KITCHIN HOSPITALITY, LLC, :
                      :
    Defendant.        :

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Jameson Inns respectfully submits to the Court its Corporate Disclosure Statement and states that it has no parent companies, subsidiaries or affiliates that have issued shares to the public. Jameson Inns, Inc. is a public company and is the parent of Kitchin Hospitality, LLC.

This 24 day of June, 2005.

IRVIN, STANFORD & KESSLER, LLP

By: _____
Gary R. Kessler
Alabama Bar No. ASB-0251-L52G
IRVIN, STANFORD & KESSLER, LLP
3060 Peachtree Road, N.W.
Suite 1050
Atlanta, Georgia 30305
404-237-1020 (office)
404-237-1047 (facsimile)
gkessler@isklaw.com
**COUNSEL FOR DEFENDANT**

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRIT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a copy of the foregoing Defendant's Corporate Disclosure Statement by depositing same in the United States Mail, adequate first-class postage affixed thereto, and addressed as follows:

Angela J. Hill, Esq.
116 Madison Street
Alexander City, Alabama 35010

This 24 day of June, 2005.

_____
Gary R. Kessler

2