IN THE DISTRICT COURT OF THE UNITED STATES
IN THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| V. ) | **CASE NO. 3:05cv421-W** |
| ) | |
| **JAMESON INNS a** ) | |
| **company owned or operated by** ) | |
| **KITCHIN HOSPITALITY, LLC.** ) | |
| ) | |
| **DEFENDANT.** ) | |

**REPORT OF PARTIES PLANNING MEETING PURSUANT TO RULE 26F**

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on June 30, 2005 via telephone conference and was attended by:

Angela J. Hill for Plaintiff Belinda Stough
Gary Kessler for Defendant Jameson Inns

2. **Pre-Discovery Disclosures.** The parties will exchange by August 1, 2005 the information required by Federal Rule of Civil Procedure 26(a)(1).

3. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiff's claims and damages and Defendant's defenses.

All discovery commenced in time to be completed by January 30, 2006.

I     Plaintiff's allegations of discrimination;
II    Plaintiff's job performance;
III   Plaintiff's alleged damages;
IV   Defendant's evaluation of Plaintiff's job performance;
V    Defendant's reasons for its employment decisions regarding Plaintiff's employment;
VI   Any additional discovery deemed necessary by the Parties.

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 20 requests for production by each party to any other party. Response due 30 days after service.

Maximum of 40 requests for admission by each party to any other party. Response due 30 days after service.

Maximum of 7 depositions by Plaintiff and 7 by Defendant.

Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by October 1, 2006
From Defendant by November 1, 2006

Supplements under Rule 26 (e) due November 3, 2006

4. **Other items**

The parties do not request a conference with the court before entry of a scheduling order.

The parties request a pretrial conference in June 2006.

Plaintiff should be allowed until November 1, 2005 to join additional parties and until November 15, 2005 to amend the pleadings.

Defendant should be allowed until December 1, 2005 to join additional parties and until December 15, 2005 to amend the pleadings.

All potentially dispositive motions should be filed by February 1, 2006.

Final lists of witnesses and exhibits under Rule 26(a) (3) should be due:

From the Plaintiff by July 18, 2006.
From the Defendant by July 15, 2006.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26 (a) (3).

The case should be ready for trial by August 21, 2006 and at this time is expected to take approximately 2 days.

Submitted this 25th day of July 2005.

S/ ATTORNEY GARY KESSLER(ASB-0251-L52G)     S/ ANGELA J. HILL(HIL052)
ONE BUCKHEAD PLAZA                           116 Madison St.
3060 PEACHTREE ROAD, SUITE 1050              Alexander City, AL 35010
ATLANTA, GA 30305                            256-329-1441
                                             256-329-1442 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of July, 2005, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to the following:

ATTORNEY GARY KESSLER
ONE BUCKHEAD PLAZA
3060 PEACHTREE ROAD, SUITE 1050
ATLANTA, GA 30305

                                              s/ Angela J. Hill

                                              ANGELA J. HILL
Attorney at Law
116 Madison St.
Alexander City, AL 35010
256-329-1441
256-329-1442 fax
ajhilllawoffice@bellsouth.net
HIL052