RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

2005 AUG 17 A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Belinda Stough

Plaintiff(s),

v.

Jameson Inns,

Defendant(s).

CIVIL ACTION NO. 3:05-CV-421

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8-16-05
Date

Signature

Belinda Stough
Counsel For (print name of all parties)

116 Madison Street, Alexander City, Alabama 35010
Address, City, State Zip Code

256-329-1441
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
Post Office Box 711
**Montgomery, AL 36101**