RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

2005 AUG 30 P 2: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **Belinda Stough**                    , ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v.                              ) | CIVIL ACTION NO. **3:05cv421-W** |
| **Jameson Inns, a company owned** ) | |
| **or operated by Kitchin** ) | |
| **Hospitality, LLC** ) | |
| Defendant(s). ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_August 29, 2005_                _A___ _____
Date                        Signature

_Kitchin Hospitality, LLC_____
Counsel For (**print** name of all parties)

_3060 Peachtree RD NW Suite 1050_
Address, City, State Zip Code   _Atlanta, Georgia 30305_

_404-237-1020_____
Telephone Number

### DO NOT FILE THIS DOCUMENT ELECTRONICALLY.
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101