## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned and/ or operated by KITCHIN HOSPITALITY, LLC,** | ) **3:05cv421-W** ) ) ) |
| **Defendants.** | ) ) |

## **NOTICE OF APPEARANCE**

Comes now, Jon C. Goldfarb, of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as counsel for Plaintiff Belinda Stough, in the above-styled case.

DATED: November 23, 2005

                                      Respectfully submitted

                                      s/Jon C. Goldfarb
                                      Jon C. Goldfarb
                                      Counsel for Plaintiff

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis P.C.
The Kress Building
301 19th St. N.
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

      I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy VIA US Mail on the following counsel of record:

Clifton S. Price, II
Kracke & Thompson, LLP
808 29th Street South, Suite 300
Birmingham, Alabama 35205
Telephone No.: (205) 933-2756

Norman Hurst, Esq.,
462 A Sayre Street
Montgomery, Alabama 36104

on this the __23rd__ day of __November__, 2005.

                                                  s/ Jon C. Goldfarb
                                                  OF COUNSEL