# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **BELINDA STOUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned** | ) | **3:05cv421-W** |
| **and/ or operated by KITCHIN** | ) | |
| **HOSPITALITY, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Comes now, Kell A. Simon, of the law firm Wiggins, Childs, Quinn &

Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203,

and hereby appears as counsel for Plaintiff, Belinda Stough, in the above-styled case.

DATED: November 29, 2005

Respectfully submitted,


s/Kell A. Simon
Kell A. Simon
Counsel for Plaintiff

**OF COUNSEL:**

Wiggins, Childs, Quinn & Pantazis P.C.
The Kress Building
301 19th St. N.
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

Law Office of Angela J. Hill
16 Madison Street
Alexander City, Alabama 35010
Telephone No.: (256) 329-1441
Facsimile No.: (256) 329-1442

**CERTIFICATE OF SERVICE**

       I do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy VIA US Mail on the following counsel of record:

Gary R. Kessler, Esq.,
Irvin, Stanford & Kessler
3060 Peachtree Road
Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047

on this the ___29th___ day of _November_, 2005.

                 s/ Kell A. Simon
                 OF COUNSEL