IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**MOTION GRANTED**

THIS 5th DAY OF December, 2005

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **BELINDA STOUGH,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 3:05cv421-W |
| **JAMESON INN, a company owned and/ or operated by KITCHIN HOSPITALITY, LLC,** | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**COMES NOW** the plaintiff, Belinda Stough, by and through her undersigned counsel, and moves this Court to grant her leave to amend her complaint to clarify the pleadings and to timely add certain causes of action. As grounds for this Motion, the plaintiff states as follows:

1. The plaintiff has timely filed this motion to amend the pleadings. The original scheduling order entered by the Court set the deadline for the plaintiff to amend the pleadings as December 20, 2005.

2. The undersigned counsel has recently entered an appearance to represent the plaintiff in this case.

3. In this amended complaint, the plaintiff seeks to clarify her claims and add an Equal Pay Act claim.

4. Rule 15(a) of the Federal Rules of Civil Procedure provides that "leave [to amend pleadings] shall be freely given when justice so requires." In *Forman v. Davis*, the Supreme Court announced the standard to be applied by district courts in evaluating the