# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned** ) | **3:05cv421-W** |
| **and/ or operated by KITCHIN** ) | |
| **HOSPITALITY, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF PENDING DEADLINES

**COMES NOW** the plaintiff in the above-styled cause and respectfully moves this Honorable Court to the extend all pending deadlines in the case , including the deadlines for discovery and dispositive motions by sixty (60) days.  As grounds for this motion, plaintiff states as follows:

1.    The current dispositive motion deadline in this case is April 10, 2006, and the discovery deadline is June 26, 2006.

2.    Lead counsel in the case, Jon Goldfarb, entered an appearance in this case on November 23, 2005.   Thereafter, plaintiff's counsel has been diligently pursuing discovery, including conducting paper discovery and  working with the

1

defendant in good faith to schedule the depositions plaintiff needs to prosecute the case.

3. Despite the efforts of plaintiff's counsel, however, various factors have arisen which have caused a need for an extension of the discovery process. For example, Lead counsel for the plaintiff will be in trial the week of March 6, 2006, in *Lowery v. Steward Machine Company*, CV-05-IPJ-00332-S, (N. D. Ala). The trial of that case is expected to last approximately four days. Subsequently, lead counsel has three trials scheduled for April, including trials on April 2, 2006, in *Warren v. Southern Comfort Conversions*, CV-04-BE-2594-S (N.D. Ala.), April 18, 2006 in *Pritchett v. Werner Company, Inc.* CV-04-BE-0249-E, (N.D. Ala.), and April 24, 2006 in *McGhee v. Steward Machine Company*, CV-04-04-AR-2349-S, (N. D. Ala.). Moreover, during the week of March 20, 2006, lead counsel is scheduled to travel out of state on a prepaid vacation with his entire family that has been planned for more than a year.

4. Plaintiff's lead counsel has attempted to work with defense counsel to schedule depositions with defense counsel based on his availability in March and early April, but these efforts have been mostly unsuccessful. In addition, the parties have actively been attempting to resolve pending discovery issues without the necessity of involving the Court. The requested extension may obviate the need for

the plaintiff to immediately file a motion to compel regarding issues that potentially can be resolved without the Court's involvement.

5. The requested extension will allow lead counsel time to conduct the necessary depositions in the case and obtain important discovery prior to conducting the depositions, hopefully without involving the Court.

6. The defendant opposes the requested extension.

**WHEREFORE, PREMISES CONSIDERED,** the plaintiff respectfully moves this Honorable Court to enter an order extending all pending deadlines in the case sixty (60) days, including the dispositive motion and discovery deadlines to June 9, 2006, and August 25, 2006 respectively.

Respectfully submitted,

s/Maury S. Weiner
Jon C. Goldfarb
Maury S. Weiner
Counsel for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

3

Law Office of Angela J. Hill
139 South Broadnax Street
Dadeville, Alabama 36853-1701
Telephone No.: (256) 825-8251
Facsimile No.: (256) 329-1442

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been filed with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following counsel of record:

Gary R. Kessler, Esq.,
Irvin, Stanford & Kessler
3060 Peachtree Road, Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047

on this the 2nd day of March, 2006.

                                                  s/Maury S. Weiner
                                                  OF COUNSEL