UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:05cv421-W |
| | : | |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : | |
| | : | |
|     Defendant. | : | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AN EXTENSION OF PENDING DEADLINES

Defendant Jameson Inns ("Jameson" or "Defendant"), by and through its undersigned counsel, respectfully responds to Plaintiff's Motion For An Extension Of Pending Deadlines and states that while the current discovery cutoff date of June 26, 2006 does not require an extension, Defendant does request that the dispositive motion deadline be extended from April 10, 2006 to June 5, 2006. In support of its position, Defendant states as follows:

1.

The discovery cutoff date of June 26, 2006 provides nearly four (4) more months of discovery in this straightforward, non-complex, single-plaintiff salary discrimination and retaliatory termination case. Defendant submits that four (4) months

1

discovery, even with the trial schedule of Plaintiff's counsel, allows sufficient time for discovery to be completed fully and comfortably;

2.

Depositions have been set for March 17 in Atlanta and tentatively for a group of depositions the week of May 1, 2006 in Alexander City, Alabama;

3.

Defendant submits that because of the amount of time left in discovery, the only date that needs to be extended is the dispositive motion deadline date from April 10, 2006 to June 5, 2006. If Plaintiff's counsel believes that he needs additional discovery after Defendant files its anticipated motion for summary judgment on June 5, 2006, Plaintiff would still have a full three (3) weeks for additional depositions.

WHEREFORE, based on the foregoing, Defendant requests that Plaintiff's Motion For An Extension Of Pending Deadlines be granted to the extent that the dispositive motion date is extended through and including June 5, 2006, but that the discovery cutoff date of June 26, 2006 remain as is.

This 3rd day of March, 2006.

                **IRVIN, STANFORD & KESSLER, LLP**

**By:**   **s/  Gary R. Kessler**
       **Gary R. Kessler**
       **Alabama Bar No. ASB-0251-L52G**
       **IRVIN, STANFORD & KESSLER, LLP**
       **3060 Peachtree Road, N.W.**
       **Suite 1050**
       **Atlanta, Georgia 30305**
       **404-237-1020 (office)**
       **404-237-1047 (facsimile)**
       **gkessler@isklaw.com**
       **COUNSEL FOR DEFENDANT**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:05cv421-W |
| | : |
| JAMESON INNS, a company | : |
| owned or operated by | : |
| KITCHIN HOSPITALITY, LLC, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR AN EXTENSION OF PENDING DEADLINES with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Angela J. Hill
ajhill_law@bellsouth.net

Kell Ascher Simon
kas@wcqp.com

Maury Steven Weiner
mweiner@wcqp.com

and served a copy via United States Mail to the following counsel of record:

Jon C. Goldfarb
Wiggins, Childs, Quinn & Pantazis  LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

This 3rd day of March, 2006.

s/ Gary R. Kessler
Gary R. Kessler