IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv421-SRW |
| ) | |
| JAMESON INN, a company owned ) | |
| and/or operated by KITCHIN ) | |
| HOSPITALITY, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of plaintiff's motion for extension of pending deadlines (Doc. # 19), filed March 2, 2006, and defendant's response (Doc. # 20), it is

ORDERED that the motion is GRANTED to the extent that the dispositive motion deadline is extended to **May 22, 2006** and the discovery deadline is extended to **July 31, 2006**.

Done, this 6th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE