```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF ALABAMA
                          EASTERN DIVISION

BELINDA STOUGH,                        :
                                       :
     Plaintiff,                        :
                                       :
v.                                     :   CASE NO. 3:05cv421-W
                                       :
JAMESON INNS, a company                :
owned or operated by                   :
KITCHIN HOSPITALITY, LLC,              :
                                       :
     Defendant.                        :
_____
```

### DEFENDANT'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT BASED ON FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

Defendant Jameson Inns respectfully moves the Court to dismiss paragraph 4, 7, 8, and 20 of Plaintiff's First Amended Complaint because of Plaintiff's failure to exhaust her administrative remedies with the Equal Employment Opportunity Commission as required by <u>Sanchez v. Standards Brands, Inc.</u>, 431 F.2d 455, 560 (5th Cir. 1970) and related authority.

WHEREFORE, based on the foregoing, Defendant Jameson Inns requests that the Court dismiss paragraphs 4, 7, 8, and 20 of Plaintiff's Complaint.

This 14th day of March, 2006.

        Respectfully submitted,

By: <u>s/  Gary R. Kessler</u>
Gary R. Kessler
Alabama Bar No. ASB-0251-L52G
IRVIN, STANFORD & KESSLER, LLP
3060 Peachtree Road, N.W.
Suite 1050
Atlanta, Georgia 30305
404-237-1020 (office)
404-237-1047 (facsimile)
gkessler@isklaw.com
**COUNSEL FOR DEFENDANT**

```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF ALABAMA
                         EASTERN DIVISION
```

BELINDA STOUGH,                        :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :    CASE NO. 3:05cv421-W
                                       :
JAMESON INNS, a company                :
owned or operated by                   :
KITCHIN HOSPITALITY, LLC,              :
                                       :
    Defendant.                         :
_____

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing DEFENDANT'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT BASED ON FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Angela J. Hill
    ajhill_law@bellsouth.net

    Kell Ascher Simon
    kas@wcqp.com

    Maury Steven Weiner
    mweiner@wcqp.com

and served a copy via United States Mail to the following counsel of record:

    Jon C. Goldfarb
    Wiggins, Childs, Quinn & Pantazis  LLC
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203

This 14th day of March, 2006.

                                      s/ Gary R. Kessler
                                      Gary R. Kessler