IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv421-SRW |
| ) | |
| JAMESON INNS, a company owned ) | |
| or operated by KITCHIN ) | |
| HOSPITALITY, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to dismiss filed by defendant on March 14, 2006 (Doc. # 23), it is

ORDERED that the court will consider the matters appended to defendant's brief and will treat this motion as one for summary judgment;

It is further ORDERED that the parties are DIRECTED to comply with the briefing schedule entered on October 7, 2005 (Doc. # 13).

Done, this 15th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE