IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05CV421-SRW |
| ) | |
| JAMESON INNS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of plaintiff's response (Doc. # 26) to defendant's motion (Doc. # 23), it is

ORDERED that defendant may file a reply on or before **March 24, 2006**.[1]

Done, this 17th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] This order supersedes the previous order of the court (Doc. # 25) setting the briefing schedule in accordance with Doc. # 13.