UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : |
| Defendant. | : |

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE PRETRIAL CONFERENCE DATE

Counsel for Defendant, Gary R. Kessler, respectfully moves the Court to reschedule the pretrial conference in the above-styled matter currently scheduled for July 10, 2006. Undersigned counsel for Defendant will be on previously scheduled out-of-the-country vacations for the periods from July 6, 2006 through July 14, 2006 and August 23, 2006 through August 28, 2006.

Undersigned counsel has consulted counsel for Plaintiff who does not oppose the granting of this motion.

WHEREFORE, Defendant respectfully requests the Court reschedule the pretrial conference date from July 10, 2006 to a date mutually convenient for the Court and the parties.

This 22nd day of March, 2006.

>                   By:   S/ Gary R. Kessler
>                         Gary R. Kessler
>                         Alabama Bar No. ASB-0251-L52G
>                         IRVIN, STANFORD & KESSLER, LLP
>                         3060 Peachtree Road, N.W.
>                         Suite 1050
>                         Atlanta, Georgia 30305
>                         404-237-1020 (office)
>                         404-237-1047 (facsimile)
>                         gkessler@isklaw.com
>                         **COUNSEL FOR DEFENDANT**

```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF ALABAMA
                        EASTERN DIVISION
```

BELINDA STOUGH,                        :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :      CASE NO. 3:05cv421-W
                                       :
JAMESON INNS, a company                :
owned or operated by                   :
KITCHIN HOSPITALITY, LLC,              :
                                       :
    Defendant.                         :
_____

### CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed the foregoing DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE PRETRIAL CONFERENCE DATE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Angela J. Hill
    ajhill_law@bellsouth.net

    Kell Ascher Simon
    kas@wcqp.com

    Maury Steven Weiner
    mweiner@wcqp.com

and served a copy via United States Mail to the following counsel of record:

    Jon C. Goldfarb
    Wiggins, Childs, Quinn & Pantazis  LLC
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203

    This 22nd day of March, 2006.

                                        s/ Gary R. Kessler
                                        Gary R. Kessler