IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv421-SRW |
| ) | |
| JAMESON INNS, a company ) | |
| owned or operated by ) | |
| KITCHIN HOSPITALITY, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Upon consideration of defendant's unopposed motion to reschedule pretrial conference (Doc. # 28), filed March 22, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The pretrial is rescheduled from July 10, 2006 to July 18, 2006 at 4:15 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE