```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

BELINDA STOUGH,                         :
                                        :
    Plaintiff,                          :
                                        :
v.                                      :    CASE NO. 3:05cv421-W
                                        :
JAMESON INNS, a company                 :
owned or operated by                    :
KITCHIN HOSPITALITY, LLC,               :
                                        :
    Defendant.                          :
_____

### DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendant Jameson Inns, by and through its undersigned counsel, respectfully moves the Court to extend the date for dispositive motions which is currently set for May 22, 2006 and to move it to June 16, 2006 on the following grounds:

1. Discovery is set to close in this case on July 31, 2006;

2. The parties have diligently pursued discovery in this matter with extensive requests to produce documents and interrogatories having been served by both parties. Three depositions have been taken, and Plaintiff has noticed two more depositions which are scheduled for May 9, 2006 in Alexander City, Alabama. Defendant intends to take additional depositions either the week of May 15 or May 22, 2006. Defendant submits

1

that depositions need to be completed before it can be determined whether dispositive motions should be filed.

3. Because the parties are continuing their ongoing efforts to complete discovery, and Defendant submits that it would be impractical to submit a motion for summary judgment with depositions still to be taken, or if the depositions have been taken it is unlikely that transcripts would be available, Defendant moves the Court to extend the date for filing dispositive motions in this case to June 16, 2006.

4. Defendant does not seek to extend the current discovery cut-off of July 31, 2006 unless the Court concludes there is not sufficient time for it to consider any dispositive motions which may be filed in this matter.

5. Plaintiff's counsel states that he opposes this motion unless Defendant is willing to extend the discovery cut-off by the same amount of time the summary judgment date is extended.

This 2nd day of May, 2006.

                          Respectfully submitted,

                          IRVIN, STANFORD & KESSLER, LLP

By: S/   Gary R. Kessler
Gary R. Kessler
Alabama Bar No. ASB-0251-L52G
3060 Peachtree Road, N.W.
Suite 1050
Atlanta, Georgia 30305
404-237-1020 (office)
404-237-1047 (facsimile)
gkessler@isklaw.com
**COUNSEL FOR DEFENDANT**

```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF ALABAMA
                         EASTERN DIVISION
```

BELINDA STOUGH,                         :
                                        :
    Plaintiff,                          :
                                        :
v.                                      :    CASE NO. 3:05cv421-W
                                        :
JAMESON INNS, a company                 :
owned or operated by                    :
KITCHIN HOSPITALITY, LLC,               :
                                        :
    Defendant.                          :
_____

## CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed the foregoing DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Angela J. Hill
    ajhill_law@bellsouth.net

    Kell Ascher Simon
    kas@wcqp.com

    Maury Steven Weiner
    mweiner@wcqp.com

and served a copy via United States Mail to the following counsel of record:

    Jon C. Goldfarb
    Wiggins, Childs, Quinn & Pantazis  LLC
    The Kress Building
    301 19th Street North
    Birmingham, Alabama 35203

This 2nd day of May, 2006.

                                          s/ Gary R. Kessler
                                          Gary R. Kessler