IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv421-SRW |
| | ) | |
| JAMESON INN, a company owned and/or operated by KITCHIN HOSPITALITY, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of defendant's motion to extend the dispositive motion deadline (Doc. # 32), it is

ORDERED that the motion is GRANTED to the extent that the dispositive motion deadline is extended by one week, to **May 29, 2006**. Any additional extension would not allow the court sufficient time to resolve any motion for summary judgment before the pretrial conference in this matter. For the same reason, the dispositive motion briefing schedule established by order entered October 7, 2006 (Doc. # 13) will not be extended for either party.

DONE, this 3rd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE