## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.: |
| **JAMESON INN, a company owned and/ or operated by KITCHIN HOSPITALITY, LLC,** | ) 3:05cv421-W |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the parties in the above-styled cause and report to the Court that they conducted a settlement conference in accordance with the Court's Uniform Scheduling Order. Settlement was not reached at the conference. The parties believe that settlement cannot be properly assessed without conducting additional discovery. At this time, the parties believe that mediation would not assist them in resolving the case short of trial. If the parties decide at a later date that mediation may be helpful, they will immediately notify the Court.

1

        Respectfully submitted,

        s/Maury S. Weiner
        Jon C. Goldfarb
        Maury S. Weiner
        Kell A. Simon
        Counsel for Plaintiffs

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such, to the following counsel of record:

Gary R. Kessler, Esq.,
Irvin, Stanford & Kessler
3060 Peachtree Road, Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047

on this the __3rd__ day of __May__, 2006.

        s/ Maury S. Weiner
        OF COUNSEL