IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:05cv421-W |
| | : | |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : : : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Jameson Inns ("Jameson") moves for a summary judgment on Plaintiff Belinda Stough's three-count First Amended Complaint, which alleges sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. §§ 2000e *et seq.* (Count I), retaliation in violation of Title VII (Count II), and pay discrimination in violation of the Equal Pay Act, 29 U.S.C. § 206(d) (Count III).  Grounds for Jameson's motion for summary judgment are found in the accompanying *Jameson's Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried*, *Memorandum of Law in Support of Defendant's Motion for Summary Judgment*, and exhibits thereto.  Therein Jameson shows that there is no genuine dispute as to any material fact, and Jameson is entitled to judgment as a matter of law pursuant to Rule 56(c) of the Federal Rules of Civil Procedure.

Wherefore, Jameson respectfully prays that its motion for summary judgment be granted and that Stough's First Amended Complaint be dismissed in its entirety.

This the twenty-sixth day of May, 2006.

>Respectfully submitted,

>IRVIN, STANFORD & KESSLER, LLP

>By:  /s/ Gary R. Kessler
>Alabama Bar No. ASB-0251-L52G
>3060 Peachtree Road, N.W.
>Suite 1050
>Atlanta, Georgia  30305
>404-237-1020 (office)
>404-237-1047 (facsimile)
>gkessler@isklaw.com
>COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing *Defendant's Motion For Summary Judgment* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Angela J. Hill, Esq.
Jon C. Goldfarb, Esq.
Kell Ascher Simon, Esq.
Maury Steven Weiner, Esq.

This the twenty-sixth day of May, 2006.

>/s/ Gary R. Kessler