IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:05cv421-W |
| | : | |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : : : | |
| | : | |
| Defendant. | : | |

## EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| TAB | EXHIBIT |
|---|---|
| 1 | Certificate of Service |
| 2 | Cited Excerpts from the Deposition of Belinda Stough |
| 3 | Cited Exhibits from the Deposition of Belinda Stough |
| 4 | Cited Excerpts from the Deposition of Greg Winey |
| 5 | Cited Exhibits from the Deposition of Greg Winey |
| 6 | Cited Excerpts from the Deposition of Charles Woods |
| 7 | Cited Excerpts from the Deposition of Mark Fetner |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the following *Exhibits In Support Of Defendant's Motion For Summary Judgment* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Angela J. Hill, Esq.
Jon C. Goldfarb, Esq.
Kell Ascher Simon, Esq.
Maury Steven Weiner, Esq.

This the twenty-sixth day of May, 2006.

                                                         /s/ Gary R. Kessler