# CHARGE OF DISCRIMINATION

his form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this
m.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | 130-2004-03980 |

and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mrs. Belinda Stough | (256) 329-1385 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| #3 Box 206K-1 | Goodwater AL 35072 | 5-17-60 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT
AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| JAMESON INN | | (256) 234-2099 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
|---|---|---|---|
| 4335 Hwy 280 | Alexander City, AL | | TALLAPOOSA |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| | | | | DATE DISCRIMINATION TOOK PLACE EARLIEST (ADEA/EPA)    LATEST (ALL) |
|---|---|---|---|---|
| [ ] RACE | [ ] COLOR | [X] SEX | [ ] RELIGION | [ ] AGE |
| [X] RETALIATION | [ ] NATIONAL ORIGIN | [ ] DISABILITY | [ ] OTHER (Specify) | |

February 18, 2004

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s).):

My name is Belinda Stough am a female who served as General Manager of the Jameson Inn of Alexander City, Alabama until February of 2004. During early February of 2004, an Assistant Manger was hired to assist me in the operation of Jameson Inn were I served a General Manager. After he had been employed for approximately two weeks, I discovered that the Assistant Manager had been hired and had begun work at a salary equal to what I was being paid after having worked for the company for four years and even though I was the Assistant Managers Supervisor and Superior.

When I complained to the District Manager of this disparity and what I considered to be discrimination an the basis of my sex on February the 18th 2004, I was terminated from employment in retaliation for my having made a complaint about disparity in pay on the basis of my sex.

| | NOTARY - (When necessary for State |
|---|---|
| want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the ... te to the best of my knowledge, information ... |
| | SIGNATURE OF COMPLAINANT |
| 9-04 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| ...ate    Charging Party (Signature) | |

EEOC FORM 5 (10/94)

DEFENDANT'S EXHIBIT

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Jeff Harley<br>Human Resources<br>JAMESON INN<br>8 Perimeter Center<br>Suite 8050<br>Atlanta, GA 30329 | **Belinda Stough** |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>130-2004-03980 |

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act        [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act        [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by    **18-SEP-04**    a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by    to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so or the enclosed form and respond by    **02-SEP-04**    to    **Debra B. Leo, ADR Coordinator, at (205) 212-2033**<br>If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Donald P. Burris,
Deputy Director

EEOC Representative

Telephone:   (205) 212-2146

**Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street, South**
**Birmingham, AL 35205**

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

See enclosed copy of charge of discrimination.

Jameson-0265

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Aug 12, 2004 | Bernice Williams-Kimbrough,<br>District Director | Bernice Williams-Kimbrough (BWK) |

JAMESON HOSPITALITY, LLC                              *Associate Handbook*

## ASSOCIATE ACKNOWLEDGMENT

I acknowledge that I have received a copy of the Jameson Hospitality, LLC Associate Handbook and that I have been provided an opportunity to carefully review the contents of the Handbook. I agree to abide by the rules and regulations contained in the Handbook. I understand that I am an "at will" associate of Jameson Hospitality, LLC. Either Jameson Hospitality, LLC or I may terminate my employment at any time and for any reason or no reason. I understand that this Handbook only briefly outlines the Company's policies, benefits and other general information and does not constitute a contract of employment or a guarantee of employment. Such policies are intended as general policy guidance and are presented only as a matter of information and reference. They are not intended to cover every policy or situation that might arise, nor are they intended to be binding on the Company.

I further understand that no Company representative or management associate has the authority to enter into an agreement for employment or promise any employment for a specific period of time or make any agreement contrary to the employment "at will" provision. I understand that if I need additional information, I may obtain it from my General Manager, Regional Manager or the Human Resources Department at the Company's headquarters in Atlanta, Georgia.

The Company reserves the right to deviate or depart from, make exceptions to, interpret, and apply any of its policies and policy provisions (including those in this handbook) as it sees fit based on particular facts or changing conditions or as it otherwise determines for any reason in its sole judgment. In addition, the guidelines described in Company policies (including those in this handbook) are to be considered as unilateral expressions of general policy that can be added to, modified, or deleted by the Company, in part or in whole, at any time for any reason, with or without advance notice.


_____
Associate's Signature

8-10-00
Date


_____
Associate's Name Printed
Belinda Stough

_____
Supervisor's Signature

8/10/00
Date

DEFENDANT'S EXHIBIT 4

Jameson-0083



# JAMESON INN

# JAMESON HOSPITALITY, LLC





DEFENDANT'S EXHIBIT

5

# ASSOCIATE HANDBOOK

*For Line Level Associates of Jameson Hospitality, LLC*

July, 2000

Dear Jameson Associate:

Welcome to Jameson Hospitality, LLC! We are thrilled that you have decided to join the Jameson team. At Jameson, you can look forward to making many new friends and sharing in many rewarding experiences. We value our associates and are committed to your success, and hope that Jameson can assist you in achieving your professional career goals.

As you are aware, we are in the business of providing guest accommodations to the traveling public. The most important ingredient of our success is YOU. You can make a difference for our guests and your co-workers everyday by your smile, friendly greeting and positive attitude, and we encourage you to always be thinking of and sharing ways to improve the service we provide to our guests.

Our goal is to provide a clean and friendly atmosphere to all our guests. Our guests may be traveling on a business trip or vacation, and arriving by plane, car, bus or train. No two guests are the same, but they all have one thing in common...they depend on Jameson to make their stay as comfortable and accommodating as possible. Our commitment to our guests is a "Perfect Stay Every Time."

Congratulations on your recent appointment and welcome to our family.

Sincerely,


Thomas W. Kitchin
President and Chief Executive Officer

## INTRODUCTION

The policies described in this handbook are designed to outline some of the basic employment policies and practices that may be of concern to employees. Such policies are intended as general policy guidance and are presented only as a matter of information and reference. They are not intended to cover every policy or situation that might arise, nor are they intended to be binding on the Company. These guidelines are not intended to be contractual conditions of employment, nor is the language intended to create a contract between Jameson Hospitality, LLC (the "Company") and it's associates. Nothing in any Company policy statement is to be construed to alter your status as an at-will associate. You remain free to resign your employment at any time for any or no reason. Similarly, the Company reserves the right to terminate your employment for any reason or for no reason without notice. **This handbook is not a contract for employment.**

The Company reserves the right to interpret, modify, add, delete, discontinue or revise any Company policy in whole or in part without notice and at any time. The Company will try to keep the handbook current; however, there may be times when policy or law will change before this material can be revised. In such case, the written policies shall be deemed automatically amended to conform to actual current Company policy or applicable law. If a provision in this handbook would violate applicable state law, the state law will apply instead. The policies contained in this handbook supersede all previous policy statements made in previous versions of this handbook.

The Associate Handbook is one of several handbooks setting forth the policies and procedures to be followed by associates of the Company at Jameson Inns and Signature Inns. Associates are expected to follow and comply with all policies of the Company.

Violation of any Company policy may result in disciplinary action, up to and including termination of employment.

This handbook is intended to inform you about the Company's policies, practices and services. We hope you will use it as a ready reference. Should you have any questions on any policy, please contact your supervisor or the Human Resources Department.

## A BRIEF HISTORY OF THE COMPANY

Jameson Hospitality, LLC, a limited liability company headquartered in Atlanta, Georgia, develops and operates The Jameson Inns®, a rapidly expanding chain of moderately priced, limited service lodging facilities in the Southeast and The Signature Inns®, a chain of mid-priced hotels located in the Midwest area of the United States.

The first Jameson Inn began as a result of the purchase of a motel property in Winder, Georgia, in 1987. The existing motel was redesigned as a colonial-style building featuring modern Guest rooms with a wide variety of amenities. The original prototype of the Jameson Inns opened in Calhoun, Georgia, on November 4, 1988, and has since been improved featuring interior corridors. The first interior Jameson Inn opened in Rome, Georgia, on August 6, 1999. Jameson Inns merged with Signature Inns, Inc. on May 7,

1999, adding 26 limited service hotels based in the mid-west with a similar company culture and operating standards as The Jameson Inns®.

Signature Inns®opened their first hotel in 1981 in Indianapolis, Indiana. Today, Signature Inn is still meeting the needs of business and leisure travelers with 26 locations throughout the Midwest. Signature Inns has earned national recognition as one of the best lodging values in the country and operates under the slogan, "There's Something Personal About a Signature."

The Jameson Inns® and Signature Inns® brands provide the traveling public with a high quality guestroom at a very reasonable price. The typical inn has no food or beverage facilities, but does offer a complimentary continental breakfast or Breakfast Express®. We strive to be the nicest property in the community; this desire for excellence at reasonable prices is the foundation of our success.

Jameson Inns, Inc., a publicly traded Georgia corporation that is taxed under federal income tax laws as a Real Estate Investment Trust (REIT), owns all of the Jameson Inns and Signature Inns. As a REIT, all of the Inns are leased to Jameson Hospitality, LLC under master leases. The master leases require Jameson Hospitality to pay rent based on the number of rooms in operations on the first day of each month and the revenues generated from renting those rooms to our Guests.

Our focus on development allows us to further control the consistency and quality of our product. By acquiring the land for development, acting as general contractor for the construction of the buildings and managing the inns after construction is completed, we are able to better accomplish the company's goals of continued growth and Guest satisfaction.

The Company is a profit making enterprise whose objective is to provide maximum satisfaction for its Guests, a safe and productive environment for our associates, and a profit for our equity owners. Our business often involves irregular hours and special working conditions. Personal integrity, honesty, responsibility, trustworthiness and cooperation are expected of each associate.

# COMPANY POLICY STATEMENT

Jameson Hospitality, LLC's policy is to treat every associate, regardless of position, with dignity and respect and to be fair and just at all times. As an Equal Opportunity Employer, we will always endeavor to select the best qualified individual for the position, based on job-related qualifications, regardless of race, color, gender, national origin, sexual orientation, age, veteran status or the presence of a physical or mental disability. Membership in any fraternal, religious, political or social organization has no bearing on the selection or advancement of associates.

We recognize that at times mistakes and misunderstandings may occur in spite of our best efforts. We want to correct every mistake and misunderstanding as soon as possible. The only way we can do this is if you make us aware of any problems and complaints. **NO MEMBER OF MANAGEMENT IS EVER TOO BUSY TO HEAR PROBLEMS OR COMPLAINTS FROM ANY ASSOCIATE.**

If you have a problem or complaint, you should do the following:

1.    Tell your immediate supervisor. The supervisor will meet with you privately and listen to the problem in a friendly, courteous manner so he or she may assist you in resolving the problem. The supervisor will attempt to learn any pertinent details and will inform you of what action will be taken to solve the problem. Generally, you and your supervisor will resolve the problem together.

2.    If you feel that your supervisor has not fairly or satisfactorily handled the situation, you may request a meeting with the Regional Manager. The Regional Manager will arrange a private meeting within a reasonable period of time to hear the complaint. At that time, the Regional Manager will confer with all parties involved, carefully review the facts and circumstances, and make a decision within ten working days. If, after a thorough discussion of the matter, the problem has not been resolved to your satisfaction, the entire matter will be referred to the Human Resources Manager for review and action.

It is the policy of Jameson Hospitality, LLC that all suggestions and complaints be given full consideration. There will be no discrimination or retaliation against you because you presented a complaint or problem.

