# Salary Freeze Memos

## 2002
## 2003


PLAINTIFF'S EXHIBIT
Winey 3

Jameson-2054

TO ALL GENERAL, DISTRICT AND REGIONAL MANAGERS:

In order to align hotel operations with changes that were instituted earlier this year for the home office for the purpose of achieving a 25% reduction in costs of operation and to establish consistent and uniform policies for all salaried personnel in the company, Kitchin Hospitality, LLC's executive management has determined that in light of current economic and business conditions, there will be no increases in annual salaries for General Managers, Assistant General Managers or Hotel Managers in calendar year 2002. This same policy was put into place for all salaried home office personnel, including department heads and executives, in January of this year. In addition, annual employee performance reviews for all General Managers, Assistant General Managers and Hotel Managers have been rescheduled for January, 2003 and will not be conducted during the remainder of 2002 so that all salaried management employees will receive their annual reviews at the same time.

# MEMORANDUM

From: Jeff Hurley, Director of Human Resources

To: Brian Pierce, Payroll Manager
Mary Helen Hicks, Hotel Controller

Subj: Clarification of Policy regarding Wage/Salary Freeze for all Operations/Field Employees

Date: April 2, 2003

---

This memo will outline my understanding of clarifications issued today by Craig Kitchin regarding the company's policies regarding the "freeze" of wages and salaries for all Operations/Field employees which was announced on Monday, March 17, 2003, as follows:

1. The wage/salary freeze was effective immediately, that is on March 17, 2003. PAF's for wage/salary increases submitted to the Payroll Department on or after that date are ineffective and are "frozen".

2. Wage/salary increases are authorized only in connection with a bona fide promotion, as evidenced by a job code change. *Copies of PAF's showing pay raises for promotion of salaried personnel (or hourly to salary) which have been approved by a Regional Manager or the VP Operations are to be forwarded to Craig Kitchin for his information until further notice.*

3. Input of wage increases for employees to correct and end the improper use of temporary rates will be permitted.

3. PAF's or other submissions requesting the use of new temporary hourly or salary rates are not to be entered or honored after March 17, 2003. The only permitted exception is when an employee has been temporarily transferred to a hotel that is beyond a reasonable driving or travel distance from his or her residence or regularly assigned hotel. Temporary re-assignment from one hotel to another in a metropolitan area does not constitute an authorized temporary re-assignment justifying a temporary pay rate increase. Likewise, "increased responsibilities" in the event of an employee having to undertake additional duties as a result of a vacancy of a superior, comparable employee or subordinate position (e.g. front desk manager acting as AGM; AGM acting as GM; front desk having to work night audit or help in laundry, etc.) does not justify a temporary pay rate increase.

Jameson-2056

Bonus Programs

2001, 2003, 2004



Jameson-2062

# JAMESON INN GENERAL MANAGER
# 2001 BONUS PROGRAM

The purposes of Jameson's 2001 General Manager Bonus Program are to: (a) motivate participants toward achieving Company financial goals that are considered key to the Company's success; and (b) reward performance with pay that varies in relation to the extent to which the Company's financial goals are achieved.

## ELIGIBILITY

In order to be eligible for this bonus program, you must be a General Manager in good standing with no disciplinary action prior to the first day of each beginning quarter. If you are in good standing, but started after the first day of the new quarter, and have hit the GOP% goal, your bonus will be pro-rated.

## BONUS DETERMINATION

The bonus program will be driven by meeting and/or exceeding Gross Operating Profit (GOP) percentage goals established for your hotel. General Managers will receive a bonus amount of $1,500 if the GOP% goal is achieved. For every percentage point you increase the GOP%, you will get an additional $100. (Examples are included as an attachment).

## FORM AND TIMING OF PAYMENT

Bonus checks will typically be distributed by the end of each of the following months: 1st Quarter-April 30th, 2nd Quarter - July 31st, 3rd Quarter – October 31st, 4th Quarter – January 31st 2002. Bonus checks will be subject to all tax withholdings required by federal, state, and local laws.

