# FREEDOM COURT REPORTING

## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF ALABAMA
 3          EASTERN DIVISION
 4
 5   BELINDA STOUGH,        )
 6        Plaintiff,        )
 7   vs.                    ) CASE NUMBER:
 8   JAMESON INN, a company ) 3:05-CV-421-W
 9   owned or operated by   )
10   Kitchin Hospitality, LLC,)
11        Defendant.        )
12
13        DEPOSITION OF CHARLES WOODS
14        In accordance with Rule 5(d) of
15   The Alabama Rules of Civil Procedure, as
16   Amended, effective May 15, 1988, I, Cindy
17   Weldon, am hereby delivering to Jon
18   Goldfarb, the original transcript of the
19   oral testimony taken on the 9th day of May,
20   2006, along with exhibits.
21        Please be advised that this is the
22   same and not retained by the Court Reporter,
23   nor filed with the Court.
```

## Page 2

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE MIDDLE DISTRICT OF ALABAMA
 3          EASTERN DIVISION
 4
 5   BELINDA STOUGH,        )
 6        Plaintiff,        )
 7   vs.                    ) CASE NUMBER:
 8                          ) 3:05-CV-421-W
 9   JAMESON INN, a company )
10   owned or operated by   )
11   Kitchin Hospitality, LLC,)
12        Defendant.        )
13
14           STIPULATION
15        IT IS STIPULATED AND AGREED, by
16   and between the parties through their
17   respective counsel, that the deposition of
18   CHARLES WOODS, may be taken before Cindy
19   Weldon, Certified Shorthand Reporter,
20   Commissioner and Notary Public, at the
21   offices of Angela Hill, 139 S. Broadnax
22   Street, Dadeville, Alabama, on May the 9th,
23   2006 at 9:00 a.m.
```

## Page 3

```
 1        IT IS FURTHER STIPULATED AND
 2   AGREED that the signature to and the reading
 3   of the deposition by the witness is waived,
 4   the deposition to have the same force and
 5   effect as if full compliance had been had
 6   with all laws and rules of Court relating to
 7   the taking of depositions.
 8        IT IS FURTHER STIPULATED AND
 9   AGREED that it shall not be necessary for
10   any objections to be made by counsel to any
11   questions, except as to form or leading
12   questions, and that counsel for the parties
13   may make objections and assign grounds at
14   the time of trial, or at the time said
15   deposition is offered in evidence, or prior
16   thereto.
17        IT IS FURTHER STIPULATED AND
18   AGREED that notice of filing of the
19   deposition by the Commissioner is waived.
```

## Page 4

```
 1           APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4
 5        MR. JON GOLDFARB
 5        THE KRESS BUILDING
 6        301 19TH STREET
 7        BIRMINGHAM, ALABAMA 35203
 8
 9        MS. ANGELA HILL
10        139 S. BROADNAX STREET
11        DADEVILLE, ALABAMA 36853
12
13   FOR THE DEFENDANT:
14        MR. GARY R. KESSLER
15        MS. ANN HALE-SMITH
16        3060 PEACHTREE ROAD SUITE 1050
17        ATLANTA, GEORGIA 30305
```

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3650

# FREEDOM COURT REPORTING

Page 33

1  Q. No. I mean, when you got hired,
2  did you say, okay, in six months or a year,
3  I will be expecting a raise?
4  A. I'm not sure whether I negotiated
5  or whether they had told me that or
6  something. I'm not sure about that.
7  Q. Okay. The Ozark is a forty room
8  property; right?
9  A. Yes.
10  Q. You didn't have an assistant
11  manager; right?
12  A. No.
13  Q. Do any of the forty room
14  properties that you've been over, have any
15  of those had assistant managers in addition
16  to the general manager?
17  A. Not that I can think of.
18  Q. The sixty room properties, are
19  those budgeted for an assistant manager?
20  A. Most of the time, yes.
21  Q. And the eighty room properties --
22  do you have any eighties?
23  A. I think we've got one eighty room

Page 34

1  property.
2  Q. Budgeted. And they get assistant
3  managers?
4  A. Yes. Typically.
5  Q. Whereas the forty ones generally
6  don't get assistant managers?
7  A. Right.
8  Q. So you started off as a general
9  manager in Ozark. And how long did you hold
10  the general manager job title?
11  A. Less than two years, I think.
12  Somewhere in that neighborhood.
13  Q. And what happened?
14  A. I was promoted to a district
15  manager.
16  Q. What year, around '97?
17  A. Yes.
18  Q. Had you even gotten a raise as a
19  GM to your base salary during that two year
20  period; do you remember?
21  A. I think so, yes. Didn't you just
22  ask me that?
23  Q. Yes. But now I see it's only two

Page 35

1  years. Do you know how many raises you got?
2  A. No, sir.
3  Q. So after two years or so, you
4  become a --
5  A. District manager.
6  Q. -- DM? Who promoted you?
7  A. It would have been Sharon and Bob
8  Oliff.
9  Q. How did the promotion come about?
10  A. I think they liked what they saw
11  in the hotel and staff. They were pleased
12  in what they saw in me as a manager and as a
13  leader and thought I could have more
14  responsibility.
15  Q. I mean, more of the mechanics of
16  how you got promoted. Did somebody come to
17  you and tell you you're getting promoted and
18  did you have to go to Atlanta and
19  interview? Tell me how that process
20  worked.
21  A. No, I didn't have to go to Atlanta
22  and interview. And, you know, my best
23  recollection is that I had the discussion

Page 36

1  with my regional manager and she asked and I
2  accepted.
3  Q. Okay. Ms. Register asked if you'd
4  like to move to DM and you said yes?
5  A. Right.
6  Q. All right. And then you -- When
7  you became DM, did you -- were you still
8  responsible for the Ozark property?
9  A. Yes.
10  Q. When you first became DM in around
11  '97 -- is that fair, in '97?
12  A. Uh-huh.
13  Q. Yes?
14  A. Yes.
15  Q. In '97 when you became DM, what
16  properties were under you?
17  A. At that time, the structure of the
18  region was -- there were almost nineteen
19  hotels under me.
20  Q. Under you?
21  A. Yes.
22  Q. Can you name them?
23  A. Yes. I think so.

