# FREEDOM COURT REPORTING

**Page 1**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CIVIL ACTION NO.: 3:05-CV-421-W

BELINDA STOUGH,
    Plaintiff,
vs.
JAMESON INNS, A COMPANY OWNED AND OPERATED BY KITCHIN HOSPITALITY, L.L.C.,
    Defendant.

DEPOSITION OF: JAMES M. FETNER
2:30 P.M.
APRIL 21, 2006

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy C. Goldman, am hereby delivering to Mr. Jon C. Goldfarb the original transcript of the oral testimony taken on the 21st day of April, 2005, along with exhibits.

**Page 2**

STIPULATIONS

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of James M. Fetner, a witness in the above-entitled cause may be taken before Cindy C. Goldman, a Court Reporter and Notary Public for the State of Alabama, at 3060 Peachtree Road, Suite 1050, Atlanta, Georgia, on the 21st day of April, 2006, commencing at 2:30 p.m., pursuant to the Alabama Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of court relating to the taking of the depositions.

**Page 3**

STIPULATIONS
(continued)

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of trial or at the time said deposition is offered in evidence or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition is waived.

**Page 4**

APPEARANCES

Appearing On Behalf Of The Plaintiff:
    WIGGINS, CHILDS, QUINN & PANTAZIS
    Mr. Jon C. Goldfarb
    420 20th Street North
    Suite 1400
    Birmingham, Alabama 35203-3204

Appearing On Behalf Of The Defendant:
    IRVIN, STANFORD & KESSLER, L.L.P.
    Gary R. Kessler
    Ann Hale Smith
    One Buckhead Plaza
    3060 Peachtree Road
    Suite 1050
    Atlanta, Georgia 30305

Reported By:
    Cindy C. Goldman
    Freedom Court Reporting
    367 Valley Avenue
    Birmingham, Alabama 35209

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 73

1  A. It was during one of the
2  interviews --
3  Q. With Charles?
4  A. I think it was the second
5  interview with him.
6  MR. KESSLER: Hey. Let him
7  finish the answer.
8  Q. (By Mr. Goldfarb) The second
9  time you met with him, you think you took
10 the test?
11 A. Yes, sir.
12 Q. When you filled out your
13 application, did you read the statement
14 of understanding the whole --
15 A. I glanced over it.
16 Q. You didn't read it?
17 A. No, sir.
18 Q. All right. Did you ever get a
19 badge that said general manager like one
20 of those name tags or something?
21 A. I think mine just said "Mark
22 Fetner, AGM or assistant manager."
23 Q. Is there a place down in the

Page 74

1  Alex City area where you -- a print shop
2  that you went to to get your -- to get a
3  card or something?
4  A. No, sir.
5  Q. Or a name tag or anything?
6  A. No, sir. We ordered all of our
7  name tags through a company called -- I
8  ordered six of them this morning before I
9  left work. Some kind of badge company
10 that we order them through the company.
11 Q. Okay. Did you ever have a GM
12 name tag that said general manager or
13 something?
14 A. After I was named general
15 manager, I did.
16 Q. Did you have it before you were
17 named general manager?
18 A. No, sir.
19 Q. Did you have to apply to get the
20 general manager job when you got it?
21 A. After Ms. Stough was relieved of
22 her duties, probably two or three days
23 later, Mr. Woods contacted me and asked

Page 75

1  me if I would be interested in -- did I
2  think I could run that property. And he
3  said -- and I said, "Well, I will sure
4  give it my best shot." And he said,
5  "Well, I'm going to need you to go back
6  to Atlanta to interview again." And, so,
7  I went back to Atlanta again.
8  Q. Who did you interview with that
9  time?
10 A. Basically, the same ones because
11 it kind of was a joke because, you know,
12 it was like, you know --
13 Q. You were just there?
14 A. Yeah. We were just here, you
15 know, a few months ago.
16 Q. So, you went back up there and
17 interviewed with Mr. Winey again?
18 A. Yes, sir.
19 Q. And who else?
20 A. Basically, the same ones.
21 Q. So, you had to go through a
22 whole -- why did you have to --- why did
23 Mr. Woods -- did Mr. Woods tell you why

