IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV421-SRW |
| | ) |
| JAMESON INNS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is presently before the court on the motion for summary judgment filed by defendant on May 26, 2006. The parties are DIRECTED to comply with the order of this court entered on October 7, 2005 (Doc. # 13), which establishes the briefing schedule. Additionally, the parties are DIRECTED to provide the court with courtesy copies of their briefs and evidentiary submissions **on or before June 29, 2006**.

Done, this 30th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE