IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:05CV421-SRW |
| | ) (WO) |
| JAMESON INNS, | ) |
|     Defendant. | ) |

**ORDER**

This action is presently before the court on plaintiff's unopposed motion for an extension of time to respond to summary judgment (Doc. # 38). The court previously advised the parties that no further extensions of the briefing schedule would be permitted. (Doc. # 33). However, because defendant filed its motion earlier than the deadline established by the court, the court is able to grant plaintiff an additional (and final) brief extension. Accordingly, it is

ORDERED that the motion is GRANTED to the extent that plaintiff's response to the motion for summary judgment may be filed **on or before June 23, 2006**. Defendant's reply brief may be filed **on or before July 5, 2006**.

DONE, this 31st day of May, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE