```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  EASTERN DIVISION
```

BELINDA STOUGH,                          :
                                         :
    Plaintiff,                           :
                                         :
v.                                       :    CASE NO. 3:05cv421-W
                                         :
JAMESON INNS, a company                  :
owned or operated by                     :
KITCHIN HOSPITALITY, LLC,                :
                                         :
    Defendant.                           :
_____

### JOINT MOTION TO SUBMIT CONSENT PROTECTIVE ORDER

    Plaintiff Belinda Stough and Defendant Jameson Inns respectfully submit this Consent Protective Order for the Court's consideration for the purpose of maintaining the confidentiality of documents marked in this matter as confidential.

    WHEREFORE, based on the foregoing, the parties jointly move the Court to enter the attached Consent Protective Order.

    This 16th day of June, 2006.

                            Respectfully submitted,

                            WIGGINS, CHILDS, QUINN
                                & PANTAZIS, L.L.C.

                    By:  <u>s/ Jon C. Goldfarb</u>
                        (with express permission)
                        Jon C. Goldfarb, Esq.
                        The Kress Building
                        301 19th Street North
                        Birmingham, Alabama 35203
                        205-314-0500 (office)

        205-254-1500 (facsimile)
        jgoldfarb@wcqp.com
        **COUNSEL FOR PLAINTIFF**

        **IRVIN, STANFORD & KESSLER, LLP**

By:  S/ Gary R. Kessler
        Gary R. Kessler
        Alabama Bar No. ASB-0251-L52G
        3060 Peachtree Road, N.W.
        Suite 1050
        Atlanta, Georgia 30305
        404-237-1020 (office)
        404-237-1047 (facsimile)
        gkessler@isklaw.com
        **COUNSEL FOR DEFENDANT**

```
           UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF ALABAMA
                 EASTERN DIVISION
```

BELINDA STOUGH,                              :
                                             :
    Plaintiff,                               :
                                             :
v.                                           :   CASE NO. 3:05cv421-W
                                             :
JAMESON INNS, a company                      :
owned or operated by                         :
KITCHIN HOSPITALITY, LLC,                    :
                                             :
    Defendant.                               :
_____

## CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed the foregoing JOINT MOTION TO SUBMIT CONSENT PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Jon C. Goldfarb
    jgoldfarb@wcqp.com

    Angela J. Hill
    ajhill_law@bellsouth.net

    Kell Ascher Simon
    kas@wcqp.com

    Maury Steven Weiner
    mweiner@wcqp.com

This 16th day of June, 2006.

                                      s/ Gary R. Kessler
                                      Gary R. Kessler