IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned** ) | **3:05cv421-W** |
| **and/ or operated by KITCHIN** ) | |
| **HOSPITALITY, LLC,** ) | |
| ) | |
|    **Defendants.** ) | |
| ) | |

**PLAINTIFF'S MOTION TO FILE A PORTION OF EVIDENCE
IN OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT UNDER SEAL IN
ACCORDANCE WITH PENDING PROTECTIVE ORDER**

**COMES NOW,** the plaintiff and hereby requests that this Honorable Court grant her leave to file a portion of her evidence in opposition to defendant's motion for summary judgment under seal to comply with the defendant's pending protective order. Plaintiff intends to submit the following attached exhibits under seal:

Exhibit 3:    Exhibit 1 to Greg Winey's deposition -- Labor Distribution Report;

Exhibit 17:    Compensation History Report - Dept "G" and "A"; and

Exhibit 18:    Documents from Villa on the Harbor Homeowner's Association.

In order to protect the confidentiality of the information contained in these records

and to comply with the pending protective order that the defendant is filing in this case, the plaintiff seeks to file these records under seal.

**WHEREFORE PREMISES CONSIDERED**, the plaintiff respectfully requests that this Honorable Court grant her motion.

Respectfully submitted,

 s/Jon C. Goldfarb
Jon C. Goldfarb (ASB-5401-F58J)
Maury S. Weiner (ASB-8856-W86M)
Kell A. Simon (ASB-0214-O77K)
Counsel for Plaintiff

**OF COUNSEL:**

WIGGINS, CHILDS, PANTAZIS & QUINN LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

     I do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Gary R. Kessler, Esq.,
Irvin, Stanford & Kessler
3060 Peachtree Road
Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047

on this the 22nd of June, 2006.

                                            s/Jon C. Goldfarb
                                            OF COUNSEL