**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **BELINDA STOUGH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned** | ) **3:05cv421-W** |
| **and/ or operated by KITCHIN** | ) |
| **HOSPITALITY, LLC,** | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff submits the following evidentiary materials in support of her Motion for Partial Summary Judgment:

1. Exhibit 1: Deposition of Belinda Stough.

2. Exhibit 2: Deposition of Charles Woods and certain attached exhibits.

3. Exhibit 3: Deposition of Greg Winey and certain attached exhibits. (Exhibit 1 Filed Under Seal)

4. Exhibit 4: Deposition of Mark Fetner and certain attached exhibits.

5. Exhibit 5: Excerpts from Deposition of Robbie Patterson and certain attached exhibits.

6. Exhibit 6: Declaration of Belinda Stough.

7. Exhibit 7: Declaration of Sue Gabbard.

8. Exhibit 8: Declaration of Regina New.

9. Exhibit 9: Declaration of Faye Bennett.

10. Exhibit 10: Defendant's supplemental response to plaintiff's first interrogatories.

11. Exhibit 11: Defendant's second supplemental response to plaintiff's first interrogatories.

12. Exhibit 12: Organizational Charts.

13. Exhibit 13: Kitchin Hospitality, LLC Division Listing.

14. Exhibit 14: Quality Assurance Reports.

15. Exhibit 15: Personnel Change Report Period ending 7/21/01.

16. Exhibit 16: Job Code E-mail.

17. Exhibit 17: Compensation History Report - Dept "G" and "A" (Filed Under Seal).

18. Exhibit 18: Documents from Villa on the Harbor Homeowner's Association. (Filed Under Seal)

                Respectfully submitted,

                s/Jon C. Goldfarb
                Jon C. Goldfarb
                Maury S. Weiner
                Counsel for Plaintiff

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

Law Office of Angela J. Hill
139 South Broadnax Street
Dadeville, Alabama 36853-1701
Telephone No.: (256) 825-8251
Facsimile No.: (256) 329-1442

## CERTIFICATE OF SERVICE

     I hereby certify a copy of the above and foregoing document has been filed with the clerk of court using the CM/ECF system which will automatically notify the following counsel of record:

Gary R. Kessler, Esq.,
Irvin, Stanford & Kessler
3060 Peachtree Road, Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047

on this the  23rd ,  June , 2006.

                                             s/Jon C. Goldfarb
                                             OF COUNSEL