## GUEST COURTESY AND PRIVACY

We are a company focused on providing exceptional service to people – our Guests. Our success depends on the satisfaction of our Guests. When Guests check into a Jameson Inn or Signature Inn, they will remember not only their room, but also the type of service they received. You should always have a smile; treat every Guest with courtesy and make him or her feel as the most important person in the world. How we treat our Guests will be the determining factor of our success.

One of the most important services we provide to our guests is privacy. DO NOT give out information about a Guest and be especially careful about divulging names or room numbers. Never divulge Guest names or room numbers to another person. If there is an urgent need for someone to contact a Guest, telephone the Guest in his or her room and ask the Guest if he or she would like to speak to the other person. As an associate of our Inns, you are in a position to observe the personal lives of many people. It is mandatory that you refrain from discussing your observations either within or outside the hotel. A violation of this policy will be subject to severe penalties, up to and including discharge from employment.



## HOTEL SAFETY

Our primary responsibilities are reasonable care, safety and protection to our Guests and their property. You are an important part of this responsibility. While we do not expect associates to be "security experts," awareness and discretion will play an important role in preserving the security of Guests, fellow associates, and our properties.

The Company is also concerned with the safety of its associates. Safety regulations and procedures have been established for the protection of every associate. Failure to comply with such safety rules may result in disciplinary action, up to and including termination of employment, and possible civil action or criminal charges by legal authorities.

# SAFETY AND ACCIDENT PREVENTION

Accident prevention is a vital part of the company. Jameson works hard through its corporate, and operations structure to provide the equipment, maintenance and working conditions so you can feel safe while at work. Each property institutes safety programs and policies so that all the associates will be familiar with the safe procedures that must be followed at that property. Safety performance is an important part of your responsibilities and is included in the performance appraisal process.

## SAFE WORK RULES

- Report every accident or injury, NO MATTER HOW SLIGHT, to your General Manager at once.
- Always ask for instructions before using any type of equipment with which you are not familiar.

- When lifting:
  a.    bend at the knees, keeping back straight and head up.
  b.    lift gradually, avoid jerking and twisting.
  c.    if it's too heavy, get help.
- Follow the safe working methods outlined by your General Manager.
- Obey all "No Smoking" rules. A fire may endanger the lives of our guests and fellow associates.
- Report any unsafe conditions or practices to your General Manager.
- At all times, use the safety devices which are provided for your protection.

## EMERGENCY PROCEDURES

In case of an emergency, remain calm! Call the police or fire department immediately. When the police operator answers, state the location and the nature of the emergency. Remain on the telephone until connected with the police radio dispatcher and answer questions as briefly and accurately as possible. Notify your General Manager immediately.

## WORKERS' COMPENSATION

When an associate is injured while on the job, the accident is usually considered occupational and is covered under workers compensation insurance maintained by the Company. Injured associates who are unable to perform their normal tasks are placed on a medical leave of absence.

If you are injured while working, you must immediately report the injury to your supervisor even though no medical attention is required. The General Manager will report your injury to the Company's insurance company for further reporting to the appropriate state agency regulating workers compensation matters. Severe events involving fatalities, associate lost-time, or severe injury or damage to third parties are to be reported immediately to the General Counsel of the Company, who will notify the Company's risk management department to coordinate a severe-loss response plan.

If you are injured on the job and require medical attention, you must be treated by a doctor approved by the Company, whose name is listed on the Official Notice of Workers Compensation, posted at the property. Your supervisor will provide the appropriate form to take to the doctor, which will advise the doctor that the Company's workers compensation insurance company will be responsible for the costs of the treatment. The doctor may also be required to conduct a drug and alcohol test on the injured associate.

Workers compensation benefits vary from state to state. However, the laws of every state provide a weekly benefit for the associate and payment for necessary medical treatment. The insurance company providing the Company's workers compensation coverage will handle the payment of all medical bills and the reporting of all injuries to the appropriate state officials. It is your responsibility to cooperate with the insurance company by providing any information requested, following the medical advice given, performing any therapy or rehabilitative actions recommended and keeping the insurance company informed about your health status. You must also keep your supervisor informed about your status.

A doctor's release or other medical documents, as may be acceptable to the Company, is required before being allowed to return to work. Depending on the severity of the injury and the length of time off work, you may be required to take a fitness-for-duty physical, at the discretion of the Company. The physical will be limited to the extent it is job-related and consistent with business necessity. On a case-by-case basis, a reasonable accommodation will be provided where required by applicable law.

The Company reserves the right at any time to fill the position of any associate who is absent from the job due to an injury or any other reason, subject to applicable law. Normally, when an associate is absent for more than three months, the Company will discharge the associate from employment with the Company and any further benefits received will be those provided under workers compensation insurance.

## WORKFORCE DIVERSITY

Jameson Hospitality, LLC is committed to developing and cultivating a workforce that represents individuals from all backgrounds, cultures, and walks of life. We recognize that people are different and we value those differences. We believe that a diverse workforce is a better workforce and accomplishes the following objectives:

- Encourages the exchange of ideas, perspectives and solutions;
- Maximizes the potential of all members of the Jameson family and increases productivity;
- Provides a sense of belonging;
- Fosters greater loyalty; and
- Satisfies important social objectives.

It is the policy of Jameson Hospitality to establish and cultivate an environment that values differences. In furtherance of this goal, Jameson commits to:

- Examine company decisions, standards and programs in light of its commitment to diversity, and remove barriers to a diverse workforce;

- More effectively develop a workforce of diverse qualified individuals. Diversity at Jameson Hospitality, LLC includes, among other characteristics, race, gender, marital status, age, disability, religion, education, ethnicity, national origin, and

- Train Jameson managers on the Jameson diversity policy and aspects of developing and cultivating a diverse workforce.

Our goal is to develop a diverse workforce, which recognizes and values differences.

## EQUAL EMPLOYMENT OPPORTUNITY

Jameson Hospitality, LLC strives to maintain an environment which supports its policy of Equal Employment from a moral, social and legal point of view.

– Supervisors will ensure that they recruit, hire, train, and promote persons in all job classifications without regard to race, creed, color, sex, religion, age, national origin, disability, marital status, or veteran status; they will follow the principle of equal employment opportunities by imposing only those requirements for advancement which are job related; personnel actions in all areas, including compensation, benefits, promotions, transfers, demotions, layoffs, or terminations, returns from layoffs, company sponsored training, education, and social and recreational programs, will be administered without regard to race, creed, color, sex, religion, age, national origin, disability, marital status, or veteran status; and they will monitor their working environments to ensure that they are free of any form of harassment or intimidation.

## DISABILITIES AND REASONABLE ACCOMMODATIONS

Jameson Hospitality, LLC will provide a reasonable accommodations to the known physical or mental limitations of an associate or applicant who is otherwise qualified for the position in question, unless that accommodation would impose an undue hardship on the Company. For the purposes of this section, a disability is defined as (1) a physical or mental impairment that substantially limits one or more of the major life activities of the individual, (2) the existence of a record of such an impairment, and/or (3) being regarded as having such an impairment.

A reasonable accommodation is the modification or an adjustment of a job, employment practice, or work environment that makes it possible for a qualified individual with a disability to perform the essential functions of the job in question. The essential functions of a position include the primary duties that are intrinsic to the position. The essential functions are outlined in the job description for that particular position.

An associate who requests an accommodation must work closely with his/her supervisor and Human Resources on possible accommodations.

# NO HARASSMENT POLICY

Sexual harassment, either physical or verbal, is a violation of the law and Company policy and will not be tolerated at Jameson Hospitality, LLC. It is the policy of the Company to provide an

employment environment free from all forms of sexual harassment, whether by supervisors, co-workers, consultants, or non-associates. Any person, whether a member of management, a supervisor or a co-worker, who engages in sexual harassment, will be subject to severe penalties, up to and including discharge.

Sexual harassment is defined as any unwelcome sexual advances, requests for sexual favors or other verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made either explicitly or implicitly a term or condition of a person's employment;

- Submission or rejection of such conduct by an individual is used as the basis for an employment decision affecting that individual; or

- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment includes any unwelcome sexually explicit, sexually derogatory or sexually discriminatory remarks, whether oral or written (including jokes, signs, drawings, posters, etc.)

All complaints of sexual harassment made by Jameson/Signature associates will be taken seriously and will be thoroughly and impartially investigated. If you feel that you have been the victim of any form of sexual harassment, you must file a complaint as soon as possible after the occurrence of the incident by taking the following actions:

1.    Inform the harasser that the conduct is offensive and must stop, and;

2.    Report the conduct to your immediate supervisor, the harasser's immediate supervisor, or to the Human Resources Manager. If the complaint involves someone in your direct line of supervision, then you should inform the Human

Resources Manager. Complaints may also be reported directly to the Human Resources Manager. It is also recognized that you may wish to speak initially to a person of your same gender. A reasonable effort will be made to respond to your request. Be sure to express that desire when you voice your initial complaint.

3.    A supervisor receiving a complaint of sexual harassment will take action to ensure that the harassing conduct is stopped and then notify the Human Resources Manager of the complaint.

Regardless of the outcome of the investigation of a complaint of sexual harassment, you will not be subject to retaliation for having made a good faith complaint of sexual harassment or for agreeing to be interviewed as a witness in connection with the investigation of a complaint of sexual harassment. If you believe you have been retaliated against, you should notify the General Manager, Regional Manager or the Human Resources Manager of the Company.

<u>Associate's Responsibilities</u>:

- Immediately advise the offending individual that the conduct in question is offensive and request that it be stopped immediately.

- If the offending conduct was serious or if the conduct happens again after a request to stop, report a complaint to the supervisor, preferably in writing. If the offending individual is a direct supervisor, report the complaint to the Human Resources Manager.

- Whenever possible, provide names of witnesses, date(s) on which the offending conduct occurred and any other information that supports the complaint.

<u>The Company's Responsibilities</u>:

- A Company representative will investigate the complaint and discuss it with you.

- Every reasonable effort will be made to maintain confidentiality, with disclosure only to appropriate persons involved in any investigation, corrective action or discipline of the offending associate.

- Corrective action will be taken when the investigation indicates it is needed and the offending associate(s) will be disciplined as warranted by the facts of the case.

- Every reasonable effort will be made to ensure that no retaliation occurs against the associate making the complaint and any witness involved.

**(Complaints of workplace harassment are considered serious and will be thoroughly investigated. Workplace harassment will not be tolerated.)**

## DRUG AND ALCOHOL USE

No associate may possess, consume, purchase, or sell any drug, alcohol, or any other intoxicating substance on Company property, nor shall any associate report for work or travel on Company business while under the influence of any intoxicating substance.

The Company will take appropriate disciplinary action against associates in possession of or under the influence of alcohol or illegal drugs while on Company property.

An associate reporting to work under the influence of drugs, narcotics, or alcohol is not permitted to enter the Company's premises. Any associate discovered to be under the influence while on the job will be required to leave the premises.

Any associate bringing unprescribed drugs or narcotics or alcoholic beverages to work, using them on Company property, or dispensing or selling them on Company property will be subject to disciplinary action, up to and including discharge.

Any associate who must use prescribed drugs or narcotics during work which affects his/her ability to meet the requirements of his/her position must report this fact to his/her supervisor. A determination will then be made as to whether the effects of the drug or narcotic will pose a potential safety risk in light of the associate's work assignment.