## TERMINATION OF EMPLOYMENT

If your active employment with the Company ceases by reason of death, short-term or long-term disability, family and medical leave, or military service, you will remain eligible for the bonus program. In the event of a General Manager's death prior to receipt of a bonus, the bonus shall be payable in cash to the estate of the General Manager. You will not be eligible for any bonus payments in the event you voluntary separate from the company or your employment is involuntarily terminated prior to the date bonus checks are distributed.

I understand and accept the terms and conditions of the 2001 General Manager Bonus Program.

_____    _____    _____
General Manager Signature              Property                              Date

# 2001 GENERAL MANAGER BONUS PROGRAM EXAMPLES

Jameson Hospitality

2001 Bonus Program

*Sample*

| Hotel A | Jan | Feb | Mar | 1st Quarter |
|---|---|---|---|---|
| Budgeted GOP% | 43.5% | 48.5% | 50.3% | 47.4% |
| Actual GOP % | 44.0% | 49.0% | 51.3% | 48.1% |
| Variance | 0.5% | 0.5% | 1.0% | 0.7% |
| Bonus Mark(hit) | | | | $1,500 |
| Additional Bonus | (.70 x $100) | | | $70 |
| Total Quarterly Bonus | | | | $1,570 |

| Hotel B | Jan | Feb | Mar | 1st Quarter |
|---|---|---|---|---|
| Budgeted GOP% | 43.5% | 48.5% | 50.3% | 47.4% |
| Actual GOP % | 51.0% | 53.0% | 54.0% | 52.7% |
| Variance | 7.5% | 4.5% | 3.7% | 5.2% |
| Bonus Mark(hit) | | | | $1,500 |
| Additional Bonus | (5.2 x $100) | | | $520 |
| Total Quarterly Bonus | | | | $2,020 |

| Hotel C | Jan | Feb | Mar | 1st Quarter |
|---|---|---|---|---|
| Budgeted GOP% | 43.5% | 48.5% | 50.3% | 47.4% |
| Actual GOP % | 39.0% | 51.0% | 49.5% | 46.5% |
| Variance | -4.5% | 2.5% | -0.8% | -0.9% |
| Bonus Mark(missed) | | | | $0 |
| Additional Bonus | | | | $0 |
| Total Quarterly Bonus | | | | $0 |

Professional Memo                                                                 Page 1 of 1

JH
R22

**Jeff Hurley**

From: Marty Brew [mbrew@jamesoninns.com]
Sent: Friday, February 14, 2003 9:35 AM
To: 'Mary Helen Hicks'; jhurley@jamesoninns.com
Subject: FW: Professional Memo


Martin D. Brew, CPA
Treasurer & Chief Accounting Officer
Jameson Inns, Inc./Kitchin Hospitality, LLC
www.jamesoninns.com
Phone:  770-776-5245
eFax:   973-461-4531

-----Original Message-----
From: Phyllis Davis [mailto:pdavis@jamesoninns.com]
Sent: Friday, February 14, 2003 9:22 AM
To: 'Signature Inns'; 'Jameson hotels'; 'Scott Stuart'; 'David Shephard'; Jeff Mocha'; Mike Davis'; 'Sandy McGuffey'; 'Paul Komanecky'; 'Beth Harry'; 'Brett Thompson'; 'Charles Woods'; 'Kim Casey'; 'Lynn Jones'
Subject: Professional Memo

**KITCHIN HOSPITALITY, LLC**

# Memo

To:     General Managers, Regional Managers, and District Managers
From:   Greg Winey
cc:
Date:   January 21, 2003
Re:     2003 General Managers Bonus Plan

Attached is the *final* 2003 General Managers Bonus Plan. If you have any questions, please contact your Regional Manager, District Manager or me.