9 (Pages 33 to 36)

**367 VALLEY AVENUE**
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 37

1  Q. Okay.
2  A. A lot of them. There was Ozark,
3  Eufaula, Greenville, Alex City, Sylacauga,
4  Bessemer, and there was Meridian,
5  Mississippi, Vicksburg, Mississippi, Albany
6  Georgia, Americus, Georgia. Did I say
7  Bainbridge?
8      MR. KESSLER: No, sir.
9  Q. Bainbridge --
10 A. Georgia. Selma, Alabama. You
11 know, that's the best of my recollection of
12 those hotels at that time.
13 Q. All right. Hold on one second.
14 This is a daily report back in 2001. I'm
15 just going to -- it's already entered as
16 Exhibit 1.
17     I'm not going to ask you anything
18 about it. Just see if that helps you name
19 any other hotels that you were over.
20 A. I would add Auburn to the list. I
21 think several were added after they were
22 built. Like Trussville maybe one time was
23 under me. That's all I see.

Page 38

1  Q. Prattville?
2  A. Yes. Sharon was -- She was based
3  out of Prattville. So at some point,
4  Prattville was one of the hotels, yes.
5  Q. Under you?
6  A. Yes.
7  Q. Does Sharon still work with the
8  company?
9  A. No.
10 Q. When did she last supervise you?
11 A. It would have been in 2000,
12 probably the second quarter of 2000
13 sometime.
14 Q. Do you know why she left?
15 A. I believe she -- they had an issue
16 with her borrowing money from hotels.
17 Q. Embezzlement?
18 A. I'm not sure that's how they
19 termed it. But I think that was one of the
20 issues.
21 Q. So the second quarter of 2000 is
22 the last time Sharon Register was the area
23 manager over you?

Page 39

1  A. Region manager.
2  Q. Regional manager. Sorry.
3  A. Yes. Sometime in there.
4  Somewhere in there.
5  Q. From '97 until 2000, were all of
6  these hotels that you listed under you?
7  A. Uh-huh.
8  Q. Yes?
9  A. Yes.
10 Q. I mean, you said there were about
11 nineteen or whatever. You've given me
12 fifteen, which is great. Were those --
13 A. Yes. They were part of the
14 region, yes.
15 Q. What was the region number that
16 you were over?
17 A. Two.
18 Q. Sorry?
19 A. Region two.
20 Q. Region two. But the person who
21 was over the region would be Sharon; right?
22 A. Correct.
23 Q. And you were under Sharon; right?

Page 40

1  A. Correct.
2  Q. Did you have -- Were there more
3  than one district manager in the region?
4  A. No.
5  Q. So you and Sharon kind of shared
6  the whole region as far as supervising it?
7  A. Yes.
8  Q. All right. You didn't just have
9  three hotels and another DM had three
10 hotels?
11 A. No.
12 Q. Why did you -- Or did some regions
13 have a regional manager and two DM's?
14 A. Some do.
15 Q. What's the difference between what
16 Sharon did and what you did other than she
17 was your boss? Is that right? She was your
18 boss?
19 A. Yes. She reported directly to
20 corporate.
21 Q. And you reported to?
22 A. Her.
23 Q. All right. When you say you

10 (Pages 37 to 40)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 53

1  performance issues, dress, anything like
2  that?
3     A.  I don't remember any specific
4  times, no, sir.
5     Q.  When Ms. Schwier left, who took
6  over the duties that she was doing as
7  manager on duty?
8     A.  Belinda.
9     Q.  Who decided to make Belinda the
10 person to take over the duties of Ms.
11 Schwier as manager on duty?
12    A.  I think it was the last person
13 standing kind of thing.
14    Q.  All right. Well, who -- Did
15 Belinda just step into the job herself or
16 did somebody say, okay, you --
17    A.  I think she and Deborah together
18 worked to keep the hotel -- keep things
19 going there for us. And Deborah was the
20 stronger of the two. And Deborah left and
21 Belinda started at that point overseeing the
22 hotel for us at -- with a lot of
23 supervision.

Page 54

1     Q.  Were you involved in allowing
2  Belinda to step in and oversee the hotel for
3  Jameson?
4     A.  I would say yes.
5     Q.  Was anybody other than you
6  involved in that?
7     A.  I would have had a regional
8  manager at that time.
9     Q.  Who was that?
10    A.  Kevin Durben.
11    Q.  When did Kevin start?
12    A.  The first quarter of 2001.
13    Q.  The same hotels basically that
14 were in the region that you listed, the
15 nineteen or so?
16    A.  Yes.
17    Q.  When you say the first quarter of
18 2001, so we're on the same page, what does
19 that mean?
20    A.  January, February, March.
21    Q.  Do you remember when during that
22 quarter he started?
23    A.  Early. Early in the quarter.

Page 55

1  Probably in January. I don't think Deborah
2  left until sometime in January, also.
3     Q.  So she may have been manager on
4  duty more than five or six months?
5     A.  I would -- I think -- I'm not sure
6  that she -- I think she was still around in
7  January of 2001.
8     Q.  When she left -- We're talking
9  about Deborah Schwier?
10    A.  Right.
11    Q.  Was Kevin Durben there when
12 Deborah Schwier left?
13    A.  I'm pretty sure he was. I'm not
14 positive.
15    Q.  Where had Kevin worked before he
16 took over as regional manager in your area?
17    A.  He had -- Well, I think he was a
18 regional manager at LaQuinta Inns.
19    Q.  So did you have to -- Well, you
20 had more familiarity with Jameson Inn at
21 that time and the hotels under you than
22 Kevin did obviously; right?
23    A.  I thought so anyway.