Page 76

1  you had to go up there and interview
2  again?
3  A. I don't believe at that time
4  Mr. Woods could make the decision. It
5  had to come from home office. Home
6  office had to approve of whoever he was
7  sending up.
8  Q. The same with the hiring of you
9  as an AGM?
10 A. Correct.
11 Q. He had to send you to home
12 office --
13 A. Yes, sir.
14 Q. -- for the decision?
15 A. Yes, sir.
16 Q. And that's when you interviewed
17 with Mr. Winey and the other folks you
18 mentioned?
19 A. Yes, sir.
20 Q. Can you remember anybody else
21 other than the ones you told me about
22 already?
23 A. Steve Curlee, Jeff Hurley, Tony

19 (Pages 73 to 76)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 77

```
 1   Maness, Greg Winey, Mary Helen Hicks. I
 2   believe it was Craig Kitchins. I believe
 3   I shook hands with Mr. Kitchins both
 4   times, but I don't think I actually sat
 5   down with him.
 6       Q.  Is that the owner?
 7       A.  Yes, sir, CEO -- CFO. The
 8   mister in the company.
 9       Q.  Everybody else is first name?
10       A.  Yes, sir.
11       Q.  Who else did you talk to? Do
12   you remember?
13       A.  I believe that's all.
14       Q.  All right. When you -- when did
15   you go back and interview with Charles
16   again?
17       A.  Well, I guess they made the
18   decision at corporate, and they got with
19   Charles.
20       Q.  And that's when you became
21   the --
22       A.  That's when he offered me the
23   position.
```

Page 78

```
 1   read, how their business plans read, all
 2   that stuff like that.
 3       Q.  Well -- keep going.
 4       A.  And then after that time,
 5   Mr. Woods was in constant contact with me
 6   and said that he, you know, felt like he
 7   was going to go ahead and send me to
 8   Alexander City as the assistant manager
 9   to work with Belinda Stough, that he had
10   been having some problems up there, and
11   he thought, like, I would be a perfect
12   fit to get up there and work with her and
13   try to get some things straightened out.
14           So, I met him up there on a
15   Monday morning and point-blank told him,
16   I said, "You know, I'm not going to walk
17   in on that property if she don't know I'm
18   coming." Because I didn't know her from
19   Adam's apple.
20           So, he met me up there and
21   introduced me. And she -- her comment to
22   me was, "Well, I know you was coming, you
23   know, because word travels fast in a
```

Page 79

```
 1       Q.  And you accepted it?
 2       A.  Yes, sir.
 3       Q.  Did you -- when you originally
 4   got hired there, did you go through some
 5   training?
 6       A.  I went to Auburn, Alabama, for
 7   about a week.
 8       Q.  Who was there?
 9       A.  Jim Goodman.
10       Q.  What did you do with Jim?
11       A.  Basically, was introduced to the
12   company, learned how to use the
13   RoomMaster, the computer, learned a
14   little bit about the reports that are
15   required by the AGMs and GMs to do.
16   Basically, got introduced to the company
17   is what they did on a day-to-day basis.
18           After that, I went to Eufaula,
19   Alabama, for about two weeks and worked
20   with Betty Sutton. She taught me a lot
21   about the actual reporting, what
22   reports -- how to -- what was required,
23   what was due when, how their budgets
```

Page 80

```
 1   small town and in a company, you know,
 2   but welcome aboard." So, me and her
 3   started working together.
 4       Q.  No problems?
 5       A.  Yes, sir, there were problems.
 6       Q.  At the beginning?
 7       A.  Not -- not the first day or two.
 8       Q.  Okay. So, you -- when you were
 9   originally hired, did he tell you you
10   were going to Alex City?
11       A.  He told me that there was a big
12   possibility that's where I would be
13   going. And he was kind of basing it on I
14   was from Dadeville, which is right there
15   at Alexander City, and he figured I would
16   be a good -- from checking out my
17   background and my references and talking
18   to people in the community, he felt like
19   I would be a good help to Belinda because
20   I was well known in the community. You
21   know, he felt like I could help her, you
22   know, solve whatever problems she was
23   having. I didn't know the problems until
```

20 (Pages 77 to 80)

**367 VALLEY AVENUE**
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660