Any associate who is diagnosed drug or alcohol dependent and who seeks assistance prior to the Company finding him/her in possession of or under the influence of the prohibited substances, may be provided rehabilitation treatment. Such associates must cooperate fully with the treatment process and will not be permitted to return to work until a release from treatment is presented to Human Resources certifying that the associate is rehabilitated and capable of returning to work.

## SEARCHES AND INSPECTIONS

The Company reserves the right to conduct searches or inspections of any Company property and of any associate's or non-associate's person, personal effects, lockers, desks, computer hardware or software, E-mail and other property located on Company property for any purpose whatsoever, including, without limitation, that of determining if a person is in possession of any illegal or unauthorized items. The term "unauthorized items" includes items evidencing a violation of law, Company policy, or generally accepted social norms. A Company associate found possessing any illegal or unauthorized items will be subject to discipline up to and including termination of employment. Any non-associate found possessing any illegal or

unauthorized items without an explanation satisfactory to the Company will no longer be allowed on Company property.

## CONVICTIONS

Any associate convicted of a criminal offense must notify the Human Resources Manager of that fact within five days after the conviction. Failure to comply with this policy will result in your immediate termination upon the matter being brought to the Company's attention.

## INTERNET AND COMPUTER USE

### COMPUTER HARDWARE AND SOFTWARE

The Company computer, network and Internet resources are valuable Company assets and are available for the purpose of research, assistance, and communication as it relates to your job duties. Unauthorized use of these assets could result in disciplinary action. Your supervisor must approve computer access. Passwords and access to an individual account must not be shared with others.

Use of the network or Internet to obtain or view any sexually explicit materials and/or information, which could encourage or support derogatory, abusive, profane or sexually offensive behavior to individuals or groups is strictly prohibited.

All files, programs, information and hardware provided by Jameson Hospitality, LLC or Jameson Inns, Inc. remain the property of the Company. All materials or information created by associates using Company property will remain the property of the Company.

Use of any device or programs with the intent to disable security devices, infiltrate a local or remote computing system or damage software or systems is strictly prohibited.

In most cases, software license agreements state that the software may only be installed on a single computer system, making it illegal to copy that package for distribution and/or use by other associates. Any violation of a software package's license agreement is strictly prohibited. Unauthorized duplication or alteration of software licensed by the company is strictly prohibited. No computer software, unless authorized and approved by the Information Technology Department, may be installed on a Company owned computer.

### ELECTRONIC MAIL

The electronic mail system and the associated individual accounts is Company property. All messages composed, sent or received on the electronic mail system are now and remain the property of the Company. They are not the private property of any associate.

The electronic mail system is not to be used to create offensive or disruptive messages. Among those which are considered offensive are sexually explicit messages, images or cartoons, racial slurs; gender-specific comments or any other comments that may be construed as harassment or disparagement based on race, national origin, sex, sexual orientation, age, disability, religious or political beliefs, or any remarks that are harmful to morale.

The Company reserves the right to review, audit, intercept, access and disclose all messages created, received or sent over the electronic mail system for any purpose. The contents of electronic mail properly obtained for legitimate Company purposes may be disclosed by the Company without the permission of the associate.

The confidentiality of any message should not be assumed. Even when a message is erased, it is still possible to retrieve and read that message. Further, the use of passwords for security does not guarantee confidentiality.

Associates are not authorized to retrieve or read any e-mail messages that are not sent to them. Any exception to this policy must receive prior approval from the Director of Information Technology or the General Counsel and will be limited to those individuals who have a "need to know."

Individuals who knowingly and repeatedly misuse the electronic mail system will be subject to appropriate disciplinary actions. Interpretation and application of the policy shall be at the discretion and judgment of the Director of Information Technology and the Human Resources Manager.

## DRUG AND ALCOHOL TESTING

**Pre-Employment Testing:** All applicants being considered for employment may be required to pass a drug and alcohol test. The test may require an applicant to provide a hair, blood or urine sample as the Company may determine.

**Associate Testing:** Any and all associates may be required, at the Company's election and from time-to-time, to submit to a drug and alcohol test by providing a hair, blood or urine sample as the Company may require. Any associate injured on the job can be required to submit to a drug and alcohol test promptly after incurring the injury and during the period of treatment and rehabilitation.

**Violations:** Violation of this prohibition against unauthorized drugs and alcohol, including refusal to submit to or cooperate with blood or urine testing, may result in disciplinary measures up to and including termination of employment or a refusal to hire. As an additional deterrent, anyone discharged for violation of this policy will not be considered for future rehiring. Prescription medication taken pursuant to medical instructions is not considered as an unauthorized drug.

**Federal or State Law:** The foregoing represents general Company policy applicable to all Company associates. However, since laws in a given jurisdiction and applicable to certain vocations may vary, supervisors should consult their Regional Manager prior to ordering drug or alcohol testing. In instances where jurisdictional law conflicts with this general policy, inconsistent provisions of this policy will not apply to such testing.

## BACKGROUND INVESTIGATIONS

Applicants for employment are subject to background investigations, including records pertaining to criminal and civil proceedings, driving records, employment history. credit history and any other sources deemed relevant in evaluating employment qualifications. Background and credit investigations may be performed to the degree and under the circumstances deemed

appropriate at the sole discretion of the Company. An associate may be asked to give consent to conduct a background or credit investigation at any time during his or her employment. Associates who do not give consent may be discharged from their position with the Company.

An associate transferred to a management position must submit to a background investigation prior to the finalization of that promotion.

## NEW HIRE DOCUMENTATION PROCESS

Upon being hired, you must complete and sign the employment application; fill out all required federal and state tax forms; provide proof of U.S. citizenship or eligibility to work in the United States; sign and complete the U.S. Justice Department I-9 form verifying eligibility to work; and complete all other new hire forms requested by the Company. Falsification of any new hire documentation is grounds for immediate termination.

## INTRODUCTORY PERIOD

During the first 90 days of employment with Jameson Hospitality, LLC or during the first 90 days of any subsequent job assignment, you and the Company will have an opportunity to determine if you are in the right job, are satisfied with the job and are able to perform the essential functions.

Successful completion of the introductory period is not to be construed as a guarantee of continued employment.

## ASSOCIATE PERSONNEL FILES

An associate's personnel file includes any document or accumulation of documents maintained in Human Resources which relates to application for employment, changes in status, performance, pay increases, commendations, attendance, disciplinary actions, or other relevant activities regarding active or inactive employment status.

Personnel files are the property of Jameson Hospitality, LLC, and access to this information is restricted. Generally, only associates, officials and representatives of the Company who have a legitimate reason to review information in a personnel file are permitted to do so. You may review your personnel file with reasonable advance notice. The review will be conducted on your off duty time. The personnel file may not be removed, however, you may request copies of the contents of the file as appropriate. Material cannot be removed or changed by you or your supervisor without the express permission of the Human Resources Manager.

Any change in your name, home address, telephone number, marital status, dependent status, or family status must be reported immediately to your supervisor and to Human Resources.

## OUTSIDE REQUESTS FOR PERSONNEL INFORMATION

It is the policy of the Company to release only the following information upon request: (1) date of employment, (2) titles and position held, and (3) salary, if prior approval in writing has been obtained from the individual who is the subject of the inquiry.

The Company reserves the right to disclose other information in an associate's personnel file to meet legal obligations and to protect its interests.

JAMESON HOSPITALITY, LLC                    *Associate Handbook*

## ATTENDANCE AND PUNCTUALITY

The success and smooth operation of the Company depends to a great extent on our associates being at work on time. Absenteeism has a negative impact on Guest service, the morale of other team members, places an extra burden on fellow associates and is frequently the cause of poor work performance. If for any reason you are unable to report for work at your scheduled time, notify your supervisor at least 24 hours in advance, if possible, so arrangements can be made to obtain a replacement. Such notification should include a reason for the absence and an indication of when you will return to work.

Management of each location will set work schedules. The General Manager or Assistant Manager must approve all work schedule changes.

### TARDINESS

You are expected to be at work at the time your shift begins. In the event you are unable to arrive at the scheduled time, call your supervisor prior to the start of the shift. Based on business conditions, the General Manager may provide you with a grace period (typically 1 hour) in which to arrive without any tardy penalties.

- Tardiness will be considered EXCUSED if you notify your supervisor prior to the start of the shift and you report to work within the designated grace period.

- Tardiness will be considered UNEXCUSED if you do not notify your supervisor prior to the start of the shift or if you do not report to work within the designated grace period. Failure to do so will result in a verbal warning for the first occurrence and will result in a written warning for any additional occurrences. After two written warnings, the third warning may result in the termination of your employment.

- Excessive EXCUSED TARDIES will result in a written warning. Excessive is defined as more than 5 occurrences of excused tardies within a 12-month period. Written warnings begin on the 6th occurrence and will continue for each additional occurrence within a 12-month period. The 12-month period is a rolling period which begins with the associate's first tardy and is not based on specific annual dates. After two written warnings, the third warning may result in the termination of your employment.

### ABSENTEEISM

We believe that our associates are committed to their respective roles and are absent only due to unexpected illness, injury or other serious conditions. If you find it necessary to miss a scheduled work shift, you must call and speak directly to the General Manager 12 hours prior to the start of your shift.

- An absence is defined as failure to report to work for a scheduled shift for ANY reason. (i.e., associate illness, illness of a family member, car trouble, etc.)

- An absence will be considered EXCUSED if contact is made with your supervisor 12 hours prior to the start of your shift and you notify him or her of your absence.

- An absence will be considered UNEXCUSED if NO contact is made with the supervisor 12 hours prior to the start of your shift. Failure to contact your supervisor will result in a written warning.

- EXCESSIVE EXCUSED ABSENCES will result in a written warning. Excessive is defined as more than 5 occurrences of excused absences within a 12- month period. Written warnings begin on the 6ᵗʰ occurrence and will continue for each additional occurrence within a 12-month period. The 12-month period is a rolling period which begins with the first absence and is not based on specific annual dates. Multiple absences (consecutive or otherwise) for the same illness will be considered one occurrence. After two written warnings, the third warning may result in your termination.

- A doctor's note is required for absences more than 3 days due to illness.

- At the General Manager's discretion, associates may be able to remove absences by providing coverage for a missed shift.

- Emergency situations or those verifiable situations beyond an associate's control may be exempt from this policy at the discretion of the General Manager.

Any associate absent from work on a leave of absence, whether for personal, medical or work related reasons, that continues for more than three months, will be discharged and will no longer be an associate of the Company.

## APPEARANCE AND DRESS

As a representative of the Company, you are expected to take pride and care in your personal appearance. It is essential that you present a professional, well-groomed, and businesslike appearance at all times. If your grooming is not deemed appropriate by the General Manager, he or she has the authority to refuse to allow you to work until it is corrected.

Hair and fingernails should be clean and well trimmed at all times. Associates are expected to bathe daily and use an appropriate deodorant.