2/14/2003                                                                        Jameson-2065

FINAL/APPROVED

# 2003 General Manager Bonus Program

**Purpose:** The purpose of the General Manager Bonus Program is to motivate the General Manager (GM) and his/her respective staff to execute key company initiatives at optimum levels of performance. This will be determined by meeting or exceeding "Key Performance Indicators."

**Base Bonus:** The targeted 2003 base bonus for all Kitchin Hospitality, LLC GM's is $2,000 per quarter. The first half of this bonus can be earned by achieving the adjusted budgeted Gross Operating Profit percentage (GOP%) for the quarter. The second half can be earned by achieving budgeted revenue goals for the quarter. Both portions of the base bonus are subject to reduction if the property receives a "Needs Improvement" QA or a Market Metrix customer service rating that is 3 points or more below the company average during the quarter. To receive any bonus, a GM must satisfy the eligibility requirements described below.

**Eligibility:** The GM must be in "good standing" with no disciplinary action during quarter for which a bonus is to be paid. "Good standing" also means meeting minimal operating requirements set forth by Kitchin Hospitality, LLC. Such requirements include, but are not limited to: A "Pass" rating on any Quality Assurance Inspection and Internal Audit for that quarter, meeting the adjusted budgeted GOP% for the quarter, meeting the minimal submission requirements to Market Metrix, no written warnings or disciplinary action, absenteeism of no more than 5 business days for the quarter (unless through approved PTO), acceptable "random inspections of the property by the Regional or District Manager (non-inclusive of a formal QA), and must be employed by Kitchin Hospitality when actual bonus checks are distributed. If you are in good standing, but started after the first day of the quarter, then your bonus will be pro-rated.

**Kickers:** The 2003 GM bonus program also provides enhancements and reductions to the base bonus, referred to as "kickers". Kickers will be as follows: Quality Assurance (QA's), Market Metrix and GOP%. Each kicker will have the value listed below:

- GOP% -
    - For each whole percentage point that exceeds the adjusted budgeted Gross Operating Profit percentage, an additional $100 will be paid (i.e. beat plan by 2% pts, bonus is increased by $200)

- QA's -
    - Outstanding QA = $500
    - Above Average QA = $250
    - Average QA = $0.0
    - Needs Improvement = -$500
    - Fail = $0.0 (no bonus regardless of meeting other gates)

- Market Metrix -
    - Overall Customer Service Ranking 3 pts or more above company average = $500
    - Overall Customer Service Ranking 3 pts or more below company average = -$500
    - Daily record submission must equal a minimum of 80% of possible transmission days (90 days in the quarter, a minimum of 72 days submitted). If minimal transmission % is not met, no bonus will be paid.

Jameson-2066

*Key Performance Indicators:* The determination as to whether or not the GM has met the criteria to be eligible for bonus will be determined by key performance indicators and are as follows:

- **GOP %** - The GM must hit the budgeted "adjusted gross operating profit %" (GOP%) as determined by his/her quarterly operating statements to be eligible for any bonus payout. Each quarter will be designated as follows:

    - 1st Quarter - January 1st thru March 31st
    - 2nd Quarter – April 1st thru June 30th
    - 3rd Quarter – July 1st thru September 30th
    - 4th Quarter – October 1st thru December 31st

    For each quarter in which an eligible GM achieves the targeted Gross Operating Profit percentage, the GM will earn $1,000 of the "base" bonus payout. No bonus will be paid, regardless of other met criteria unless the budgeted adjusted GOP% is met.

- **Revenue** – For each quarter in which an eligible GM achieves the budgeted revenue goals, a GM will receive an additional $1,000 of their "base" bonus payout. If revenue goals are not met, the base bonus will be reduced by ½ of the $2,000 base bonus, or by $1,000. The GM will still be eligible for the other half of his/her bonus if adjusted budgeted GOP% is met.