Page 56

1     Q.  Did you apply for the regional
2  manager job at that time?
3     A.  I actually was acting regional
4  manager from the time Sharon left until the
5  time Kevin Durben stepped in.
6     Q.  So from somewhere in the spring or
7  summer of 2000 -- from 2000 until January of
8  2001, you were acting GM -- I'm sorry --
9  acting regional manager?
10    A.  Correct.
11    Q.  As an acting regional manager, did
12 you get a bump up in salary to hold that
13 job?
14    A.  I'm not -- I don't recall. I
15 don't recall that.
16    Q.  Did you have more duties and
17 responsibilities as the acting regional
18 manager than you had as a DM -- I mean --
19 district manager?
20    A.  I felt -- yes. I reported
21 directly to Greg Winey at that point.
22    Q.  Did you expect to move to the
23 acting regional manager job -- I'm sorry --

14 (Pages 53 to 56)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 65

1  manager over region one?
2    A.  He did.
3    Q.  And you were in what region?
4    A.  We were then in region one.
5    Q.  What are you looking at?
6    A.  It's a time line.
7    Q.  Is this helping you remember that
8  --
9    A.  Just helping me remember who was
10 --
11   Q.  Can we enter this as an exhibit?
12   A.  Certainly.
13       MR. KESSLER:  Sure.
14   Q.  This will help you with the dates?
15   A.  Just help me with the dates.
16   Q.  When did you make this?
17   A.  I made it just in putting down my
18 best recollection on when things happened.
19   Q.  Did anybody help you make it?
20   A.  No.
21       (Whereupon, Plaintiff's Exhibit
22 No. 1 was marked for identification.)
23   Q.  I don't need to enter the whole

Page 66

1  pad, do I?
2    A.  That's my best recollection.
3    Q.  That's fine.  So what you're
4  saying is, in January and March of -- I just
5  want to make sure I can read this.  In
6  January to March, this column is divided
7  into quarters; right?
8    A.  It is.
9    Q.  And you've got Sharon and it says
10 CW, senior district?
11   A.  Right.
12   Q.  What does that mean, CW, senior
13 district?
14   A.  I was senior district under Sharon
15 at that time.
16       MR. KESSLER:  CW is Charles
17 Woods.
18   A.  That's me.
19   Q.  Who's Jim --
20   A.  Jim Augustine.
21   Q.  Who is that?
22   A.  He's the general manager in Ozark
23 or was at that time.

Page 67

1    Q.  All right.  So you were -- I
2  thought you were over Ozark, also?  Am I
3  wrong there?
4    A.  I was over Ozark.  There was a
5  period of time where I was permitted to hire
6  somebody to take over the hotel.
7    Q.  How long was Jim there?
8    A.  A little over a year or so, I
9  guess.
10   Q.  And you say -- In July and
11 September it says BS.  What does that mean,
12 five seventy-five to six fifty?  Is that
13 Belinda's salary?
14   A.  Yes, it is.
15   Q.  Who said that?
16   A.  I think Bill Plummer was still
17 there at that time.
18   Q.  And Deborah was at eight fifty?
19   A.  Eight fifty, yes.
20   Q.  And that was because she was --
21   A.  Taking the lead role, yes.
22   Q.  What is -- What does Jackson,
23 Mississippi mean in October and December?

Page 68

1    A.  That's when I sent Greg an e-mail
2  saying that I had changed my mind.
3    Q.  Okay.  And then we go to -- in
4  2001, Kevin comes.  That's where we are
5  now.
6    A.  Yes.
7    Q.  And you're the senior district
8  manager; right?
9    A.  I am.
10   Q.  And who is Deborah --
11   A.  That's when Deborah left.
12   Q.  So Deborah leaves and Kevin comes
13 in?
14   A.  Uh-huh.
15   Q.  Yes?
16   A.  Yes.
17   Q.  But I thought Deborah left -- you
18 said -- before you said Deborah -- I'm
19 sorry.  Deborah Shoaf, okay.  And then
20 that's when Belinda took over as running the
21 place in 2001, beginning of 2001; right,
22 when Deborah left?  Correct?
23   A.  Yes.

17 (Pages 65 to 68)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 69

1   Q. And then it says region two
2 mergers region one. Did the regions merge?
3 Is that what happened?
4   A. Yes. That's the question you just
5 asked me.
6   Q. That's where we are. Did one and
7 two merge together?
8   A. They did.
9   Q. Who was the regional manager?
10   A. Hal Smith.
11   Q. Who was the district manager?
12   A. Paul Komanecky.
13   Q. And what was your job?
14   A. Still a district manager.
15   Q. Over which locations?
16   A. I didn't really have any specific
17 location because he had his own district
18 manager.
19   Q. So you held the title, but then
20 you went back and worked at Ozark as a GM?
21 Is that what happened?
22   A. That's right.
23   Q. But you still had the district

Page 70

1 manager job title?
2   A. I did.
3   Q. But you were only responsible for
4 Ozark?
5   A. They wanted me to spend a good bit
6 of time in Alex City at that point. So I
7 did.
8   Q. You helped in Alex City and in
9 Ozark?
10   A. That is correct.
11   Q. Was Hal Smith -- It says Hal in
12 the interim. What does that mean?
13   A. I'm not sure what that is. I'm
14 not sure.
15   Q. Hal was the regional manager;
16 right?
17   A. He was.
18   Q. And then Paul --
19   A. Was the DM.
20   Q. -- was the district manager? So
21 in 2001, what was Belinda's job title in
22 January of 2001?
23   A. In January of 2001?