**MEN**: Hair should be neat, clean, trimmed and should not extend past the top of the collar in back, lower than midway over the ear on the sides, or below the eyebrows in front. Hair should be neatly combed and free from excessive oils. Sideburns should not extend below a line running from the corner of the mouth to the back of the jaw. Moustaches should be clean, neatly trimmed and not extended over the upper lip or past the corners of the mouth. Beards are not permitted; however, there may be instances where beards may be permitted for a bonafide medical or religious reason. In that event, the length of such beards shall be reviewed by management. Male associates may not wear any body piercing jewelry or ornaments, including earrings, while working.

**WOMEN**: Hair should be clean and neatly combed. Extreme or faddish hairstyles should not be worn. Wigs may be worn as long as they are of a conservative style and color and generally adhere to the individual's natural appearance. Make-up should be used in moderation. Fingernail polish should be conservative in shade, and if worn at all, should not be chipped. Nail

JAMESON HOSPITALITY, LLC                                *Associate Handbook*

length should be moderate. Female associates may wear pierced earrings, but no other body piercing jewelry or ornaments may be worn while working.

You are required to wear a nametag and uniform while on the job. The nametag and uniform (or parts of it) will be supplied by the Company. You may be required to provide additional clothing to compliment the standard company uniform. It is your responsibility to care for the uniform and keep it clean at all times. You are not allowed to report to work in soiled or wrinkled attire. You are responsible for the replacement of a nametag or uniform if lost or damaged through negligence, and your supervisor has the authority to send you home if you are not in proper attire, including any required nametag without pay, to retrieve the items.

All associates must wear undergarments that are consistent with the standards of good taste. Shoes must be neat and in good repair at all times. Stacked heels and soles should not be over two inches high. All shoes must be of safe design, and should be color coordinated with the uniform. Tennis shoes and sandals are not allowed.

Uniforms or parts thereof, including nametags, that are supplied by Jameson Hospitality, LLC are the property of the Company and must be returned upon termination or voluntary separation before a final paycheck will be issued.

## SOCIALIZATION/DATING RELATIONSHIPS

Dating or an intimate relationship between individuals who have a direct reporting relationship is highly inappropriate. If such a situation begins to develop, the involved associate in the supervisory role must communicate this fact to his or her supervisor so that a transfer or reassignment can be considered for either party. Failure by the supervisor to follow this policy is considered serious misconduct and may result in termination. In addition, fraternization with hotel guests is not allowed on hotel property.

No associate may be on property or use the hotel facilities when off duty. Your friends and family may not be on the hotel property while you are working. Repeated violations of this policy may result in your termination.

## EMPLOYMENT OF RELATIVES

Experience shows that the hiring of relatives can lead to conflicts and problems with the perception of favoritism and can adversely affect associate morale. A direct relative is defined as a spouse, sibling, parent, child, aunt, uncle, grandparent, grandchild, niece, nephew, cousin, or in-law.

No associate may not be hired or transferred into a reporting relationship with a relative. In the event marriage causes a spouse to have direct or indirect supervision over his/her spouse, one of the associates must resign or accept transfer, if a position exists, to another position in the Company.

## SOLICITATION

Individuals who are not employed by Jameson Hospitality, LLC are prohibited from soliciting funds or signatures, conducting membership drives, distributing literature, etc. for any purpose while on Company property.

JAMESON HOSPITALITY, LLC                                    *Associate Handbook*

---

Distribution of literature by associates for any purpose is prohibited during the working hours of either the person distributing the literature or the person receiving the literature. Distribution of literature by associates is prohibited in working areas at any time.

## TELEPHONE USE

Telephones are for Company business only. If you must make or receive personal calls while at work, you should do so only for short durations of time. However, you are not authorized to incur long distance or collect call telephone charges for personal calls. Violation of this policy may result in disciplinary action and charges collected for any expenses.

## USE OF COMPANY PROPERTY

You may be issued property belonging to the Company, such as tools, pagers, mobile phones and other equipment. You are responsible for maintaining any such property in good condition. When any property issued by the Company becomes damaged or worn, you are responsible for immediately reporting that damage to your supervisor.

Any equipment or tools belonging to Jameson Hospitality, LLC or rented on behalf of the Company for use on Company property, should never be taken from the workplace without the prior written approval of the supervisor. Any Company property issued to you for your use should be returned to your supervisor upon termination of your employment.

## LOST AND FOUND

Any lost or unclaimed items found in a guestroom or public area must be immediately turned into the General Manager, with a note explaining when and where the item was found. All items will be retained for a period of at least 90 days and are to be stored in a locked and secure location. All items must be appropriately logged. If any item is suspected to be an explosive device, firearm or contain hazardous materials, DO NOT TOUCH IT, and report the matter to your General Manager immediately, regardless of how it appears or where it was found.

## ASSOCIATE PARKING

Associates should park only in areas designated as associate parking. When arriving or leaving the premises, associates must enter and exit through the front desk or lobby area.

## PERFORMANCE REVIEWS

Every associate deserves to know how he or she is doing. To achieve this on a regular basis, you will receive a performance review three and twelve months from your hire date and annually thereafter. At the performance review, your supervisor will discuss with you your strengths and the areas which may need improvement. Your supervisor will present you with specific examples of situations which have occurred that reinforce the need for improvement. Performance ratings are an important part of your personnel record, and will be used to evaluate pay adjustments and qualifications for transfers and promotions.

JAMESON HOSPITALITY, LLC                          *Associate Handbook*

## PROMOTIONS AND TRANSFERS

It is the policy of Jameson Hospitality, LLC to promote qualified associates from within the Company whenever possible. Qualified associates who have completed their probationary period may be considered for promotional opportunities. Some of the factors which may be considered before promoting an applicant include, but are not limited to:

| | | |
|---|---|---|
| • | Professionalism • | Skills |
| • | Attitude • | |
| Dependability | | |
| • | Punctuality • | Experience |
| • | Work Performance • | |
| Attendance | | |
| • | Education • | Integrity |

Promotions will be made without regard to race, religion, gender, national origin, color, **age**, veteran's status or disability. A description of the requirements for each job will be made available to any interested associate when the job position becomes available. Any associate who is eligible for a promotion will be subject to a criminal, credit and motor vehicle background report. All promotions/transfers are contingent on receiving a favorable/satisfactory background check.

## SEPARATION/TERMINATION OF EMPLOYMENT

### VOLUNTARY SEPARATION

If you are unhappy with your present job, you should discuss it with the General Manager or the District/Regional Manager and attempt to resolve the matter. Perhaps additional training or a possible transfer might help the situation. We value our associates and would like to retain your services if possible.

If you decide to resign, you are expected to provide at least two weeks notice to your supervisor. Final paychecks will be mailed on the next regularly scheduled payday after separation. You will be required to turn in all Company property prior to the issue of your final paycheck, which includes nametag, uniform, keys, etc.

### INVOLUNTARY SEPARATION

Employment at Jameson is "at will." If at any time during the course of your employment the Company feels that your work habits, attendance, job performance, etc. do not meet our standards, we may release you. Following are some reasons for dismissal. This list is by no means inclusive; it is merely suggestive of possible actions, which may result in dismissal, even for a single offense.

- Discourtesy to any individual in person or on the phone
- Falsification of employment application or other records
- Possession of or being under the influence of intoxicants or illegal drugs while on Company property or while representing the Company at any location
- Immoral or indecent conduct; soliciting persons for immoral purposes, or aiding and/or abetting any of the above

JAMESON HOSPITALITY, LLC                                      *Associate Handbook*

- Refusing to obey a reasonable order of a supervisor, or other acts of willful insubordination
- Gambling, fighting, using vulgar language, intimidation or threats against Guests, supervisors, or fellow associates
- Theft, mishandling or misappropriation of money or property belonging to a Guest, a fellow associate or the Company
- Abusing, misusing or destroying Company property or the property of Guests or other associates
- Any intentional action which causes embarrassment to the Company or its representatives
- Posting another associate's time card
- Dishonesty or misconduct that is detrimental to the Company
- Indictment, conviction or entering a guilty plea to any felony, misdemeanor or moral charges, other than minor traffic violations

Possible reasons for action ranging from an oral or written warning to dismissal include, but are not limited to:

- Smoking in unauthorized areas
- Unauthorized use of telephone
- Failure to abide by rules and policies of the Company
- Unexcused absence or tardiness
- Failure to perform work in an acceptable manner or in accordance with the established schedule
- Failure to meet acceptable code of dress and personal cleanliness
- Failure to abide by established health, fire, safety or civil defense rules and regulations
- Unauthorized posting of literature
- Eating at any time other than designated meal periods or in areas other than those approved
- Fraternization (engaging in a close personal relationship with a Guest with whom you are not otherwise acquainted or an intimate relationship with an associate with whom you have a reporting relationship)
- Remaining on hotel property when not on duty without General Manager's approval
- Failure to park in designated associate parking areas

Employment with Jameson Hospitality, LLC is "at will" and you may be terminated or laid off whenever the Company decides to take this action to meet its needs. Any associate whose employment is involuntarily terminated will forfeit any accrued but unused paid time off.

# DISCIPLINE PROGRAM

It is our belief that discipline should be a positive process allowing you to improve your understanding and the performance of your duties. Our discipline procedure is designed to enable you and your supervisor to identify and agree on areas of misunderstanding, conflict, or poor performance and together outline and agree on corrective measures required to prevent the same or similar difficulties in the future. When policies and procedures are not being followed, it is the responsibility of the supervisor to address the situation.

Progressive discipline is the process of using increasingly severe steps or measures when an associate fails to correct a problem after being given a reasonable opportunity to do so. The underlying principle of sound progressive discipline is to use the least severe action necessary to correct the undesirable behavior.

## DISCIPLINARY STEPS

When there is a problem regarding your adherence to Jameson's rules or you exhibit unsatisfactory job performance, you will be given three opportunities to change the undesirable behavior. You can be terminated under the progressive discipline program if you have two written warnings, and a third incident or situation occurs within a 12-month period which violates policy or rules, or indicates inappropriate behavior or poor judgment. The third warning may also result in suspension for investigation, with a recommendation for termination.

1.    **First Incident:** You will be given an oral warning with an explanation of the errant behavior or unsatisfactory performance, including a reminder of the Company's rule regarding that behavior and instructions as to how you can conform your behavior or improve your performance. In addition, you will be advised of the consequences of further infractions of the rule in question. If no further problems occur with regard to the issue raised at the oral warning stage, no further disciplinary action will be taken.

2.    **Second Incident:** If the problem persists, you will be given a written warning and an explanation of the errant behavior or unacceptable performance, including a reminder of Jameson's rule regarding the behavior or expectations regarding job performance. In addition, you will be advised that continuation of the problem could lead to suspension without pay for a stated period of time or termination. As before, you will be given a reasonable opportunity to change the unwanted behavior or improve your performance and if the behavior does not recur or performance improves to an acceptable level, no further disciplinary action will be taken.

3.    **Third or Subsequent Incident:** If oral and written warnings fail to bring about a change in the undesired conduct or performance remains inadequate or fails to meet reasonable expectations, you will be informed that further occurrences of the conduct will lead to your immediate discharge, without additional warnings.

Jameson Hospitality, LLC reserves the right to bypass the disciplinary steps and base its disciplinary action on the severity, frequency or combination of infractions, at the discretion of management, when circumstances warrant immediate actions.

The first 90 days of employment is considered a probationary period. During this period, if one of the following occurs, termination may result:

1.    One written warning, or
2.    One oral warning along with a second offense (either an oral or written warning).

Written warnings will expire when they become one year old. They are retained in the associate personnel file for reference, but cannot be used to support a termination recommendation after the one-year time period.