- **Quality Assurance Inspection (QA)** – The GM must pass his/her Quality Assurance Inspection for the quarter in which the GM is eligible. In the event of a failed inspection, the GM will not be eligible for any bonus regardless of other met criteria.

- **Market Metrix** - The GM must submit a minimum of 72 days of guest ledgers to Market Metrix each quarter (80% of potential submission days). It is up to the GM to ensure that submission is occurring on a daily basis and take corrective action when necessary. Technical problems are to be addressed directly with Market Metrix via the GM. Compliance will be reviewed on a daily basis via Market Metrix submission reports that are distributed to each GM on a daily basis.

- **No Contract or Guarantee** – This description of the manner in which a Manager will be compensated is not intended to be a contract for employment or a guarantee that a Manager will earn any commission or bonus or be eligible to receive any commission or bonus in the future. Furthermore, there is no guarantee that a Manager will continue as an employee of Kitchin Hospitality, LLC in the future, but shall at all times remain an employee at will.

Jameson-2067

*Example 1*
**Gates for Bonus eligibility**                                                               Kickers

| | Gate Met | Not Met | Bonus | MM | Bonus | GOP % | Bonus | QA |
|---|---|---|---|---|---|---|---|---|
| Revenue Budget | x | | $1,000 | +3pts | $500 | +3pts | $300 | $0 |
| GOP % Budget | x | | $1,000 | | | | | |
| Passed QA | x | | | | | | | |
| Market Metrix Submission | x | | $0 | | | | | |
| | | | | | | | | |
| Eligible for Bonus | Yes | | $2,000 | | $500 | | $300 | $0 |
| Total Bonus | $2,800 | | | | | | | |

*Example 2*
**Gates for Bonus eligibility**                                                               Kickers

| | Gate Met | Not Met | Bonus | MM | Bonus | GOP% | Bonus | QA |
|---|---|---|---|---|---|---|---|---|
| Revenue Budget | | x | $0 | +3pts | $500 | +3pts | $300 | |
| GOP % Budget | x | | $1,000 | | | | | |
| Passed QA-Outstanding | x | | | | | | | $500 |
| Market Metrix | x | | $0 | | | | | |
| | | | | | | | | |
| Eligible for Bonus | Yes | | $1,000 | | $500 | | $300 | $500 |
| Total Bonus | $2,300 | | | | | | | |

*Example 3*
**Gates for Bonus eligibility**                                                               Kickers

| | Gate Met | Not Met | Bonus | MM | Bonus | GOP% | Bonus | QA |
|---|---|---|---|---|---|---|---|---|
| Revenue Budget | | x | $0 | +3 pts | $0 | missed | $0 | $0 |
| GOP % Budget | x | | $0 | | | | | |
| Passed QA-Above Average | x | | | | | | | |
| Market Metrix | | x | $0 | | | | | |
| | | | | | | | | |
| Eligible for Bonus | No | | $0 | | $0 | | $0 | $0 |
| Total Bonus | $0 | | | | | | | |

**Kicker Key**

GOP% (pts above budget)

| | 1pt | 2pts | 3pts | 4pts | 5pts |
|---|---|---|---|---|---|
| Jameson | $100 | $200 | $300 | $400 | $500 |
| Signature | $300 | $600 | $900 | $1200 | $1500 |

**Quality Assurance**

| | Outstanding | Above Avg. | Pass | Needs Imp. | Fail |
|---|---|---|---|---|---|
| Jams/Sig | $500 | $250 | $0 | -$500 | $0 (bonus eliminated) |

**Market Metrix**

| | 3 pts Above Company Average | 3 Pts Below Company Average |
|---|---|---|
| Jams/Sig | $500 | -$500 |

# Questions and Answers

Q. What if I met my adjusted GOP% budget but fail a QA?
A. You would not receive a bonus. You must pass your QA to be eligible for any bonus payout regardless of any other met or exceeded requirements.