Page 71

1   Q. January -- The first quarter of
2 2001, what was her job title?
3   A. I don't know if she had a job
4 title. Front desk clerk, manager on duty
5 possibly. I was spending a good bit of time
6 at that hotel during that period of time.
7   Q. You were helping run that hotel?
8   A. I was.
9   Q. How many days a week were you
10 there?
11   A. Several. Couple of three days a
12 week possibly. Two or three.
13   Q. When you look at the budget for
14 that hotel, was there -- was your salary on
15 that hotel or Ozark's or both?
16   A. Probably was still budgeted in
17 Ozark.
18   Q. All right. So there was no
19 general manager there in the first quarter
20 of 2001; is that correct?
21   A. That's correct.
22   Q. All right. At some point in time,
23 did Belinda's job title -- Do you know what

Page 72

1 her job title was the first quarter of 2001?
2   A. Again, I don't think she had a job
3 title.
4   Q. Did she get a job title at any
5 point in time in 2001?
6   A. My best recollection of that is
7 that sometime in late 2001 -- and again, I
8 didn't give her any job title at that
9 point. I didn't -- I was not in a position
10 to do that.
11   Q. What happened in late 2001?
12   A. I think in late 2001, my
13 recollection is that Hal and Paul possibly
14 may have made her an interim general
15 manager.
16   Q. Hal Smith and Paul --
17   A. Komanecky.
18   Q. Can you spell that?
19   A. K-O-M-A-N-E-C-K-Y.
20   Q. Now, is Hal Smith still there
21 today?
22   A. No, sir.
23   Q. When did he leave?

18 (Pages 69 to 72)

367 VALLEY AVENUE
(205) 397-2397  BIRMINGHAM, ALABAMA  1-877-373-3660

FREEDOM COURT REPORTING

Page 73

1  A. Sometime in the middle of the year
2  in 2002.
3  Q. Why did he leave?
4      MR. KESSLER: If you know.
5  A. I don't really know.
6  Q. What was the rumor mill?
7  A. It was pretty hush, hush. I don't
8  really know.
9  Q. What was his job, regional
10 manager?
11 A. It was.
12 Q. Where did he work out of, what
13 location?
14 A. I want to say he had an office in
15 Brunswick, Georgia.
16 Q. Why did -- Is Paul Komanecky still
17 there?
18 A. With the company?
19 Q. Right.
20 A. No.
21 Q. When did he leave?
22 A. Sometime in 2005.
23 Q. Why did he leave?

Page 74

1  A. I'm not really sure about that
2  either.
3  Q. Did you hear any rumors? I mean,
4  was he fired, voluntarily leave, quit?
5  A. I'm not sure.
6  Q. Have you talked to him since he
7  left?
8  A. I have.
9  Q. When did you talk to him?
10 A. A month or so back.
11 Q. What did y'all talk about?
12 A. I asked him how the job search was
13 going.
14 Q. What did he tell you?
15 A. That he had some prospects that he
16 was talking with.
17 Q. Did you talk to Smith after he
18 left at any time?
19 A. No, sir.
20 Q. Where does Komanecky live?
21 A. Somewhere in the Waycross, Georgia
22 area.
23 Q. How long was Ms. Stough the

Page 75

1  interim GM?
2  A. My best recollection on that is
3  that it was sometime in the third quarter of
4  '02.
5  Q. Did you make her GM? Did you
6  promote her to GM in the third quarter of
7  2002?
8  A. I guess you could say that.
9  Q. Why?
10 A. Why what?
11 Q. Why did you promote her to GM in
12 the third quarter of 2002?
13 A. I had seen her name on the org
14 chart which is an organizational chart that
15 shows hotels and who's running hotels and
16 who's doing what.
17     And I had seen interim in front of
18 her name for a long time and felt like the
19 interim ought to at least come off.
20 Q. Did you tell her, Belinda?
21 A. Yes.
22 Q. Tell me about this meeting when
23 you told her.

Page 76

1  A. I don't really recall any details
2  in the meeting.
3  Q. Okay. You just told her she was
4  no longer the interim, she's going to be GM
5  now, congratulations, something like that?
6  A. Something like that.
7  Q. Anyway, it was the third quarter
8  of 2002 which means that would have been
9  when in months?
10 A. I'm not sure of the month. But
11 just let's say my best recollection is
12 sometime in that time period.
13 Q. Which would mean July to
14 September?
15 A. June, July, August, yes.
16 Q. Okay.
17 A. Who did you discuss -- Did you
18 discuss moving her into that job with anyone
19 else other than Belinda obviously?
20 A. You know, my best recollection on
21 it, is that I would have asked that we
22 remove the interim in front of her name and
23 that would have had to come through Greg

19 (Pages 73 to 76)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 105

1    A.  With Greg.
2    Q.  Did Greg tell you, no, don't
3  terminate her?
4    A.  He did not.
5    Q.  At any point in time -- I mean,
6  had you said I want to terminate her before
7  that date that you went to him and said,
8  okay, let's fire her?
9    A.  No. I hadn't said I wanted to
10 terminate her, no.
11   Q.  Tell me about your conversation
12 with Mr. Winey considering terminating Ms.
13 Stough from the Alex City location.
14   A.  Okay. I had done a quality
15 assurance inspection on the hotel.
16   Q.  The one on February 8th or
17 whatever?
18   A.  Right.
19      MR. KESSLER: The 18th.
20   Q.  February 18th.
21   A.  And the score was a fail. And I
22 called Greg and told him that the hotel had
23 failed a QA. And he said, Charles, I think

Page 106

1  you've done the right thing to that hotel.
2  I think it's time to make a change.
3    Q.  What change did you talk to him
4  about making?
5    A.  Letting go of Belinda.
6    Q.  And putting who in her job?
7    A.  Well, I'm not sure we had that
8  conversation. I'm sure he knew that we had
9  someone we had just hired available. I'm
10 sure he expected me to do whatever was
11 necessary to cover the hotel.
12   Q.  That's Fetner you're talking
13 about; right?
14   A.  Correct.
15   Q.  When you hired Fetner, you started
16 him at twenty-one thousand?
17   A.  I guess I did.
18   Q.  Did you know that Belinda was
19 making twenty-one thousand?
20   A.  At the time, no, sir.
21   Q.  What did you think she was making?
22   A.  I didn't really know per se when I
23 made that recommendation what she was