## PROBATION

You may be placed on probation in connection with any written warning for a period of time determined by Jameson Hospitality, LLC. Wage increases, vacations and transfers will not be given during this period, but all other benefits will continue.

## INVESTIGATIVE SUSPENSION

– An investigative suspension is a period, not to exceed three working days, during which time an associate is relieved of his or her job duties because of an alleged serious misconduct. An associate may be placed on investigative suspension when it is necessary to make a full investigation to determine the facts of the case, as in fighting, insubordination or a theft incident. An investigative suspension is not a disciplinary suspension as described in the paragraphs both above and below

If after the investigation:

➢ Discharge is warranted, you will not be paid for the period of investigative suspension – the discharge will be effective on the date of the termination interview.

➢ Misconduct is determined, but not of a sufficient serious nature to warrant discharge, you will receive a written warning notice and forfeit pay lost as a result of the investigative suspension and may be placed on probation or a disciplinary suspension.

➢ If no misconduct is determined, you can return to work within the prescribed period and be paid for the time lost as a result of the investigative suspension. While a permanent record may be made of the investigation, the investigation or its results may not be used as the basis for future disciplinary or employment action against you.

## DISCIPLINARY SUSPENSION

A disciplinary suspension is a period of not more than three days and may be given in addition to the investigatory suspension or as punishment for a violation as described above. You may be relieved of your job assignment because of serious or repeated instances of misconduct or poor performance, you will not receive any pay for the time you are not working as a result of the suspension. Disciplinary suspensions are used in situations where there is no specific instance of conduct that is so outrageous that justifies termination but there is a pattern of conduct where the associate has continually engaged in one minor infraction of the rules after another and has received a documented oral and/or written warning for rule(s), infraction(s), or unsatisfactory job performance. Disciplinary suspension would generally not be used as a form of discipline for associates with attendance problems.

## TERMINATION/DISCHARGE

When an associate is discharged as a result of a serious offense, or as the final step after an accumulation of warning notices, the associate will be discharged for cause instead of being given the option to resign. In that event, the associate will forfeit any accrued PTO.

# PAY AND HOURS OF WORK

## CLASSIFICATIONS OF EMPLOYMENT

The following classifications are used by the Company and do not guarantee employment for any specified period of time. The determination of each classification is based upon one position and not a combination of positions.

**FULL-TIME REGULAR ASSOCIATES** – Associates hired to work 35 or more hours per week on a regular basis.

**FULL-TIME TEMPORARY ASSOCIATES** – Associates hired to work full-time on the Company's payroll, with the understanding that employment will be terminated upon completion of a specific assignment.

**PART-TIME REGULAR ASSOCIATES** – Associates hired to work less than 35 hours per week on a regular basis.

**PART-TIME TEMPORARY ASSOCIATES** – Associates hired to work part-time on the Company's payroll with irregular hours of work or regularly scheduled to work less than 30 hours per week or for periods of time less than one year.

## NON-EXEMPT STATUS

Governed by the Fair Labor Standards Act (FLSA), associates who are considered to be non-exempt (salaried or hourly) receive additional compensation when hours are worked in excess of 40 hours in a workweek. Associates who are normally paid on a salaried rather than an hourly basis may be non-exempt and can thus qualify for overtime. These positions are typically referred to as salaried non-exempt.

## OVERTIME PAY PROCEDURES

You will be paid your regular hourly rate for the first 40 hours worked in a workweek. You will be paid at 1.5 times your regular hourly rate for hours worked in excess of 40 hours in a workweek. Your supervisor must approve all overtime prior to performing the work.

All hours of overtime worked and the reasons such overtime was necessary must be documented on the proper form and signed by both you and your supervisor. You will not be required to work overtime without compensation. If you feel pressured to work "off the clock" (i.e. to work overtime hours without being paid for it) by a supervisor or others, you should report this matter to the Human Resources Department, which will investigate the matter. You will not be retaliated against for having reported your complaints in this regard.

## HOURS OF WORK

Our hotels are open 24 hours a day, seven days a week, and our schedules are made to fit the travel patterns and needs of our Guests.

The normal workweek begins at 7:00 a.m. Sunday and ends on the following Sunday at 7:00 a.m. The number of days per week and hours per day to be worked are determined by seasonal occupancy. The General Manager will post work schedules for the upcoming week. It is your responsibility to check the schedule and be aware of scheduled work hours for each day. Do not assume that work hours or days off will remain the same, as scheduling may be adjusted to meet the flexible demands of our business.

Due to the nature of the hotel industry, we cannot guarantee a specific number of hours of work each week. Scheduled hours may vary from week to week, as well as days off. With adequate notice, supervisors will make every possible effort to accommodate requested days off; however scheduling is done solely on the basis of business requirements. All questions regarding your work schedule must be discussed with your supervisor. We will make every attempt to be fair in scheduling work for all associates and due consideration will be given to any unusual circumstances.

Supervisors must approve any changes to the work schedule. Adequate notice is required before a change may be made.

### TIME CARDS/PAYCHECKS

You must fill out your own time card before beginning the workday. You must clock out as scheduled. Any hours in excess of scheduled hours (overtime hours) must be approved in advance by the General Manager.

Paychecks are distributed every other Friday (one week after time cards are turned in.) Check stubs will contain all legal and authorized deductions. Associates must sign the time sheet when receiving the time card and initial all changes. All tipped associates are required to report all tips on the back of their time card or tip reporting sheet each day.

### MEAL BREAKS AND REST PERIODS

There is no Federal or State law (except in Tennessee – which requires a 30 minute unpaid break for associates who work six or more consecutive hours) requiring rest periods or meal breaks during the course of a regular workday. Federal regulations simply require rest periods or meal breaks of less than 20 minutes to be considered as "work time" and, therefore, paid time.

The Company is not required to pay associates for time spent during bona fide meal periods. Bona fide meal periods are at least 30 minutes long, but may be shorter under special conditions. They do not include coffee breaks or snack breaks; these are considered rest periods.

An associate must be completely relieved from duty for the purpose of eating regular meals. It is not necessary that an associate be permitted to leave the premises if he or she is otherwise completely freed from duties during the meal period.

## BENEFITS ADMINISTRATION

### MEDICAL AND LIFE INSURANCE PLANS

After 180 days of continuous employment, an associate who works an average of 30 hours per week (over the previous 6 month period) may be eligible to participate in a company sponsored benefit program.

### HOLIDAY PAY

After 90 days of continuous employment, any associate who works on a holiday will be paid at 1.5 times the regular hourly rate then in effect ("holiday pay"). The Company recognizes the following holidays:

1. New Year's Day
2. Memorial Day
3. Independence Day (July 4)
4. Labor Day
5. Thanksgiving Day
6. Christmas Day

December 31 is considered a holiday for the night audit shift.

### PAID TIME OFF (PTO)

Jameson provides qualifying associates paid time off (PTO) benefits which entitles an associate to be paid for certain times when they are not at work. PTO benefits are earned based on the number of hours worked during a two-week pay period and attendance during the pay period.

Paid time off (PTO) includes time off that is traditionally referred to as vacation. Employers have also traditionally paid associates for time during which an associate is absent from work due to illness, doctor visits or other personal business that can only be handled during normal business hours. The Company recognizes all of these traditional benefits, but in a way that allows an associate to decide what best meets his or her personal needs. Depending on your length of service with the Company and the number of hours you work during a two-week period, you will be entitled to take time off and be paid for that time. You do not have to give a reason for taking time off, except to help resolve conflicts when more than one associate wants the same time off. When all available PTO time has been taken, any absence due to illness or personal time will be an unpaid absence.

After 90 days of continued employment, PTO benefits will accrue for time worked during a two-week pay period if an associate works at least 45 hours during that pay period. The amount of paid time off earned during a two-week pay period will take holiday and overtime hours into account at straight time (not time and a half, even though an associate may be paid at time and a half). The amount of PTO an associate can earn is based upon years of service with the Company. During the first two years of employment, 1 hour of PTO is earned for every 32.5 hours worked in a pay period, up to a maximum of 64 hours of paid time off earned during a 12-month period. PTO earned during each two-week pay period will be determined by dividing the

total number of hours worked by the applicable rate (for the first two years of employment, the earning rate is 32.5). The resulting number will be rounded to the nearest quarter hour and that number will be added to the PTO account and shown on the pay stub. After the first two years of employment, PTO is earned at a faster rate based on the schedule set forth below. PTO hours are based on anniversary date, and accrue as follows:

| During the Years of employment | Number of Work Hours Needed to earn One Hour of PTO | Maximum PTO Hours Earned per Year |
|---|---|---|
| 1-2 | 32.5 | 64 |
| 3-4 | 20 | 104 |
| 5-9 | 14.4 | 144 |
| 10+ | 11.3 | 184 |

Compensation for PTO is based on an associate's current rate of pay in effect when PTO benefits are used. Paid time off pay does not include incentive pay, bonuses, or other special forms of compensation. Paid time off is not counted as time worked when computing overtime.

Unused PTO may be carried over from one year to the next, up to a maximum of 80 hours. No payments will be made in lieu of taking paid time off, except for unused paid time off at the time of voluntary separation from the company and only if the associate has completed at least 12 months of continuous employment. (No more than 80 hours of PTO may be cashed in.) If employment is involuntarily terminated, all accrued but unused PTO will be forfeited.

## RETIREMENT PLAN (401K)

Jameson offers a plan for associates to save for their retirement through contributions made by the associate as payroll deductions. The monies contributed to the plan are invested in various investments that are managed by a professional investment management company. By contributing through salary deferral, these contributions will reduce a participant's taxable income, thereby offsetting a significant part of the salary reduction.

You may elect to participate in the 401(k) plan after meeting eligibility requirements. To be eligible to join the plan, you must be at least 21 years of age, have one year of service and have worked at least 1000 hours during the preceding 12 months. After your one-year anniversary date, entry dates are as follows – Jan 1, April 1, July 1, and Oct 1.

The Human Resources Department will notify you when you have completed the requirements necessary to become a participant in the plan. An eligible associate who enrolls in the plan is entitled to the benefits and is bound by all of the terms, provisions and conditions of this plan.

To participate in this plan, you must complete the necessary enrollment application and an agreement for salary reduction. You will continue to participate in the plan as long as you remain an eligible associate, or until the plan is terminated, whichever occurs first.

The plan allows associates to make pre-tax deferrals through the convenience of payroll deductions. Associates may choose to contribute from 1% to 20% of pay each plan year. In addition, the company may make a matching contribution. Associates are always 100% vested in their own contributions. Vesting for company contributions are based on the following schedule:

- Less than 2 Years of Employment          0% Vesting
- After 2 Years of Employment              25% Vesting
- After 3 Years of Employment              50% Vesting
- After 4 Years of Employment              75% Vesting
- After 5 Years of Employment              100% Vesting

Taxable income is reduced by the amount contributed through salary deferral. Total contributions may not exceed the limits imposed by section 415 of the Internal Revenue Code. These limits may be adjusted from time to time. For more information on these limits, contact the Human Resources Department.