Q. Would the prior quarters QA count against my eligibility for bonus if I had a Fail or Needs Improvement?
A. No. We will only use the most recent quarters QA, GOP%, Revenue and Market Metrix scores. You will not be penalized for the prior quarter's performance.

Q. What if I beat my revenue budget but don't hit my adjusted GOP%?
A. You would not receive a bonus. The first bonus gate you must hit is your adjusted GOP% budget. If you've done that and meet all other eligibility requirements, you may receive up to a $1,000 bonus, subject to certain possible reductions.

Q. What if I was promoted to a GM in the middle of the quarter?
A. We would "pro-rate" your bonus. You would receive a bonus based on the number of days in the GM position. As an example, let's say you were promoted on Feb 15th, and you met all your bonus requirements. The base you would receive would be $2,000/89 days (the number of days in the first quarter) x 44 days (the number of days you actually worked in the capacity as GM for the quarter), = $989 adjusted for any other "kickers" that might apply to you. (They would also be pro-rated).

Q. Why are we changing the current bonus, it seems to be working well?
A. After a lengthy discussion with the Regional and District Managers, it was decided that we need to include revenue and some eligibility requirements as a criteria for bonus. In order to serve both the REIT (revenues) and the operator (revenues and GOP) we need to focus on both. We also wanted to add some incentives for hitting budgeted revenue goals. The total quarterly base bonus has gone up $500, but with some added liability to ensure that revenue is still a main focus. The problem with just looking at GOP% is that we can still miss the company's revenue goals by millions of dollars but still achieve our Gross Operating profit percentage. This is good but generally speaking only serves the operator reasonably well (depending on what REIT structure you're reviewing – Jameson or Signature). The REIT (which owns the hotels) really is only concerned about the operator's ability to achieve revenues.

Q. In a nutshell, what is the bonus program?
A. Here's the deal. If you hit your adjusted GOP% budget and meet all eligibility requirements, you immediately are eligible for half your bonus or $1,000. If you hit your revenue budget, you get an additional $1,000. You are automatically eligible for "kickers" once you have passed the GOP% margin gate. That is, if you pass your QA and send a minimum of 72 days of guest ledgers to Market Metrix. Missing either one of those criteria makes you automatically ineligible for any bonus regardless of your performance in other areas. If you get an Outstanding QA, your get an additional $500, an Above Average $250, a Pass $0, if you get a Needs Improvement you lose $500, if you FAIL you get nothing. If your Market Metrix scores are 3 pts or better than the company average you get $500, if they are 3 pts or more below company average you lose $500. If your budgeted adjusted GOP% margin beats plan by a full point, you get $100 for every point above plan. So, if you hit your adjusted GOP% margin, you get $1,000. If you hit your revenue goals you get $1,000. Get an Outstanding on your QA and you get another $500. Beat the company average for Market Metrix by 3 pts or more and you get another $500. Your bonus could easily be $3,000 if you do all the right things extremely well. It could even be better if you have a great revenue and GOP year. I think that sums it up. Please call your Regional or District Manager if you have any additional questions. Thanks, and good luck!!

# KITCHIN HOSPITALITY
## 2004 GM BONUS PROGRAM

Quarter Ending Date: 03/31/04

| Hotel: | |
|---|---|
| GM: | |
| GM Hire Date: | |
| Current Salary: | |
| Target % Payout: | 15% |
| Base $$ Amount: | $0 |
| Base $$ Amount: | $0 |

Annually ☐   Quarterly ☐

**Bonus Payout**

| Revenues: | $0 |
|---|---|
| Adjusted GOP dollars: | $0 |
| Adjusted GOP %: | $0 |
| QA Kicker: | FALSE |
| TOTAL BONUS: | $0 |
| % of Time Worked/Qtr: | 100.0% |