Page 107

1  making. I really didn't know.
2    Q.  She was the lowest paid general
3  manager you had; is that correct?
4    A.  I think she probably was.
5    Q.  Of all the general managers that
6  were working under your area of control in
7  2004 and 2003 even into 2004, was anybody
8  paid less than Belinda as a general manager?
9    A.  I don't know.
10   Q.  You don't know of any?
11   A.  No.
12   Q.  You didn't know what her salary
13 was?
14   A.  Well, it certainly wasn't a
15 conscious part of my decision to recommend
16 Mark at twenty-one thousand dollars.
17   Q.  No, no. My question is, I guess,
18 do you know what your general managers
19 salaries are generally?
20   A.  I could not tell you today what
21 they make, no, sir.
22   Q.  Is there an occasion where you get
23 the reports that allow you to review what

Page 108

1  their salaries are?
2    A.  Yes. There's documents and ways
3  that you can find those out, yes.
4    Q.  Is there something that you see as
5  part of your job as a district manager that
6  comes across your desk stating what the --
7    A.  No.
8    Q.  Like labor distribution reports,
9  things like that?
10   A.  No.
11   Q.  You don't review -- Do you ever
12 review those?
13   A.  No. I think again, there's annual
14 reviews that come up where you might be
15 given that kind of information so you can
16 look at salaries and those kind of things,
17 yes.
18   Q.  You get annual reviews is what
19 you're saying?
20   A.  I do recall maybe an annual review
21 where that information was provided to you.
22   Q.  Concerning Ms. Stough?
23   A.  Well, concerning GM salaries in

27 (Pages 105 to 108)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 109

1   general.
2       Q.  Did you ever get -- Did you ever
3   do an annual review on Ms. Stough? I didn't
4   see any.
5       A.  Yes, I would have done an annual
6   review on Ms. Stough.
7       Q.  Where do you put it when you
8   finish doing it? What do you do with it?
9       A.  Well, these are generally
10  submitted in bulk form to corporate office.
11      Q.  It's a written thing? You fill
12  out an annual review and you send it to
13  corporate office?
14      A.  Correct.
15      Q.  Where is the general managers'
16  personnel files maintained, in the corporate
17  office?
18      A.  Corporate office, yes.
19      Q.  How many annual reviews did you
20  perform on Ms. Stough?
21      A.  I cannot say for sure. I don't
22  know for sure.
23      Q.  Is there any reason on a

Page 110

1   particular year you would not do an annual
2   review of a general manager who's been there
3   the whole year?
4       A.  Yes. There would have been
5   occasions where we didn't do them.
6       Q.  Why is that?
7       A.  That was sort of a moving target
8   to be honest with you.
9       Q.  What do you mean by that?
10      A.  That means that it was not a
11  formal process if it was done every year at
12  all. And I think we went through some pay
13  freezes where that was not part of that time
14  period.
15      Q.  When was there a pay freeze? You
16  can look at your -- it says freeze on
17  there.
18      A.  The first quarter of 2002.
19      Q.  And that ran into when?
20      A.  I don't think they actually paid
21  out -- paid anybody out of that pay freeze
22  until almost the third quarter of '04.
23      Q.  In your area?

Page 111

1       A.  In my area, yes.
2       Q.  I mean, do you know what happened
3   everywhere else in the country?
4       A.  No, sir.
5       Q.  Do you know if there were any
6   exceptions to the freeze?
7       A.  I'm sure there were. I don't know
8   of any.
9       Q.  And when did you say it started?
10      A.  The first quarter of 2002.
11      Q.  Did you get a memo telling you
12  that there was a pay freeze or a meeting?
13  How did you learn about it?
14      A.  I believe there was a memo sent
15  out. I believe there was.
16      Q.  From Mr. Winey or corporate,
17  somebody in corporate?
18      A.  Yes. I sure think it would come
19  from Greg.
20      Q.  In Alex City, have you told me
21  about all the people that have served as
22  general managers or interim general managers
23  at that location?

Page 112

1       A.  I believe so.
2       Q.  There's a -- In Sylacauga, when
3   you were over that location, who were your
4   managers?
5       A.  There was a Darlene Touart,
6   T-O-U-A-R-T. There was a Janet -- I want to
7   say her last name might have been Riley.
8   And there was a Joan Robidart.
9       Q.  R-O --
10      A.  -- B-I-D-A-R-T.
11      Q.  Is she still there, Robidart?
12      A.  I believe, yes, she is still.
13      Q.  Is that a sixty room property?
14      A.  Yes, sir.
15      Q.  Is there an assistant manager
16  there?
17      A.  Yes. That is -- She is the
18  assistant manager.
19      Q.  Is there a general manager there?
20      A.  Yes. His name is Corey Degroot,
21  D-E-G-R-O-O-T.
22      Q.  Have you had other general
23  managers -- These ladies you have just

28 (Pages 109 to 112)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 113

1 named, were they assistant managers?
2   A. No. They were general managers.
3   Q. So Joan is not a general manager?
4   A. No.
5   Q. She's the assistant manager?
6   A. Yes.
7   Q. But Janet Riley, is she a general
8 manager?
9   A. She was.
10  Q. And Darlene --
11  A. -- Touart, T-O-U-A-R-T.
12  Q. General manager?
13  A. Yes.
14  Q. Did she have an assistant manager?
15  A. I don't recall.
16  Q. Did Janet Riley have an assistant
17 manager?
18  A. I don't remember.
19  Q. Why did Touart leave?
20  A. I want to say she gave notice.
21  Q. What about Riley?
22  A. I'm not certain about Riley.
23  Q. Did you fire her?