## ASSOCIATE DISCOUNT

After 90 days of continuous employment, you and your immediate family are eligible to receive a discounted $30 room rate at all Company owned or operated properties. This discount is available only at properties at least 75 miles distant from the area where you work. All room discounts are subject to room availability and are not available during special events. For purposes of this policy, immediate family is defined as spouse and dependent children only. Your supervisor or General Manager must make an advance reservation for you, which will be subject to room availability at the destination property.

# LEAVES OF ABSENCE

Circumstances may arise where you are unable to work for an extended period of time, but plan to return to work when circumstances change. You may request to take a leave of absence from work and may or may not be paid for the time taken, depending on what the circumstances are that prevent you from working. Several types of leave of absence are discussed below. If you need to take a leave of absence, you must discuss your situation with your supervisor before the start of a leave of absence. If you are absent for more than three months, the Company will normally discharge you from further employment with the Company.

## BEREAVEMENT LEAVE

If you have worked for 90 continuous days, you may take time off with pay in the event of the death of an immediate family member (parent, spouse, sibling, or child). You will be given time off without loss in pay, for a period of up to three days, to be with family. Time off exceeding three days may be taken without pay. Accrued paid time off may also be used as compensation during a bereavement leave of absence. Your supervisor must be notified as soon as possible of the need for time away from work.

Bereavement leave pay is based on your hourly rate in effect when bereavement leave is used, multiplied by the average number of hours worked per work day during the four pay periods preceding the day(s) of absence.

Paid time off benefits will continue to accrue while on leave of absence for bereavement.

## JURY DUTY

After 90 days of continuous employment, if you are required to perform jury duty, you will be excused from work for the time necessary to perform this function. Time spent in the performances of jury duty shall not be regarded as time worked for the purpose of computing overtime. Requests for time off for jury duty should be submitted along with the summons for jury duty to your supervisor for approval.

The Company will continue to pay your wages for a period not to exceed 80 hours per year. Upon receiving your jury duty pay from the county, you must provide the check to your supervisor who will in turn forward the check to the Human Resources Department. Jury service beyond 80 hours per year will be without pay. You may use paid time off as compensation during a jury duty leave of absence exceeding 80 hours. Voluntary service will not be compensated unless advance permission is granted.

The Company must be notified of a request for a leave of absence as soon as you receive notice to serve. The time allowed for jury duty will be only as long as necessary to carry out the service. You are expected to report to work when not serving jury duty.

Compensation during absences due to service on jury duty will be based on the hourly rate in effect when jury duty is served, multiplied by the average number of hours you worked per workday during the four pay periods preceding the day(s) of absence.

Paid time off benefits will continue to accrue while on leave for jury duty.

## MILITARY LEAVE

Military leave of absence applies to extended military service in the United States Armed Forces. Any regular, full-time associate who enlists, or who is called for extended military service will be granted a military leave of absence upon application to the Regional Manager. Requests for such leave must be made by the associate, unless circumstances make prior notice unreasonable.

A military leave of absence shall continue in effect for the duration of your original voluntary enlistment or call to active duty. Occasionally, you may wish to request an extension of the leave. Such a request must be submitted to the Regional Manager. In no event shall your cumulative military leave exceed five years, except as provided by law.

Unless the Company's circumstances make it impossible or unreasonable, an associate granted a military leave of absence who presents a certificate of satisfactory completion of training and service and applies for reemployment within 90 days after discharge, or convalescence from a military-related illness or injury, shall be eligible for reinstatement.

Individuals on leave will be considered for reemployment based upon their qualifications and the needs of the Company. Upon satisfactory completion of military service, if still qualified to perform the duties of the prior position, the returning applicant will be restored to that position or to a position of similar seniority, status and pay. If the returning applicant is unable to perform the duties of the prior position due to disabilities connected with military service, but is qualified to perform the duties of another position in the Company, an offer shall be made for that position.

~ The allowances and benefits provided below will apply to full-time, regular associates.

**Paid Time Off Settlement for Military Leave:**  A lump sum payment will be made for all accumulated paid time off earned and not taken under the existing paid time off policy at the time military leave of absence begins.

## FAMILY MEDICAL LEAVE OF ABSENCE

Jameson Hospitality, LLC grants up to 12 weeks of family and medical leave during any 12-month period to eligible associates in accordance with the Family and Medical Leave Act of 1993 (FMLA). This leave may be paid, unpaid, or a combination of paid and unpaid leave, depending on the circumstances of the leave and as specified below.

### Eligibility

In order to qualify to take family or medical leave under this policy, you must meet all of the following conditions:

1.      You must have worked for Jameson for 12 months or 52 weeks. The 12 months or 52 weeks need not have been consecutive. For eligibility purposes, you will be considered to have been employed for an entire week even if you were on the payroll for only part of a week or if you were on leave during the week.

2.    You must have worked at least 1250 hours during the 12-month period immediately before the date when the leave is requested to commence. The principles established under the Fair Labor Standards Act (FLSA) determine the number of hours you worked. The FLSA does not include time spent on paid or unpaid leave as hours worked. Consequently, these hours of leave should not be counted in determining the 1250 hours eligibility test for you under FMLA.

3.    You must work in an office or worksite where 50 or more associates are employed by the company within 75 miles of that office or worksite. The distance is calculated by using available transportation by the most direct route.

## Types of Leave Covered

In order to qualify as FMLA leave under this policy, you must be taking leave for one of the reasons listed below:

1.    the birth of a child and in order to care for that child;
2.    the placement of a child for adoption or foster care, and to care for the newly placed child;
3.    to care for a spouse, child, or parent with a serious health condition; or
4.    the serious health condition (described below) you are experiencing.

You may take leave because of a serious health condition that makes you unable to perform the essential functions of your position.

A serious health condition is defined as a condition which requires inpatient care at a hospital, hospice, or residential medical care facility, including any period of incapacity or any subsequent treatment in connection with such inpatient care or a condition which requires continuing care by a licensed health care provider.

This policy covers illnesses of a serious and long-term nature, resulting in recurring or lengthy absences. Generally, a chronic or long-term health condition, which, if left untreated, would result in a period of incapacity of more than three days, would be considered a serious health condition.

If you have questions about what illnesses are covered under this FMLA policy or under Jameson's short-term disability policy, you are encouraged to consult with the Human Resources Department. Jameson may require you to provide a doctor's certification of the serious health condition.

You can take up to 12 weeks of leave under this policy during any 12-month period. Jameson will measure the 12-month period based on the calendar year. Each time you take leave, Jameson will compute the amount of leave you have taken under this policy and subtract it from the 12 weeks of available leave, and the balance remaining is the amount you are entitled to take at that time.

If a husband and wife both work for Jameson Hospitality, LLC, and each wishes to take leave for the birth of a child, adoption or placement of a child in foster care, or to care for a parent (but not a parent "in-law") with a serious health condition, the husband and wife may only take a combined total of 12 weeks of leave.

### Associate Status and Benefits During Leave

While you are on leave, Jameson will continue your health benefits (if eligible) during the leave period at the same level and under the same conditions as if you had continued to work.

If you choose not to return to work for reasons other than a continued serious health condition or your family member's serious condition or a circumstance beyond your control, Jameson will require you to reimburse the amount we paid for your health insurance premium during the leave period.

Under current company policy, you pay a portion of the health care premiums. While on paid leave, Jameson will continue to make payroll deductions to collect your share of the premium. While on unpaid leave, you must continue to make this payment, either in person or by mail. The payment must be received in the Accounting Department by the 1st of each month. If the payment is more than 30 days late, your health care coverage may be dropped for the duration of the leave. Jameson will provide 15 days' notification prior to your loss of coverage.

### Associate Status After Leave

When you take leave under this policy, you will be able to return to the same position or a position with equivalent status, pay, benefits and other employment terms. The position will be the same or one, which is virtually identical in terms of pay, benefits and working conditions.

### Use of Paid and Unpaid Leave

If you have accrued paid time off, you must use all accrued paid time off first and take the remainder of the 12 weeks as unpaid leave. Jameson will notify you within two business days in writing or orally whether or not the leave will be designated as FMLA leave.

If you are taking leave because of your own serious health condition or the serious health condition of a family member, you must use all paid time off benefits prior to being eligible for unpaid leave.

If you are taking leave for the adoption or foster care of a child, you must use all paid time off prior to being eligible for unpaid leave.

### Intermittent Leave or a Reduced Work Schedule

You may take FMLA leave in 12 consecutive weeks, use the leave intermittently (take a day periodically when needed over the year), or under certain circumstances may use the leave to reduce the workweek or workday, resulting in a reduced hour schedule. In all cases, the leave may not exceed a total of 12 workweeks over a 12-month period.

Jameson may temporarily transfer you to an available alternative position with equivalent pay and benefits if the alternative position would better accommodate the intermittent or reduced schedule.

For the birth, adoption or foster care of a child, you and your supervisor must mutually agree to the schedule before you may take the leave intermittently or work a reduced hour schedule. Leave for birth, adoption, or foster care of a child must be taken within one year of the birth, or placement of the child.

If you are taking leave for a serious health condition or because of the serious health condition of a family member, you should try to reach agreement with your supervisor before taking intermittent leave or working a reduced hour schedule. If this is not possible, then you must prove that the use of the leave is medically necessary. Jameson may require certification of the medical necessity

### Certification of the Serious Health Condition

Jameson may ask for certification of your serious health condition. You should try to respond to such a request within 15 days of the request, or provide a reasonable explanation for the delay. Failure to provide certification may result in a denial of continuation of leave. Medical certification may be provided by using the Medical Certification Form. Request for a medical certificate must be made in writing as part of Jameson response to your request for leave.

Certification of the serious health condition shall include: the date when the condition began, its expected duration, and a brief statement of treatment. For medical leave for your own medical condition, the certification must also include a statement that you are unable to perform work of any kind or a statement that you are unable to perform the essential functions of your position. For a family member who is seriously ill, the certification must include a statement that the patient, the family member, requires assistance and that your presence would be beneficial or desirable.

If you plan to take intermittent leave or work a reduced schedule, the certification must also include dates and the duration of treatment as well as a statement of medical necessity for taking intermittent leave or working a reduced schedule.

Jameson has the right to ask for a second opinion if it has reason to doubt the certification. Jameson will pay for you to get a certification from a second doctor, which Jameson will select. If necessary to resolve a conflict between the original certification and the second opinion, Jameson will require the opinion of a third doctor  Jameson and you will mutually select the third doctor and Jameson

will pay for the opinion. This third opinion will be considered final. The associate will be provisionally entitled to leave and benefits under the FMLA pending the second and/or third opinion.

### Procedure for Requesting Leave

If you are requesting leave under this policy, you must provide a verbal notice with an explanation of the reason(s) for the needed leave to your immediate supervisor and to Human Resources. If the leave is foreseeable, Human Resources will require you to provide a written request for leave and the reasons. Failure to provide a written request for leave cannot be grounds to deny or delay the taking of FMLA leave.

Human Resources will provide individual notice of rights and obligations to your request for leave within three business days or as soon as practicable. For associates on intermittent or recurring leave for the same incident, this notice will be provided every six months.