**BONUS PAY OUT:** $0

**Revenues**
| Budgeted Revenues | |
|---|---|
| Actual Revenues | |
| Variance | $0 |
| % to Plan | 0.00% |

**Adjusted GOP Revenues**
| Budgeted GOP Revenues | |
|---|---|
| Actual GOP Revenues | |
| Variance | $0 |
| % to Plan | 0.00% |

QA SCORE:   AVERAGE

**Adjusted GOP%**
| Budgeted GOP% | 0.0% |
|---|---|
| Actual GOP% | 0.0% |
| Variance | 0.0% |
| % to Plan | 0.00% |

Regional Manager Authorization: _____ Date: _____

Director of Ops (Signature) Authorization: _____ Date: _____

Vice President of Operations Authorization: _____ Date: _____

Hotel Controller Authorization: _____ Date: _____

Salaried Employees

Salary Increases For 2004



PLAINTIFF'S EXHIBIT
Wiley 9

Jameson-2057

# MEMO

From: Greg Winey, V. P. – Hotel Operations and Jeff Hurley, Director of Human Resources

To: Area, District, and Regional Managers; Regional Directors and Director of Operations for Signature Inns

Subj: Salaried Field (Hotel) Employees' Salary Increases for 2004

Date: April 2, 2004

---

This Memorandum outlines the program, parameters, guidelines, process and procedures to be followed for awarding Salaried Field (Hotel) personnel (Associates) a performance-based salary increase during calendar year 2004 ("Program").

1. Salary increases may be awarded to eligible hotel-level salaried employees (General Manager level and below), based on performance by the individual Associate during 2003, as measured and determined in accordance with the rules, procedures, requirements and guidelines set forth in this Memorandum.

2. Salary increases awarded will correlate to written evaluations of personal performance (i.e. Associate Performance Assessments) which occurred or which was achieved during the period January 31, 2003 to December 31, 2003, as explained below.

3. Salary increases may only be awarded to Associates who are salaried Head Maintenance, Executive Housekeeper, Front Desk Manager, Sales Manager, Assistant General Manager and General Manager personnel.

ELIGIBILITY, REQUIREMENTS AND QUALIFICATIONS:

1. In order to receive an Employee Performance Assessment, the Associate must have been employed by the Company in a salaried position on or before December 31, 2003.

2. Associates hired or promoted subsequent to December 31, 2003 or who have received any salary increase subsequent to December 31, 2003 are **not** eligible to participate in this Program or receive a performance-based salary increase for the 2003 performance assessment period.

3. The Associate must be employed by the Company on the anticipated effective date of the salary increase, which currently has been established as May 23, 2004. No employee who has tendered or is working out any notice of resignation on that date or who has entered into any separation agreement with the Company on or before that date shall be awarded or receive any increase in salary. (It is anticipated that Associates will first see any increase in their net pay on paychecks issued on Friday, June 11, 2004. Due to administrative or other requirements or needs, the Company may in its discretion postpone the effective date of any salary increases.)

4. The Associate must not have been subject to any disciplinary action in calendar years 2003 or in 2004, up through and including the effective date of the salary increase

1

Jameson-2058

5. The Associate must not be under investigation for disciplinary action nor had his or her employment suspended on the effective date of the salary increase.

6. Nothing herein shall constitute any guaranty, entitlement, contract or agreement between the Company and any employee or group of employees as to a salary increase or change of compensation or as to the terms and conditions of "at will" employment. The timing, amount and any and all decisions made in regard to employee salary increases are and shall remain discretionary and at the sole and exclusive prerogative of the Company.

PROCEDURE:

1. Each salaried Associate eligible to receive a salary increase under the Program shall be evaluated in writing using the Employee Annual Assessment form provided by the Company and in accordance with the specific instructions for the use of the assessment form and the procedure for conducting the assessment. The Annual Assessment form is attached to this Memorandum.

2. Associates will be evaluated on their performance for the 11 month period January 31, 2003 (the date of the most recently completed performance review) through December 31, 2003 ("Performance Period").