Page 114

1   A. Let me think for a few minutes. I
2 believe there may have been some
3 improprieties going on.
4   Q. So you think you fired her for
5 doing something bad?
6   A. I may have recommended her being
7 fired.
8   Q. When was that?
9   A. It would probably be back in --
10 sometime around '99 maybe.
11  Q. You had a Prattville location
12 under you; right?
13  A. I did.
14  Q. And was there -- Who were the
15 general managers there?
16  A. It was an Arthur Edwards that was
17 there for a while.
18  Q. He was terminated; right?
19  A. He was.
20  Q. Why was Arthur fired,
21 improprieties?
22  A. I would say that and performance,
23 yes.

Page 115

1   Q. When you say improprieties, you
2 mean issues with money, things like money
3 missing?
4   A. And/or personal issues possibly
5 could be the case.
6   Q. Behavior with staff?
7   A. That's a possible.
8   Q. I mean, what did Arthur do?
9   A. I think that they felt like maybe
10 he was drinking a little bit and it
11 reflected in some of the hotel performance.
12  Q. How long had Arthur worked at
13 Prattville before you terminated him?
14  A. A number of years. Let's say two
15 to three years.
16  Q. How many failures did he get on a
17 product evaluation form that you do?
18  A. I'm not sure. I know he's at
19 least had a failed QA. Probably -- likely
20 more than that. But I'm not certain.
21  Q. Who replaced Arthur?
22  A. Tracey Brown.
23  Q. Is she still there as GM?

Page 116

1   A. No, sir.
2   Q. Why did Tracey leave?
3   A. Poor performance.
4   Q. When did she leave?
5   A. January of '05 I want to say.
6   Q. You terminated her?
7   A. I recommended that she be
8 terminated, yes.
9   Q. Okay. Anybody else at Prattville
10 as a GM during your --
11  A. Bill Palmer is the GM today.
12  Q. Bill is there now?
13  A. Yes.
14  Q. Anybody other than Arthur and
15 Tracey?
16  A. No.
17  Q. So Arthur was there for a while?
18  A. Yes.
19  Q. Before 2000 -- When did y'all get
20 to Prattville?
21  A. Sharon was based out of that
22 hotel.
23  Q. Okay. When did Sharon stop

29 (Pages 113 to 116)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 121

1  manager, no.
2     Q. Who was your manager?
3     A. Marty Crevits.
4     Q. Was he there when you -- Is that
5  hotel still under your control?
6     A. No.
7     Q. When you left that -- When that
8  hotel left your area of control, was Marty
9  still there?
10    A. I believe he was.
11    Q. Any other GM's there when that was
12 under your control in Vicksburg?
13    A. Well, let me back up. There was a
14 Jim Varnum that managed that hotel for a
15 short period of time. That would have been
16 after Marty. It would have to come after
17 Marty. It would had to have still been when
18 I had some overseeing that hotel.
19    Q. Did you fire Marty?
20    A. Didn't fire Marty. But Jim was
21 there. And I recommended that Jim Varnum be
22 terminated, yes.
23    Q. Why?

Page 122

1     A. Poor performance.
2     Q. What else?
3     A. Basically it.
4     Q. Well, when was he terminated for
5  poor performance?
6     A. I don't recall the year, the time
7  frame on him.
8     Q. What did he do to cause him to get
9  fired?
10    A. I got a lot of feedback from the
11 staff there that it became obvious that he
12 was not a good leader, a good manager of the
13 hotel.
14    Q. What did the staff say?
15    A. That he was not there when he
16 should have been there and just wasn't doing
17 the right things in the hotel.
18    Q. Did you have some problems there
19 with the hotel?
20    A. Did I? Yes, sir.
21    Q. Did you get complaints?
22    A. Yes, there were some complaints
23 that were registered.

Page 123

1     Q. Customer complaints?
2     A. Right.
3     Q. Do you have a bill or a review of
4  customer complaints from hotels?
5     A. At the time they occur, you do.
6  In most cases or a lot of cases, if they are
7  -- yes.
8     Q. Have you reviewed customer
9  complaints on the Alexander City location
10 ever?
11    A. I have.
12    Q. Do you maintain those sort of
13 complaints somewhere?
14    A. I do.
15    Q. What happens to the ones you
16 review?
17    A. I think you make sure that you
18 have discussed them with the GM, that you've
19 -- you feel like you've taken care of the
20 guests satisfactorily and move on.
21    Q. Can you tell me in particular
22 about any customer complaints you received
23 during Ms. Stough's tenure of that hotel?

Page 124

1     A. That hotel or any other, not
2  today, no, sir.
3     Q. Where are they kept, the customer
4  complaints?
5     A. Typically, they would come in in
6  the form of an e-mail probably from
7  corporate and/or the customer comment cards
8  that are sent out periodically in packets to
9  the hotel.
10    Q. How does that work? Say I go stay
11 at a hotel and I don't like it, I want to
12 complain, I can fill out a customer comment
13 card?
14    A. You can.
15    Q. Where does that go?
16    A. It's mailed directly to the
17 corporate office.
18    Q. Then what happens to it? I'm
19 trying to get at what -- How do you get an
20 opportunity to see it?
21    A. To see it?
22    Q. Yes.
23    A. Corporate office would mail that

31 (Pages 121 to 124)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 125

1  out periodically back to you as -- either
2  a GM or -- it's kind of hard to mail -- I'm
3  trying to think.
4      Q. But you as the GM, you get a
5  chance to see it is what I'm trying to
6  understand?
7      A. I guess you don't get to see those
8  very often except comments from the
9  corporate office, I guess. They would have
10 to -- specific out certain ones for you. If
11 they were bad, sometimes they would call
12 without sending them to you.
13     Q. Did you get some on Belinda that
14 you can tell me about?
15     A. I'm sure I've gotten some on that
16 hotel. But I don't know any specifics to
17 give you today.
18     Q. All right. The only one I have
19 seen -- there was one concerning Robbie.
20 Some guy got in a -- got mad with the
21 parking places concerning the fishing
22 tournament.
23         They got in a -- Robbie called and