When you plan to take leave under this policy, you must give Jameson 30-days notice. If it is not possible to give 30 days notice, you must give as much notice as is practicable. If you plan to undergo a planned medical treatment, you are required to make a reasonable effort to

schedule the treatment in order to minimize disruptions to Jameson's operations. If you fail to provide 30-days notice for a foreseeable leave with no reasonable excuse for the delay, the leave request may be denied until at least 30 days from the date Jameson receives the notice. While on leave, you are requested to report periodically to Jameson regarding the status of the medical condition, and your intent to return to work.

This policy shall be construed and enforced in accordance with the terms of the Family and Medical Leave Act of 1993 and applicable regulations. Jameson Hospitality, LLC reserves the right to impose any limitations on any right conferred by this policy as may be deemed consistent with the Act.

## BUSINESS-RELATED EXPENSES

Jameson Hospitality, LLC will provide reimbursement for any actual and reasonable business-related expenses incurred while performing your responsibilities on behalf of the Company (i.e., using your personal vehicle on Company business.) All such expenses and the rate of reimbursement should be discussed and approved by your General Manager. Approved expense reports will be paid in a timely manner.



### COUNSELING

The company is always concerned about the well being of our associates and encourages you to seek help for any difficulties that you may experience. We encourage you to keep us informed of any difficulty that you may need assistance with. In such cases, feel free to call the Human Resource Department at the home office to discuss alternative resources.

## COMMUNICATION

The company strongly encourages you to become involved in the operation of the department where you work and to submit suggestions to improve our operations. The management of the Company will consider each suggestion carefully and implement any ideas that would improve either the Company in general or a specific job.

The Company believes it is in the best interest of both you and the Company to promote free and open communication between our associates at all levels of management. The Company encourages you to discuss work related concerns with your supervisor and, if necessary, the head of your department.

JAMESON HOSPITALITY, LLC                *Associate Handbook*

# APPENDIX

## Jameson Hospitality, LLC
## Ethics and Standards of Business Conduct

### ETHICS AND CONDUCT

#### CODE OF BUSINESS ETHICS AND COMPLIANCE WITH COMPANY POLICY AND LAWS

The Company has a reputation for integrity, excellence and ethical conduct. Compliance with industry standards and all applicable laws, statutes, rules and regulations is an essential element of this reputation.

This policy is adopted to promote continued compliance with these standards and to prevent, detect and report conduct inconsistent with this policy. Every associate is responsible for knowing and applying these standards to his or her activities while conducting Company business, as a condition of employment. Members of management should also be vigilant for compliance by subordinates.

If any associate becomes aware of conduct or circumstances which appear questionable or in violation of Company policy or law, such associate has an obligation to contact the General Counsel to discuss such matters. Examples of areas in which questionable conduct may occur include:

- environmental hazards
- anti-trust; price fixing; bid rigging; boycotting
- protection of Company assets; theft; fraud
- confidential or proprietary information; copyright infringement; software piracy
- conflict of interest
- insider stock trading or tipping
- worker health and safety
- recording of time
- corporate political contributions
- on the job drug or alcohol problems

JAMESON HOSPITALITY, LLC                                    *Associate Handbook*

- discrimination based on race, religion, sex, disability, age, national origin, veteran's status or color
- direct or indirect payments to domestic or foreign government agencies or officials to obtain or retain business, or to influence their acts or decisions
- maintenance of accurate accounting records or reports and an effective internal accounting control system
- failure to properly file required reports
- government procurement violations
- mail or wire fraud
- other illegal or unethical conduct

## COMPANY ASSISTANCE

Any person having questions about this policy or specific transactions may obtain additional guidance from the General Counsel of the Company, at (770) 901-9020. Remember, however, that the ultimate responsibility for adhering to the policy and avoiding improper transactions rests on each associate. To the extent possible, all reports concerning violations of this policy shall be handled in a confidential manner, free of retaliation for any good faith inquiry or reporting.

## CONSEQUENCES

A misstep of a single associate undermines the Company's reputation and can subject the Company to significant fines and penalties. Any failure to adhere to the standards outlined in this policy may result in disciplinary actions, up to and including termination of employment. Additionally, an offending individual may also face civil or criminal charges or penalties, including imprisonment.

# PREVENTION AND DETECTION OF CRIMINAL CONDUCT

## OVERVIEW

The Company has established and maintained various formal and informal practices and procedures intended to promote ethical behavior of its associates and agents and to prevent and detect certain criminal conduct. To date, these practices and procedures have been effective, and this compliance program is not intended to modify their substantive content in any respect. In light of standards established in the Guidelines for Sentencing of Organizations promulgated by the U.S. Sentencing Commission, however, it is necessary to address compliance issues in a more coordinated, comprehensive and formal way. In order to assure compliance with the standards in the Guidelines, compliance practices and procedures must be reviewed, management oversight responsibilities formally assigned, and compliance activities properly recorded.

It remains the policy of the Company to make every effort to operate as a good corporate citizen and conduct its operations ethically and in compliance with applicable law. Conduct to the contrary is expressly prohibited and outside the scope of employment. All associates and agents should be informed and periodically reminded of this policy.

JAMESON HOSPITALITY, LLC                          *Associate Handbook*

The Company will exercise all reasonable efforts to establish and enforce effective programs to detect and prevent violations of criminal law by its associates and agents consistent with the standards set forth in the following compliance program.

## COMPLIANCE PROGRAM

The Company will continue to exercise due diligence in attempting to prevent and detect criminal conduct by its associates and agents. To those ends, the Company maintains the policies and practices set forth in the following Statements and Implementation Procedures.

**Statement 1.** Each location of the Company will periodically review its operations to reassess the likelihood that there is a substantial risk that certain types of criminal offenses may occur.

Implementation Procedure:

- In order to ascertain each location's current level of awareness of criminal statutes applicable to their respective operations, the Home Office will compile a listing of such laws and the manager of each location will make an assessment of the risk that each type of criminal offense may occur.

- The determination that there is a substantial risk that certain types of criminal offenses may occur should be based on the nature of the Company's activities and the past history of the organization.

- Each Regional Manager will submit such information to the General Counsel, who will review and supplement each location's assessment and recommendations as may be necessary.

**Statement 2.** The Company will maintain formalized compliance standards and procedures to be followed by its associates and agents which are reasonably capable of reducing the prospect of criminal conduct.

Implementation Procedure:

- To date, standards and procedures have taken many forms. Some are written, such as the Company's Insider Trading Policy. Others have been established by a practice which has not been stated in writing but which is nevertheless effective in maintaining compliance.

- Persons establishing and maintaining the lists referred to in Statement 1 will also review existing standards and procedures, whether established in a writing or in practice, and recommend changes to the General Counsel.

**Statement 3.** Specific members of senior management within the Company retain overall responsibility to oversee compliance with such standards and procedures. The General Counsel shall continue to coordinate these efforts and report on these matters to the Chief Executive Officer and the Board of Directors. Regional Managers are hereby assigned such responsibility for their respective departments.

Implementation Procedure:

- Regional Managers may delegate portions of such responsibility within their respective regions, but they will remain responsible for the establishment and maintenance of this compliance program and for the enforcement of such standards and procedures.

- Copies of written delegations of responsibilities will be maintained by the General Counsel, who will be informed of all delegations.

**Statement 4.  The Company will not delegate substantial discretionary authority to any individual it knows, or through the exercise of due diligence should have known, had a propensity to engage in illegal activities.**

Implementation Procedure:

- Persons whom department heads may suspect of having a propensity to engage in illegal activities are nevertheless presumed innocent of criminal conduct until proven guilty.  Department heads, therefore, shall exercise reasonable diligence to enforce this standard, while respecting the individual rights of associates and agents.

- Questions concerning this Compliance Statement should be referred to the General Counsel.

**Statement 5.  The Company will take reasonable steps to communicate its standards and procedures to all associates and other agents.**

Implementation Procedure:

- The reference to "reasonable steps" recognizes that the form of communication and the extent of the effort is related to the degree of risk identified pursuant to Statement 1.

- The Company will distribute its Code of Conduct Policy to all associates.

- The Company believes education and awareness of associates and agents promotes ethical conduct and helps prevent conduct which may be regarded as criminal.  Individuals who oversee compliance should, therefore:

- Train associates in standards of ethics and codes of business conduct which are consistent with Company standards.

- Train associates in the legal requirements relevant to their work including environment, health and safety laws, anti-trust

laws, government contract compliance, federal securities laws, etc.

- Regional Managers will consult with the Director of Training annually regarding education and training programs conducted in their respective departments.

**Statement 6.** The Company will continue to take reasonable steps to achieve compliance with its standards. Such reasonable steps include the establishment of monitoring and auditing systems reasonably designed to detect criminal conduct by associates and agents, and establishing, monitoring and publicizing a reporting system whereby associates and other agents can report criminal conduct by others within the organization without fear of retribution.

Implementation Procedure:

- The Company has employed and will continue to employ external, independent financial auditors, as well as internal financial auditors to detect fraudulent financial practices and to oversee the adequacy of procedures and controls which are intended to prevent fraudulent financial practices.
- The Company will conduct periodic environmental, health and safety reviews of their facilities as part of a continuing program to assure that the activities of the Company comply with applicable laws and regulations, and Company policy.

- The Company will establish additional appropriate auditing systems to monitor compliance with other legal and ethical obligations identified pursuant to Statement 1.

- Abuses of corporate policy, including suspected criminal conduct, should be reported to the Company's General Counsel at (770) 901-9020. To the extent reasonable and practical, such reports shall be handled on a confidential basis. It will be a violation of Company policy to intimidate or impose any form of retribution on any associate or agent who in good faith utilizes such reporting system for the purposes for which it is intended.

**Statement 7.** The Company will consistently enforce its standards through appropriate disciplinary mechanisms, including, as appropriate, discipline of individuals responsible for the failure to detect an offense.

Implementation Procedure:

- Adequate discipline of individuals responsible for an offense is a necessary component of enforcement. The form of discipline that will be appropriate, however, must be case specific.

- An effective compliance program depends to some extent on self-reporting and acceptance of responsibility by basically honest

associates who may have made mistakes out of ignorance or inattention. It is appropriate to take account of both self-reporting and acceptance of responsibility, when present, in determining the form of discipline.

- Regional Managers are responsible for determining the appropriate discipline for associates and agents employed within their respective operating departments, after consulting with the General Counsel.

Statement 8.  If a criminal offense is detected, the organization will take all reasonable steps to respond appropriately to the offense and to prevent similar offenses.

Implementation Procedure:

- If unlawful conduct is suspected, the department head and the General Counsel must be notified immediately.

- All inquiries about suspected criminal conduct from governmental authorities, or complaints from third parties, should be reported immediately to the General Counsel.

- The General Counsel will investigate or cause to be investigated promptly the possible occurrence of unlawful conduct.

- If unlawful conduct is detected and is continuing, all reasonable efforts will be made to stop that conduct immediately.

- If unlawful conduct is detected, when required by law, the General Counsel will notify the appropriate federal, state or local authorities.

- The Company will cooperate to the fullest extent reasonable and practical with appropriate federal, state and local authorities investigating a criminal offense. The Department head and the General Counsel will promptly take measures to preserve relevant documents. It will be a violation of Company policy to conceal an offense or to alter or destroy evidence.

- The Regional Manager of the district in which the offense occurred will make and report to the General Counsel suggested modifications to the department's programs to prevent and detect violations of law.