3. Any employee who was first hired or promoted to a salaried field position in 2003 subsequent to January 31, 2003 will be evaluated only as to the time period he or she was a salaried employee.

4. Any Associate who may have held or been employed in more than one (1) salaried position during the period January 31, 2003 to December 31, 2003 shall be evaluated as to all such positions held using a single performance assessment form.

5. During the period April 5, 2004 to April 30, 2004, each General Manager will conduct an employee performance assessment as to the Performance Period for each subordinate salaried Associate assigned to his or her hotel as of April 1, 2004, including employees on FMLA or other Leave but excluding any Associate hired or promoted to a salaried position subsequent to December 31, 2003. During the same time period, each General Manager will be evaluated and assessed as to the Performance Period, as provided below.

6. General Managers who have had any salaried Associate transferred or re-assigned to his or her hotel on or after November 30, 2003 shall obtain the input and opinion of the Associate's former General Manager, to the extent reasonable or possible, prior to completing the performance assessment.

7. For those hotels without General Managers assigned as of April 1, 2004, or for hotels who have General Managers who were not assigned to that specific hotel on December 31, 2003, the Area Manager, District Manager or Regional Manager, whichever is appropriate, shall be responsible for completing the employee performance assessments as to eligible personnel that particular hotel.

8. Performance assessments as to Assistant General Managers shall be conducted by the AGM's General Manager. However, the performance assessment form shall be reviewed by and approved by the appropriate Area, District or Regional Manager as to that Assistant General Manager.

9. Performance Assessments of General Managers are the responsibility of the applicable Regional Manager or Director. A Regional Manager or Director may delegate his or her

2

responsibilities to an appropriate District or Area Manager, provided that the Regional Manager or Director shall personally review and approve all completed performance assessment reviews and evaluation forms which he or she has not personally conducted or prepared, respectively.

10. All Employee Performance Assessments and all assessment forms shall be completed on or before Friday, April 30, 2004 and shall be forwarded to the Vice President – Hotel Operations in time to be received in Atlanta not later than Friday, May 7, 2004.

**PARAMETERS AND GUIDELINES FOR SALARY INCREASES:**

1. Salary increases to be awarded will be based upon and shall correlate to an Associate's percentile ranking, as derived from the Employee Performance Assessments and numerical scores as reflected by the completed performance assessment forms after any adjustment, as provided below. Percentile rankings will be determined on a Regional basis as to each job or position classification.

2. Each Regional Manager or Director and the Vice President – Hotel Operations, upon consultation with the Director of Human Resources and the Company's executive team, in their discretion may make such adjustments to the completed performance assessments and forms, numerical scores, percentile rankings and the amount of any salary increases actually awarded or not awarded to take into consideration differences among evaluators as to assessment and scoring criteria and results and to make such other adjustments, revisions, changes and assessments as may be reasonable or appropriate to ensure that the performance evaluation process, an associate's performance assessment and any increase in salary actually awarded, if any, is, on the whole, reasonable, equitable and appropriate as to both the Company and the associate and to ensure that all salary increases to be awarded conform to the Company's parameters and financial allocation for this Program.

3. The parameters and guidelines for salary increases are as follows (after any and all adjustments, as set forth in Paragraph 2, above):

   | Percentile Ranking | Corresponding Increase |
   |---|---|
   | Top 10% | 6% of Base Salary* |
   | 11 to 20% | 5% of Base Salary |
   | 21 to 35% | 4.25% of Base Salary |
   | 36 to 75% | 3.0% of Base Salary |
   | 76 to 90% | 1.0% of Base Salary |
   | Below 90% | No Salary Increase |

   *The exact amount of a salary increase, if any, as to any particular Associate cannot be determined until all adjustments have been made or implemented and all pro-rations or other calculations have been applied.*