Page 126

1  said something to him and he said something
2  to Robbie. Is that something you received?
3      A. I would be -- yes. I would be
4  notified of something like that in most
5  cases. In most cases.
6      Q. Is it put in their files when the
7  complaint is bad enough?
8      A. I would sure think that -- not
9  really. I don't think it is, no.
10     Q. That one was in Robbie's file is
11 what I'm --
12     A. Is that right? Unless it was
13 something very, very unusual, I wouldn't
14 think it would be. I mean, I don't keep
15 those files. You talking about at our hotel
16 level?
17     Q. What do you keep at a hotel level?
18     A. Employee files.
19     Q. General manager files.
20     A. Oh, okay. I'm not sure.
21     Q. Who are your general managers at
22 the Albany location?
23     A. There was a Millie,

Page 127

1  W-H-I-S-D-N-A-N-T I. There was a Diane
2  Carpenter. And today, there's a Ruby Ann
3  Smith.
4      Q. Who?
5      A. Ruby Ann.
6      Q. Are you over that location now?
7      A. Yes.
8      Q. Were you involved in terminating
9  anybody from that location?
10     A. Yes, sir. Diane Carpenter. I
11 recommended that she be terminated.
12     Q. How about Millie?
13     A. You know, I don't -- I didn't --
14 Hal Smith was the regional. I think Hal --
15 she was terminated. And I believe he took
16 care of that.
17     Q. Why was Millie terminated?
18     A. Impropriety dealing with accounts
19 receiveable and so forth.
20     Q. Why was Diane terminated?
21     A. Poor performance.
22     Q. Anybody else work at that location
23 as a GM other than those three?

Page 128

1      A. Not that I recall.
2      Q. Is that a sixty room property?
3      A. Yes, it is.
4      Q. Is there an assistant manager
5  there or has there been one?
6      A. I don't recall any assistant
7  manager.
8      Q. Bainbridge, Georgia, who are your
9  GM's -- I'm sorry. Americus, Georgia, who
10 are your GM's there?
11     A. Wayne -- I don't know his last
12 name. And Wayne was -- There was a lady
13 named Mary before Wayne.
14     Q. Who else?
15     A. That's all I remember.
16     Q. Why did Mary leave?
17     A. I don't recall. I don't think she
18 -- weren't happy with some phases of her
19 management. I don't know exactly why.
20     Q. She was terminated?
21     A. I believe she was.
22     Q. Performance related?
23     A. Uh-huh.

32 (Pages 125 to 128)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 129

1  Q. Yes?
2  A. Yes.
3  Q. But Wayne, I guess he was still
4  there when --
5  A. Brown is his last name.
6  Q. Wayne Brown, is he still there?
7  A. He is not.
8  Q. Why did he leave?
9  A. Health issues with his wife and
10 him, I think.
11 Q. He quit?
12 A. Yes, he did.
13 Q. Do you know who replaced Wayne?
14 A. No one. It does not have a GM
15 today.
16 Q. It's vacant?
17 A. Yes.
18 Q. And is somebody acting in that
19 capacity?
20 A. There is.
21 Q. Who?
22 A. Someone that's there on a day in,
23 day out basis for us, yes.

Page 130

1  Q. Is that another GM from another
2  location or is that a person there on --
3  A. No. It's a person there at the
4  hotel. Phillis Fine, F-I-N-E.
5  Q. What's her regular job title?
6  A. Front desk clerk.
7  Q. And she's acting as GM?
8  A. At this point, yes.
9  Q. When you act as GM, do you get an
10 increase in your salary?
11 A. Not automatically.
12 Q. So she's just helping out, kind of
13 serving as the GM right now while y'all
14 look?
15 A. She is.
16 Q. Is she in consideration to be
17 promoted to GM?
18 A. She is. But -- yes.
19 Q. Why haven't you gone ahead and
20 promoted her?
21 A. I don't feel like she is quite
22 strong enough for that job.
23 Q. What do you mean by that? Not

Page 131

1  physically strong; right?
2  A. No. We feel like we need more --
3  a little more experience and talent in there
4  to get the kind of results we want out of
5  that hotel.
6  Q. And that's the Americus location?
7  A. Yes.
8  Q. Is that a sixty room?
9  A. Eighty.
10 Q. Is there an assistant manager
11 there?
12 A. No, sir.
13 Q. Bainbridge, Georgia, is that a
14 sixty room?
15 A. Yes.
16 Q. Assistant manager there?
17 A. Front desk manager.
18 Q. Front desk manager. Is that what
19 she is? Phillis, is she a front desk
20 manager? Yes?
21 A. Likely. I'm not positive.
22 Q. Okay. In Bainbridge, who would
23 have been your general managers?

Page 132

1  A. Lori. And I don't recall her last
2  name.
3  Q. Why is she no longer there?
4  A. Moved from -- to another hotel in
5  the company.
6  Q. Who else has been the GM's there?
7  A. Lesley Bernier is there today,
8  B-E-R-N-I-E-R.
9  Q. Any other GM's there? Between
10 Lori and Lesley or before Lori or after?
11 A. There was a GM there before Lori
12 who was actually a district manager for a
13 while with the company. And I don't recall
14 her name.
15 Q. Did she voluntarily leave?
16 A. She went to another hotel.
17 Q. Another chain?
18 A. Another chain.
19 Q. And Lesley is there now; right?
20 A. Yes.
21 Q. And Lori -- Why did Lori leave?
22 A. She moved to another hotel within
23 the chain.