Statement 9.   These Compliance Statements are intended to establish a procedural framework; they are not intended to set forth in full the substantive compliance programs and practices of the Company. Additional standards for compliance are established and maintained by virtue of the practices, procedures and policies and the form of organization that manages the Company. Those additional practices, policies and organization are an integral part of the compliance program of the Company.

Implementation Procedure:

- The Company has previously adopted various written and unwritten compliance policies which were not instituted in response to the Guidelines for Sentencing of Organizations, such as the Anti-trust, Insider Trading, Corporate Funds and Assets, Conflict of Interest Policies, among others. These policies continue to be a part of the overall compliance efforts of the Company.   It is specifically contemplated that additional compliance policies may be issued in accordance with this Program.

- The form of organization adopted by the Company contributes oversight and gives direction to the Company's program to assure compliance with both ethical and legal standards.

- The Board of Directors will continue to exercise oversight and provide direction with respect to financial controls and reporting with respect to ethical and legal conduct.

- It has been the policy of the Company, and it is hereby restated, that the decentralized form of management adopted by the Company both vests in supervisors the authority and places on them responsibility to assure that the activities and operations for which they are responsible comply with all relevant federal, state or foreign laws.

- The General Counsel will continue to provide legal counsel and oversight regarding Company operations and implementation of this compliance program.

These forms of organization function as additional measures to enhance its compliance efforts and will be maintained.

## CONFLICTS OF INTEREST

The Company expects associates to avoid any situation, which does or may involve a conflict between their personal interest and the interest of the Company.  As a general overview, each associate has an obligation at all times to promote the Company's best interest.

Examples of activity leading to conflict of interes, which should not be undertaken by the associate:

- Ownership by an associate, or any member of an associate's immediate family of a substantial financial interest in any outside concern which does business with or is a competitor of the Company, except where such interest consists of securities of a publicly owned corporation and such securities are regularly traded on the open market.

- Rendering by an associate or any member of the associate's immediate family of consulting services to any outside concern which does business with, or is a competitor of the Company, except with the Company's knowledge and written consent.

JAMESON HOSPITALITY, LLC                    *Associate Handbook*

- Acceptance by an associate, or any member of the associate's immediate family, of gifts of more than token value, loans (other than from established banking or financial institutions), excessive entertainment, or other substantial favors from any outside concern which does or is seeking to do business with, or is a competitor of the Company. Gifts of nominal value, entertainment, meals or social invitations, which are customary and proper under the circumstances, are in keeping with good business ethics and do not place the recipient under obligation are allowed.

- Engage in any transaction that involves an ex-Company associate or close relative providing goods and services (i.e., consulting work or material purchases) to the Company.

- Disclosure or use of confidential Company information for the personal profit or advantage of the associate or any third person.

- Engage in an activity which competes directly or indirectly with the Company.

- Engage in any outside activity which might interfere or have the appearance of interfering with the performance of duties to the Company.

For the protection of both the Company and the associate, it is essential that the associate make prompt and full disclosure to the Company of any situation which may involve a conflict of interest. A report shall be submitted to the President, with a copy to the General Counsel. All information thus disclosed shall be treated on a confidential basis, except to the extent necessary for the protection of the Company's interest.

Management does not condone employment outside of the Company's normal work hours. Any outside employment will not take precedence over the associate's assigned duties, work schedule, efficiency and job performance with the Company.

The use of Company facilities, equipment, license, material, etc., in the pursuit of employment outside the Company is strictly prohibited.

Unless specifically approved by the President, outside employment, voluntary assistance and collaborations (with or without pay) in business or organizations which use the technical knowledge gained through the Company is prohibited.

Appropriate associates will periodically be required to certify compliance with this policy.

**Exceptions to this policy will require prior written approval from the President of the Company.**

## ANTI-TRUST LAWS

It is the policy of the Company to strictly comply in all respects with anti-trust laws. There shall be no exception to this policy, nor shall it be compromised or qualified by anyone acting on behalf of the Company.

No associate or agent of the Company shall enter into any understanding, agreement, plan or scheme, expressed or implied, formal or informal, with any competitor in regard to prices, terms or conditions of sale, territories or customers; nor exchange or discuss with a competitor prices, terms or conditions of sale or any other competitive information; nor engage in any other conduct which, in the opinion of the Company, violates any of the anti-trust laws.

## COPYRIGHTS, TRADEMARKS AND SECRETS

In connection with their work, associates may have access to or be exposed to information of the Company which is confidential. Such information is proprietary to the Company and each associate is prohibited from disclosing, directly or indirectly, to any unauthorized person, business or other entity, or use for their own purposes, any confidential information without the prior written approval of the Company. Confidential information includes proprietary and financial information, product and customer or tenant information, methods of doing business and other proprietary matters. Further, any process, program, service, invention, product or procedure which may be trademarked, copyrighted or developed by an associate or arising during the course of employment with the Company is the sole property of the Company.

Upon termination of employment, an associate will be required to return to the Company all Company information, documents and materials in the associate's possession or under the associate's control.

## CORPORATE FUNDS AND ASSETS

The Company requires its associates to properly and lawfully utilize corporate funds and assets.

- The use of Corporate or subsidiary funds or assets for any unlawful, unauthorized or improper purpose is strictly prohibited. This prohibition includes, but is not limited to, any use unlawful or improper under applicable law or ethical standards, foreign or domestic, irrespective of the practices of others.

- No undisclosed or unrecorded fund or asset of the Company or any subsidiary shall be established for any purpose.

- No false or artificial entries shall be made in the books and records of the Company or its subsidiaries for any reason, and no associate shall engage in any arrangement that results in such a prohibited act.

- No payment on behalf of the Company or any of its subsidiaries shall be approved or made with the intention or understanding that any part of such payment is to be used for any purpose other than that described by the documents supporting the payment.

- No transaction shall be undertaken for the purpose of unlawfully evading any tax levied by any government, foreign or domestic.

- Any associate having information or knowledge of any unrecorded fund or asset or any prohibited act shall promptly report such matter to the Chief Financial Officer or President of the Company.

- All supervisors shall be responsible for the enforcement of and compliance with this policy, including necessary distribution to ensure associate knowledge and compliance.

- Appropriate associates will periodically be required to certify compliance with this policy.

- The Company name may not be used or misrepresented to purchase goods or services for individual benefit.

## INSIDER TRADING

If a Director, Officer, or associate has material non-public information relating to Jameson Inns, Inc., it is Company policy that neither that person nor any member of that person's household may buy or sell securities of or engage in any other action to take advantage of or pass on to others that information. This policy also applies to information relating to any other company, including our customers or suppliers, obtained in the course of employment.

Transactions that may be necessary for independent reasons (such as the need to raise money for an emergency expenditure) are no exception. Even the appearance of an improper transaction must be avoided.

"MATERIAL INFORMATION" IS ANY INFORMATION THAT A REASONABLE INVESTOR WOULD CONSIDER IMPORTANT IN A DECISION TO BUY, HOLD, OR SELL STOCK--IN SHORT, ANY INFORMATION WHICH COULD REASONABLY AFFECT THE PRICE OF THE STOCK.

Common examples of information that will frequently be regarded as material are projections of future earnings or losses; news of a pending or proposed merger, acquisition, or tender offer; news of a significant sale of assets or the disposition of a subsidiary; changes in dividend policies, the declaration of a stock split, or the offering of additional securities; changes in management; significant new products or discoveries; impending bankruptcy or financial liquidity problems; and the gain or loss of a substantial customer or supplier. Either positive or negative information may be material.

If any securities transaction becomes the subject of scrutiny, the transaction will be viewed after the fact with the benefit of hindsight. As a result, before engaging in any transaction an associate should carefully consider how regulators and others might view the transaction in hindsight.

Transactions by Family Members - The very same restrictions apply to family members and others living in the associate's household. Associates are expected

to be responsible for the compliance of their immediate family and personal household.

Tipping Information to Others - Whether the information is proprietary information about the Company or is information that could have an impact on stock price, associates must not pass the information on to others. Securities law penalties apply, whether or not an associate derives any benefit from another's actions.

When Information is Public - It is also improper for an officer, director, or associate to enter a trade immediately after the Company has made a public announcement of material information, including earnings releases. Because the Company's shareholders and the investing public should be afforded the time to receive the information and act upon it, as a general rule associates should not engage in any transactions until the third business day after the information has been released. Thus, if an announcement is made on a Monday, then generally Thursday would be the first day on which an associate should trade.

## ADDITIONAL PROHIBITED TRANSACTIONS

Because the Company believes it is improper and inappropriate for any Company personnel to engage in short-term or speculative transactions involving Company stock, it is the Company's policy that directors, officers, and associates should not engage in any of the following activities with respect to securities of the Company:

- Trading in Securities on a Short-term Basis - Any Company stock purchased in the open market must be held for a minimum of six months, and ideally longer. However, the rule does not apply to stock option exercises.

- Purchases of Company Stock on Margin

- Short Sales

- Buying or Selling Puts or Calls

## COMPANY ASSISTANCE

Any person having questions about this policy or specific transactions may obtain additional guidance from the General Counsel. Remember, however, that the ultimate responsibility for adhering to the policy and avoiding improper transactions rests with each individual. In this regard, use of one's best judgment is imperative.

## PRECLEARANCE OF ALL TRADES BY DIRECTORS AND OFFICERS

To provide assistance in preventing inadvertent violations and avoiding even the appearance of an improper transactions (which could result, for example, when an officer engages

in a trade while unaware of a pending major development), ALL TRANSACTIONS IN COMPANY STOCK (ACQUISITIONS, DISPOSITIONS, TRANSFERS, ETC.) BY DIRECTORS AND OFFICERS MUST BE PRE-CLEARED BY THE GENERAL COUNSEL. This requirement does not apply to stock option exercises, but would cover market sales of option stock.

## ASSOCIATE ACKNOWLEDGMENT

I acknowledge that I have received a copy of the Jameson Hospitality, LLC Associate Handbook and that I have been provided an opportunity to carefully review the contents of the Handbook. I agree to abide by the rules and regulations contained in the Handbook. I understand that I am an "at will" associate of Jameson Hospitality, LLC. Either Jameson Hospitality, LLC or I may terminate my employment at any time and for any reason or no reason. I understand that this Handbook only briefly outlines the Company's policies, benefits and other general information and does not constitute a contract of employment or a guarantee of employment. Such policies are intended as general policy guidance and are presented only as a matter of information and reference. They are not intended to cover every policy or situation that might arise, nor are they intended to be binding on the Company.

I further understand that no Company representative or management associate has the authority to enter into an agreement for employment or promise any employment for a specific period of time or make any agreement contrary to the employment "at will" provision. I understand that if I need additional information, I may obtain it from my General Manager, Regional Manager or the Human Resources Department at the Company's headquarters in Atlanta, Georgia.

The Company reserves the right to deviate or depart from, make exceptions to, interpret, and apply any of its policies and policy provisions (including those in this handbook) as it sees fit based on particular facts or changing conditions or as it otherwise determines for any reason in its sole judgment. In addition, the guidelines described in Company policies (including those in this handbook) are to be considered as unilateral expressions of general policy that can be added to, modified, or deleted by the Company, in part or in whole, at any time for any reason, with or without advance notice.


_____          _____
Associate's Signature                Date


_____
Associate's Name Printed


_____          _____
Supervisor's Signature               Date