4. The following additional pro-rations and adjustments shall be applied to the above parameters:

   A. Employees who were hired or promoted for the first time to a salaried position subsequent to January 31, 2003 and before December 31, 2003 shall have his or

3

her salary increase, if any, adjusted as follows: the dollar amount of the annual salary increase awarded shall be multiplied by a fraction (or its decimal equivalent) whose numerator shall be the number of whole months (rounded downward -- partial months shall not be considered or counted) the Associate has served as a salaried employee from the date of his or her hire or promotion to a salaried position to December 31, 2003 and whose denominator shall be 11. The resulting number shall be his or her salary increase for 2004.

3. Associates who were employed by the Company on December 31, 2003 and who have been continually employed by the Company since that date who will otherwise receive a salary increase pursuant to this Program shall be awarded an additional salary increase equal to 1% of his or her Base Salary.

C. It is anticipated that Associate salary increases awarded per this Memorandum will become effective on May 23, 2004 (the beginning of Pay Period PE0605) and be retroactive to April 1, 2004. The Company reserves the right to determine whether any retroactive amounts shall be paid in a lump sum, shall be prorated among the remaining pay periods in 2004, or paid under such other formula or computation as the Company in its discretion may determine.

5. No salary increases shall be awarded or become effective as to salaried employees in any single Region until such time as ninety-five percent (95%) of all Employee Performance Assessment forms due or required from said Region have been properly completed and have been forwarded to and received by the home office in Athens.

6. The terms, conditions, parameters and provisions of this Program may be revoked, amended or altered at any time in the sole discretion of the Company.

*Base Salary for the purposes of this Memorandum and Program shall be the salaried employee's base salary (i.e. salary exclusive of all bonuses, allowances, stock options, stock grants, benefits, perquisites and other discretionary payments or other compensation) as of April 1, 2004, as reflected or listed in the Company's Ceridian Source 500 Payroll System and other official Company records.

4

Jameson-2061

## JAMESON INNS
### CHARLES WOODS' DISTRICT: GENERAL MANAGERS' AND ASSISTANT GENERAL MANAGERS' SALARIES
### July 1, 2000 – December 31, 2005

**Auburn:** (0050)

James Goodman (GM)

| Period | Salary |
|---|---|
| 01/06/2003 – 07/31/2004 | $30,000 |
| 08/01/2004 – 02/24/2005 | 31,000 |
| 02/25/2005 – | 33,500 |

**Eufala:** (0033)

Betty Sutton (GM)

| Period | Salary |
|---|---|
| 04/01/2000 – 06/30/2001 | $28,000 |
| 07/01/2001 – 07/31/2004 | 30,000 |
| 08/01/2004 – 12/03/2005 | 32,700 |
| 12/04/2005 – | 34,450 |

**Greenville:** (0039)

Ezena Ellis (GM)

| Period | Salary |
|---|---|
| 04/01/2000 – 08/21/2000 | $24,000 |
| 08/22/2000 – 07/31/2004 | 27,000 |
| 08/02/2004 – 10/12/2005 | 28,500 |

**Alexander City:** (0019)

Belinda Stough (GM)

| Period | Salary |
|---|---|
| 08/01/2000 – 02/18/2004 | $21,000 |

Mark Fetner

| Period | Salary |
|---|---|
| 01/19/2004 – 04/11/2004 (AGM) | $21,000 |
| 04/12/2004 – 10/02/2005 (GM) | 32,000 |
| 10/03/2005 (GM) | 40,000 |

Robbie Patterson

| Period | Salary |
|---|---|
| 06/05/2005 – 10/02/2005 (AGM) | $8.51/hour |
| 10/03/2005 – (GM) | $30,000 |

**Ozark:** (0022)

Charles Woods (District Manager)
Joy Knodel (GM)

| Period | Salary |
|---|---|
| 07/11/2005 – | $30,000 |



PLAINTIFF'S EXHIBIT