33 (Pages 129 to 132)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 277

```
1    A.  No, sir.
2    Q.  Ever done that to any male
3  employees?
4    A.  I may have.
5    Q.  Who?
6    A.  I don't know.
7    Q.  Have you hugged any employees?
8    A.  I'm sure over time I have, yes.
9    Q.  Who?
10   A.  A greeting hug?  Is that what
11 you're asking?
12   Q.  Yes.
13   A.  Probably quite a few maybe,
14 including corporate office staff and things
15 of that sort.
16   Q.  Have you kissed any employees?
17   A.  No, sir.
18   Q.  Let me go over one thing real
19 quick.
20   A.  Does it count if another employee
21 kissed me on the cheek?
22   Q.  Who kissed you on the cheek?
23   A.  My wife and I gave Betty Sutton a
```

Page 278

```
1  teddy bear after the death of her son.
2    Q.  And she kissed you on the cheek
3  when you gave it to her?
4    A.  Around Christmas time, yes.
5    Q.  Did anybody see that?
6    A.  I don't know.
7    Q.  Did she hug you and kiss you on
8  the cheek?
9    A.  I don't recall her ever even
10 kissing me.  She said she did as a thank
11 you.
12   Q.  You asked her if she ever did?
13   A.  I did.
14   Q.  After Belinda's deposition?
15   A.  I did.
16   Q.  You went up to her and said did
17 you ever kiss me and she said yes?
18   A.  She said no.  And then she called
19 me back and said yes, I did kiss you one
20 time and told me.
21   Q.  Do you get copies of the operating
22 statements to review?
23   A.  I do.
```

Page 279

```
1         (Whereupon, Plaintiff's Exhibit
2  No. 13 was marked for identification.)
3    Q.  13 is the operating statement for
4  -- I just pulled one actually.  It's
5  December 31st, 2004.  This is after Ms.
6  Stough was there.  This would have been when
7  Mr. Fetner was there; right?
8    A.  Right.
9    Q.  On this document, it indicates --
10 Is this something you received regularly?
11   A.  Yes.
12   Q.  How often do you get it?
13   A.  You're supposed to get it every
14 month.
15   Q.  It comes out every month?  Yes?
16   A.  Yes.
17   Q.  And when you get it, what do you
18 do with it?
19   A.  Review it, take a look at it.
20   Q.  Anything else?
21   A.  You know, if there are problem
22 areas, talk with the GM's about their
23 problem areas.  Ask them to explain why
```

Page 280

```
1  there's a variance in certain categories and
2  so forth.
3    Q.  When you look at operating
4  expenses in -- for the quarter ending
5  December 31st of 2004, you can see what --
6  you can see the room expense, thirty-six
7  thousand, and it was budgeted at twenty-six
8  thousand.  So this person exceeded the
9  budget for room expense; is that right?
10   A.  That is correct.
11   Q.  And the year before, the room
12 expense was thirty thousand; right?
13   A.  That is correct.
14   Q.  That would have been Ms. Stough
15 the year before; right?
16   A.  It would have.
17   Q.  And what is room expense?  Is that
18 -- That's all the expenses; right, that go
19 into operating the property for the quarter?
20   A.  Or in this case, for the quarter
21 ending December.
22   Q.  Well, actually you look at total
23 operating expenses to figure out the total?
```

70 (Pages 277 to 280)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 285

1  -- growth, it shows a trend in the positive
2  direction.
3      Naturally, you would probably be
4  -- if I were a GM coming to a dirty hotel,
5  I would probably drive some cleaning
6  expenses up in trying to get it cleaned up.
7      Room supplies might go up when I
8  try to put the right items in my room and
9  get them back up to our standards and so
10 forth.
11     Q. Did you allow Ms. Stough to order
12 as much supplies and have as much help as
13 she wanted to have?
14     A. Yes, I did.
15     Q. You never told her that she could
16 not have an assistant general manager; is
17 that correct?
18     A. That is correct. It's her
19 business to run. She has to make that
20 decision. And that was part of Belinda's
21 problem.
22     Q. When you hired -- But didn't
23 Belinda have the right to hire who she

Page 286

1  wanted as an assistant manager?
2      A. She did. And I gave her plenty of
3  opportunity to do that. She could not make
4  that happen. She didn't make it happen. So
5  I had to help in the process. Sometimes
6  that occurs.
7      Q. But you wouldn't let her hire who
8  she wanted to hire as assistant manager;
9  right?
10     A. No. And there were legitimate
11 reasons. Because she just said that I would
12 like to make this person assistant general
13 manager. We were looking for AGM's that
14 could run our hotels. And I didn't feel
15 like they were at that level to handle that.
16     Q. But you wouldn't let her hire the
17 two women that she suggested as AGM's;
18 correct?
19     A. Yes. I decided with her, that
20 that was not a good thing to do. They were
21 not the right people.
22     Q. Did she agree with you, that they
23 were not good people for those jobs?

Page 287

1      A. I guess so.
2      Q. Was anybody present other than the
3  two of y'all when she told you that?
4      A. Not that I recall.
5      Q. Where are you working out of now?
6  Where's your base?
7      A. Ozark.
8         MR. GOLDFARB: I don't have
9  anything else. Sorry it's so late. Thank
10 you.
11        MR. KESSLER: I have no
12 questions. Well, wait a minute. Let me
13 just ask him this. I'm not sure whether
14 this was on the record.
15 EXAMINATION BY MR. KESSLER:
16     Q. For general managers during the
17 time period that Belinda still worked as
18 general manager, general managers were
19 entitled to be considered for bonuses?
20     A. They were.
21     Q. And assistant general managers,
22 were they entitled --
23     A. No.

Page 288

1      Q. Let me finish my question.
2      A. I'm sorry.
3      Q. Were they entitled to be
4  considered for bonuses?
5      A. No, they were not.
6      Q. And interim or acting general
7  managers, were they entitled to be
8  considered for bonuses?
9      A. I don't think so.
10        MR. KESSLER: Those are all my
11 questions. Thank you.
12 EXAMINATION BY MR. GOLDFARB:
13     Q. What's the difference between an
14 acting and interim GM, if anything?
15     A. I'm not sure I know.
16     Q. Is there an official job title
17 acting GM that you have seen or interim GM
18 that you have seen? Is there something
19 written that explains the difference?
20     A. Again, back to the --
21     Q. That's okay.
22     A. No.
23     Q. Okay.

72 (Pages 285 to 288)

**367 VALLEY AVENUE**
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660