2

| | Jan – Mar | Apr – June | July – Sept | Oct – Dec |
|---|---|---|---|---|
| **2000** | SHARON, C.W Senior District, Jim Augustine, Belinda Hired | SHARON | a.s. 5.75→6.50, 9-00 Debra Schwier Supv 8.50 | JACKSON, MS. |
| **2001** | Kevin Durban, C.W Senior District, Debra leaves | Region 2 merges Region 1, HAL Reg., Paul DM | Jim leaves Ozark, Charles GM Ozark, Paul DM | HAL Interim, Paul DM |
| **2002** | Annual Meetings, HAL Regional, Pay Freeze | C.W.D.M Back 5 hotels, HAL ~~Term~~, Paul DM, Pay Freeze | Report to Sandi, Add Prattville, Report to Greg, Pay Freeze | Greg, Pay Freeze |
| **2003** | Charles in Ozark ~~~ Manager of Year — Pay Freeze | Pay Freeze | Top RevPar Growth, Top GOP Growth, Pay Freeze | Pay Freeze |
| **2004** | Belinda Term, Mark Hired, Pay Freeze | | Pay Increases | |
| **2005** | Greg Leaves | Tony – CW Regional V.P., Add Selma, Sylacauga, Bainbridge, Crestview, 5 hotels Thomasville, Paul Term | | Mark to Newnan, Robbie – Alex City |
| **2006** | | Add 5 hotels, Lagrange, Thomaston, Albany, Thomaston, Newnan | | |

PLAINTIFF'S EXHIBIT
1 Woods

0019

## Labor Distribution by Charge To Division/Department PE0802
### KITCHIN HOSPITALITY LLC

Report Date 8/6/2003

| PSID | Pay Period | Home_Dept | Clock No | Name | Pay Code | Hours | Rate Paid | Earnings | Charge To |
|---|---|---|---|---|---|---|---|---|---|
| KTP | 2003-16-0 | 0019D | 10928 | Bass, Irene A. | 1 | 20.25 | 5.75 | $116.44 | 0019D |
| KTP | 2003-16-0 | 0019D | 28204 | Morris, Takesha R. | 1 | 16.00 | 5.50 | $88.00 | 0019D |
| KTP | 2003-16-0 | 0019D | 14855 | Peppers, Charles S. | 1 | 77.00 | 6.00 | $462.00 | 0019D |
| KTP | 2003-16-0 | 0019D | 10855 | Peppers, Teresa J. | 1 | 24.75 | 6.50 | $160.88 | 0019D |
| KTP | 2003-16-0 | 0019D | 26499 | Queen, Lisa | 1 | 77.00 | 5.75 | $442.75 | 0019D |
| **Total for Dept:** | | **0019D** | | | | 215.00 | | $1,270.07 | |
| KTP | 2003-16-0 | 0019G | 10558 | Stough, Belinda | 8 | 0.00 | 0.00 | $2,000.00 | 0019G |
| KTP | 2003-16-0 | 0019G | 10558 | Stough, Belinda | 1 | 0.00 | 807.69 | $807.69 | 0019G |
| **Total for Dept:** | | **0019G** | | | | 0.00 | | $2,807.69 | |
| KTP | 2003-16-0 | 0019H | 35913 | Baggett, Ophelia | 7t | 5.00 | 5.20 | $26.00 | 0019H |
| KTP | 2003-16-0 | 0019H | 35913 | Baggett, Ophelia | 1 | 10.00 | 5.20 | $52.00 | 0019H |
| KTP | 2003-16-0 | 0019H | 10926 | Bass, Irene A. | 1 | 9.75 | 5.75 | $56.06 | 0019H |
| KTP | 2003-16-0 | 0019H | 12733 | Burdette, Melissa | 1 | 43.70 | 5.60 | $244.72 | 0019H |
| KTP | 2003-16-0 | 0019H | 14656 | Cossey, Stacey | 1 | 40.30 | 5.40 | $217.62 | 0019H |
| KTP | 2003-16-0 | 0019H | 13554 | Gabbard, Thelma S. | 7 | 0.00 | 0.00 | $40.00 | 0019H |
| KTP | 2003-16-0 | 0019H | 13554 | Gabbard, Thelma S. | 1 | 6.00 | 7.25 | $43.50 | 0019H |
| KTP | 2003-16-0 | 0019H | 11144 | Gillespie, Jennifer | 1 | 14.00 | 5.40 | $75.60 | 0019H |
| KTP | 2003-16-0 | 0019H | 14149 | Hand, Marilyn D. | 1 | 47.75 | 5.80 | $276.95 | 0019H |
| KTP | 2003-16-0 | 0019H | 35742 | Settles, Tammy T. | 1 | 3.25 | 5.30 | $17.23 | 0019H |
| KTP | 2003-16-0 | 0019H | 35745 | Stowes, Daphne L. | 1 | 19.50 | 5.30 | $103.35 | 0019H |
| KTP | 2003-16-0 | 0019H | 26405 | Tolbert, Cynthia | 1 | 19.55 | 5.40 | $105.57 | 0019H |
| KTP | 2003-16-0 | 0019H | 14148 | Williams, Angela | 1 | 80.00 | 6.75 | $540.00 | 0019H |
| **Total for Dept:** | | **0019H** | | | | 298.80 | | $1,798.60 | |
| KTP | 2003-16-0 | 0019L | 13554 | Gabbard, Thelma S. | 1 | 62.00 | 7.25 | $449.50 | 0019L |
| **Total for Dept:** | | **0019L** | | | | 62.00 | | $449.50 | |
| **Total for Inn:** | | **0019** | | 16 Employees Paid | | 575.80 | | $6,325.86 | |

PLAINTIFF'S EXHIBIT

A. Woods

Page 16

Jameson-1670

*(Page rotated 180°; payroll register for Kitchin Hospitality, report date 08/08/03, check date 08/08/03, pay period 16, page 115.)*

```
KTP    KITCHIN HOSPITALITY                    PAYROLL REGISTER         REPORT DATE 08/08/03    B-08/08/03    PAY 16
NO.    CO. NAME                                                                                 CHECKS DATED              PAGE NO. 115

EMPLOYEE ID    ....... HOURS AND EARNINGS .......    DED AND ADJ          GROSS TO NET   CURRENT   CHECK#
EMPLOYEE NAME  PC DESCRIPTION  HOURS  AMOUNT  DESCR  AMOUNT  CODES  Y-TO-D

0019-D-26499   ***** CONTINUED *****
QUEEN, LISA
SS-NO  *******   FRQ B    STAT A
BASE   8.7500    M/S  S   SEX  F        1  REGULAR                                                -WAGES--  Q-TO-D
FILE#  26499     ST1  AL           Y-TO-D        2990.01   VAC    4.28                             1265.00  SSEC         78.43
HIRE   04/06/03  F#EX 00   S#EX 00          520.00         2A HOLIDAY 17.25                        1265.00  MDCR         18.35
CK-SQ  0019                                  3.00                                                  1265.00  FIT         103.21
E-CD   N                                                                                           1265.00  FUTA         41.94
                                                                                                   1265.00  ST     AL
                                                                                                                     14.87
                                                                            96.84  ST1  AL        2459.01   NET        356.44
                                                                                                                   29006284 10
                                                                                                   -WAGES--  Y-TO-D
                                                                                                   3007.26  SSEC        186.45
                                                                                                   3007.26  MDCR         43.61
                                                                                                   3007.26  FIT         221.35
                                                                                                   3007.26  FUTA
                                                                                                   3007.26  SUI  AL      96.84

0019-G-10558       1  REGULAR          807.69          DLIFE   .38                  --TAXES--     17423.04  GRCOMP     807.69
STOUGH, BELINDA                                        SLIFE  1.35  005*           16968.24  GRPAY           807.69
                                                       VLIFE  2.70  005*            1052.03  SSEC           50.08
                                                                                     246.04  MDCR           11.71
                                                                                    1624.15  FIT            26.15
                                                                                     562.50  ST1  AL        22.54
                                                                                      62.73  SUI  AL         4.41
                                                                                   13420.79  NET           692.80
                                                                                                           29006281 1

0019-G-10558       8  BONUS     Q-TO-D       2000.00   DLIFE  1.08                 -WAGES--       16968.24  GRCOMP    2000.00
STOUGH, BELINDA                                        SLIFE  4.05                   2423.07  SSEC          124.00
                                               8  REGULAR     2423.07  VLIFE  8.10                 246.04  MDCR        29.00
GOODWATER AL 35072         1  BONUS           2000.00  DENTA  21.40                 4394.19  FIT           500.00
BASE   807.69    FRQ B    STAT A   Y-TO-D               VISN1  4.40                   562.50  ST1  AL       100.00
SS-NO  *******   M/S  M   SEX  F        8  REGULAR   12923.04                       1624.15  NET          1247.00
FILE#  10558     ST1  AL            1  BONUS         4500.00                                              29006281 2
HIRE   05/19/00  F#EX 02   S#EX 02                     DLIFE  4.68
V/S/H  (0)                                              SLIFE 17.55
CK-SQ  0019                                             VLIFE 40.60
E-CD   E                SWCD AL  M                      DENTA 183.20
                                                        HEALT 236.20
                                                        VISN1 33.60
                                                                            -WAGES-- Y-TO-D      -TAXES--
                                                                            16968.24 SSEC       1052.03
                                                                            16968.24 MDCR        246.04
                                                                            16968.24 FIT        1624.15
                                                                             4394.19 FUTA
                                                                             4418.59 ST     AL   575.57
                                                                             7000.00 SUI  AL
                                                                                                 63.72
                                                                            16968.24 ST     AL   166.32
                                                                            17389.44 SUI  AL     562.50
```

PLAINTIFF'S EXHIBIT<br>PAY ANALYSIS REPORTING<br>5 Woods<br>Jameson-1672

Jameson-1878

KTP  KITCHIN HOSPITALITY  
NO.  CO. NAME

PAYROLL REGISTER  10/31/03  084  B-10/31/03  PAY 22  PAGE NO. 100  
REPORT DATE  CHECKS DATED  PERIOD

| EMPLOYEE ID EMPLOYEE NAME | PC | DESCRIPTION | HOURS AND EARNINGS HOURS / AMOUNT | DEDS AND ADJ DESCR / AMOUNT CODES | GROSS TO NET Y-TO-D / TYPE / CURRENT | CHECK# |
|---|---|---|---|---|---|---|
| 0019-G-10558 STOUGH, BELINDA RT 3 BOX 206 GOODWATER AL 35072 | 8 | BONUS | 1100.00 | ----Q-TO-D---- DLIFE 6.48 SLIFE .72 VLIFE 2.70 | 23369.18 GRCOMP 1100.00 22814.38 GRPAY 1100.00 1420.68 SSEC 68.20 332.26 MDCR 15.95 2056.05 FIT 275.00 752.74 ST1 AL 55.00 84.78 TOTDED .00 18267.86 NET 685.85 | BONUS 290093237 |
| SS-NO FRQ B STAT A BASE 807.69 M/S M SEX M FILE# 10558 ST1 AL HIRE 05/19/00 F#EX 02 S#EX 02 V/S/H / / / SWCD AL M CK-50 0019 E-CD E | 1 8 | REGULAR BONUS | Q-TO-D 2423.07 1100.00 Y-TO-D 17769.18 5600.00 | ----Y-TO-D---- DLIFE 24.30 SLIFE 84.00 VLIFE 8.40 DENTA 183.00 HEALT 288.20 VISN1 33.60 | ----Q-TO-D---- --TAXES-- 3523.07 SSEC 218.43 3523.07 MDCR 51.08 3523.07 FIT 353.45 3523.07 ST AL 122.62 ----Y-TO-D---- 22914.38 SSEC 1420.69 22914.38 MDCR 332.26 22914.38 FIT 2056.05 7000.00 FUTA .00 23335.58 SUI AL 75.03 | |
| 0019-H-10926 BASS, IRENE A 256 9TH AVE. ALEXANDER CITY AL 35010 | 1 | REGULAR | 14.13 81.25 | | 3523.07 SUI AL 752.74 | |
| | 1 | REGULAR | Q-TO-D 60.08 345.47 | | --WAGES-- ----Q-TO-D---- --TAXES-- 2108.54 NET 11.03 75.03 | 290093238 |
| SS-NO FRQ B STAT A BASE 5.7500 M/S S SEX F FILE# 10926 ST1 AL HIRE 02/14/01 F#EX 04 S#EX 04 V/S/H X/ / / SWCD AL S CK-50 0019 E-CD N | 1 2A | REGULAR HOLIDAY | Y-TO-D 394.65 4.50 2269.27 25.88 | | --WAGES-- ----Y-TO-D---- --TAXES-- 2295.15 SSEC 142.30 2295.15 MDCR 33.28 2295.15 FIT .00 345.47 FUTA .98 345.47 SUI AL .98 2295.15 ST AL 11.03 | |
| 0019-H-12793 BURDETTE, MELISSA 215 SMYRNA ROAD KELLYTON AL 35089 | 1 | REGULAR | 29.10 162.96 | ----Y-TO-D---- VAC 1.80 | --WAGES-- ----Q-TO-D---- --TAXES-- 2295.15 SSEC 142.30 2295.15 MDCR 33.28 272.27 FIT 63.68 | |
| SS-NO FRQ B STAT A BASE B.6000 M/S S SEX F | 1 2A | REGULAR HOLIDAY PTO | 87.80 491.68 766.73 3.45 14.00 78.40 | | 4391.41 GRCOMP 162.96 4391.41 GRPAY 162.96 272.27 FIT 10.11 27.85 FIT 2.37 141.41 ST1 AL 4.98 3886.20 NET 145.50 | |

PAY ANALYSIS REPORTER

PLAINTIFF'S EXHIBIT
C Woods

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BELINDA STOUGH,

    Plaintiff,

v.

                          CASE NO. 3:05cv421-W

JAMESON INNS, a company
owned or operated by
KITCHIN HOSPITALITY, LLC,

    Defendant.

### VERIFICATION

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Charles Woods, who first being duly sworn, states that he has read the foregoing Defendant's Responses To Plaintiff's Second Interrogatories and knows its content, that said Responses were prepared with the assistance and advice of counsel, and that, subject to inadvertent or undiscovered errors, are true to the best of his knowledge, information, and belief.

                                                _____
                                                Charles Woods

Sworn to and subscribed before
me this  1  day of ~~April~~ May, 2006
_____
NOTARY PUBLIC

My Commission Expires:

My Commission Expires 9-1-08

- 1 -

**PLAINTIFF'S EXHIBIT**
7 Woods

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BELINDA STOUGH,       :
                      :
    Plaintiff,        :
                      :
v.                    :   CASE NO. 3:05cv421-W
                      :
JAMESON INNS, a company :
owned or operated by  :
KITCHIN HOSPITALITY, LLC, :
                      :
    Defendant.        :

## VERIFICATION

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Charles Woods, who first being duly sworn, states that he has read the foregoing Defendant's Supplemental Responses To Plaintiff's First Interrogatories and knows its content, that said Responses were prepared with the assistance and advice of counsel, and that, subject to inadvertent or undiscovered errors, are true to the best of his knowledge, information, and belief.

_____
Charles Woods

Sworn to and subscribed before
me this 19 day of April, 2006

_____
NOTARY PUBLIC

My Commission Expires: 11-28-08

- 1 -

**PLAINTIFF'S EXHIBIT**
8 Woods

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BELINDA STOUGH,

    Plaintiff,

v.

JAMESON INNS, a company
owned or operated by
KITCHIN HOSPITALITY, LLC,

    Defendant.

CASE NO. 3:05cv421-W

## VERIFICATION

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Charles Woods, who first being duly sworn, states that he has read the foregoing Defendant's Responses To Plaintiff's First Interrogatories and knows its content, that said Responses were prepared with the assistance and advice of counsel, and that, subject to inadvertent or undiscovered errors, are true to the best of his knowledge, information, and belief.

_____
Charles Woods

Sworn to and subscribed before
me this 19 day of April, 2006

_____
NOTARY PUBLIC

My Commission Expires: 11-28-08

- 1 -

**PLAINTIFF'S EXHIBIT**
9 Woods

UNITED STATES DISTRICT COURT
MIDDLE DISTRIT OF ALABAMA
EASTERN DIVISION

RECEIVED JAN 18 2006 BY:

| | |
|---|---|
| BELINDA STOUGH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : |
| Defendant. | : |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES

Defendant Jameson Inns ("Jameson" or "Defendant") responds to Plaintiff's First Interrogatories as follows:

### GENERAL OBJECTIONS

1. Defendant objects to the definitions of "identify" with respect to a person as overly broad and unduly burdensome. Defendant will provide certain identifying information within its possession for persons in the first interrogatory in which a person is identified.

2. As discovery is in the early stages, Defendant, while having gathered certain information which appears to be related to Plaintiff's claims, has not completed its investigation related to the claims. Accordingly, these responses are

1


PLAINTIFF'S EXHIBIT 10 Woods

necessarily preliminary and may require refinement and supplementation as discovery continues.

3. Defendant objects to providing or disclosing any information protected by the attorney-client privilege.

4. Defendant objects to providing or disclosing any information constituting trial preparation materials or materials otherwise encompassed within the work product doctrine without and unless Plaintiff makes the requisite showing required by Rule 26 of the Federal Rules of Civil Procedure.

5. Defendant objects to each request to the extent that it seeks to require disclosure of any confidential information.

6. Defendant objects to each request that (i) is unreasonably cumulative or duplicative; (ii) seeks material obtainable from some other source that is more convenient, less burdensome, or less expensive; or (iii) otherwise constitutes an abuse of discovery under Rule 26(b)(1) of the Federal Rules of Civil Procedure.

Subject to the foregoing General Objections, Defendant responds to each of the following interrogatories as follows:

## INTERROGATORIES

1. Identify each and every person (including guests) who can support the defendant's position that the plaintiff's hotel was not properly cleaned and when identifying those persons

2

state their name, job title, last known address and telephone number.

Response To Interrogatory No. 1:  Although other persons may be familiar with the cleanliness of the Alexander City, Alabama hotel that was managed by Belinda Stough, the person most familiar is Charles Woods, the former District Director of the Alexander City, Alabama location. He continues to be employed by Jameson Inns and can be contacted through counsel. Jameson's former Vice President of Operations, Greg Winey, would also be knowledgeable, based on his conversations with Mr. Woods.

2. From January 1, 2000 to the present, for each location of the defendant motel, identify the staff at each motel by stating the name of each person working on the property and their job title, the dates of their employment, their gender, and their assigned duties and responsibilities. This request specifically seeks the identity of all General Managers, Assistant Managers, Maintenance Men, Housekeeping staff and all other employees at each property.

Response To Interrogatory No. 2:  Defendant objects to providing this information on the ground that it is burdensome, immaterial, irrelevant, and does not appear to be reasonably

3

calculated to lead to the discovery of admissible evidence within the meaning of Rule 26(b) of the Federal Rules of Civil Procedure. Nonetheless, persons familiar with the property include the former District Director Charles Woods, former General Manager Belinda Stough, former Assistant General Manager Mark Fetner, current General Manager Robbie Patterson, and former Vice President of Operations Greg Winey.

3. From January 1, 2000 to the present, for each motel of the defendant state the size of the motel (number of rooms), the total revenue and the profitability of each motel.

Response To Interrogatory No. 3: Defendant objects to providing the information sought in this Interrogatory which exceeds the District that was managed by former District Director, Charles Woods. Further, Defendant objects to providing information regarding revenue and profitability of hotels because such information is not reasonably calculated to lead to the discovery of admissible evidence within the meaning of Rule 26(b) of the Federal Rules of Civil Procedure. The number of rooms at the hotels within the District are as follows:

(a) Alexander City - 60 rooms;

(b) Auburn - 40 rooms;

4

    (c)    <u>Eufala</u> - 40 rooms;

    (d)    <u>Greenville</u> - 40 rooms;

    (e)    <u>Ozark</u> - 40 rooms.

4. Identify by name, job title and dates of employment each and every person who has knowledge of the defendants' defenses in this case and state in detail the particular knowledge that person has.

<u>Response To Interrogatory No. 4</u>: Persons aware of Defendant's defenses in this matter include Charles Woods, Belinda Stough, Mark Fetner, and Greg Winey.

5. Identify by name, gender and dates of employment every person who has held the job title of General Manager and who has held the job title of Assistant Manager from January 1, 2000 to the present and for each General Manager and Assistant Manager state their dates of employment, job titles held during each period of employment, salary received from January 1, 2000 to the present and reason for termination if terminated.

<u>Response To Interrogatory No. 5</u>: Defendant objects to providing information for facilities other than within the District managed by Charles Woods on the ground that such information does not appear to be reasonably calculated to lead

to the discovery of admissible evidence within the meaning of Rule 26(b) of the Federal Rules of Civil Procedure.

For hotels within the relevant District, Defendant responds as follows:

(a) <u>Alexander City</u> - Belinda Stough and Mark Fetner were General Managers. Fetner was hired as an Assistant General Manager in January 2004 at $24,000 per year. Robbie Patterson is current General Manager;

(b) <u>Auburn</u> - James Goodman (since 2002) (no Assistant Managers);

(c) <u>Eufala</u> - Betty Sutton (no Assistant Managers);

(d) <u>Greenville</u> - Ezena (Sam) Ellis (female); six-year employee terminated in 2005 (no Assistant Managers);

(e) <u>Ozark</u> - Charles Woods (both General Manager and District Manager); current General Manager is Joy Knodel (no Assistant Managers).

The General Managers and their respective salaries were as follows:

6

| | | | |
|---|---|---|---|
| Alexander City | Belinda Stough (female) | 01/01/03-02/21/04 $24,000 | |
| Auburn | James Goodman (male) | 01/01/03-08/01/04 $30,000 | Pay increased on 08/01/04 to $31,000 |
| Eufala | Betty Sutton (female) | 01/01/03-08/01/04 $30,000 | Pay increased on 08/01/04 to $32,700 |
| Greenville | Ezena "Sam" Ellis (female) | 01/01/03-08/01/04 $26,997 | Pay increased on 08/01/04 to $28,500 |

6. Identify by name, last known telephone number and address of each and every female who has worked with or around Charles Woods from January 1, 2000 to the present.

Response To Interrogatory No. 6: Defendant objects to providing information sought in this Interrogatory on the ground that the information requested is burdensome, immaterial, and irrelevant to the allegations in this matter and does not appear to be reasonably calculated to lead to the discovery of admissible evidence within the meaning of Rule 26(b) of the Federal Rules of Civil Procedure.

7

7. State the name, last known telephone number and address of each and every employee who has ever complained about Charles Woods mistreating them in any way.

Response To Interrogatory No. 7: No complaints.

8. Identify each and every employee of the defendant who complained about the plaintiff's work performance, by stating that person's name, job title, last known address and telephone number and state in detail the complaint that employee made about the plaintiff's job performance and the dates of each complaint.

Response To Interrogatory No. 8: Charles Woods supervised Plaintiff and dealt with Plaintiff's performance issues. The reprimands, warnings, and evaluations by Charles Woods are self-explanatory.

9. Identify by name and job title every person who was involved in the decision to terminate the plaintiff.

Response To Interrogatory No. 9: Charles Woods (District Director) was decision-maker. Mr. Woods attended several meetings with upper-level management, particularly Greg Winey, and Stough's performance was discussed with frequency. Woods

8

may have spoken to other Jameson management about her performance and termination but he does not currently recall.

10. State in detail why the defendant decided to terminate the plaintiff, identify everyone involved in that decision and the role they played in that decision.

Response To Interrogatory No. 10: Plaintiff was terminated as a result of the culmination of the following build-up of events:

(a) March 5, 2003 – Stough received a "needs improvement" QA evaluation from Charles Woods;

(b) June 11, 2003 – "Needs improvement" QA evaluation for property;

(c) June 17, 2003 – Stough was issued a warning by Charles Woods for attendance and punctuality;

(d) June 17, 2003 – Progressive discipline based on two (2) "needs improvement scores" for hotel QA evaluations;

(e) August 17, 2003 – Received average hotel QA evaluation;

(f) December 19, 2003 – Received "needs improvement" QA evaluation for property;

(g) December 29, 2003 – Corrective action notice for unsatisfactory performance based on fourth quarter QA hotel

9

inspection as a "fail" and follow-up inspection of December 19, 2003 of "needs improvement";

(h) <u>February 6, 2004</u> - Memorandum from Charles Woods to Belinda Stough of February 6, 2004 regarding "accountability." Issues contained in memo are self-explanatory;

(i) <u>February 18, 2004</u> - Received a "fail" QA hotel evaluation on her property. As a result of the continued unacceptable performance by Ms. Stough, and the failure to demonstrate substantial improvement, her employment was terminated on or about February 21, 2004.

Additional relevant instances of which Charles Woods was aware included Plaintiff making too few sales calls, frequent absences from or late to work, and not working while at work.

11. Identify by name, race, job title, address, and telephone number each and every person who has produced a statement related to the plaintiff's allegations or the defendant's responses in this case and state the content of that statement.

<u>Response To Interrogatory No. 11</u>:  No written statements.

12. Identify by name and gender the person or persons who have taken over the plaintiff's duties and responsibilities

10

since her termination and state the dates of each person's employment.

Response To Interrogatory No. 12: Mark Fetner (male) was promoted to the General Manager position of the facility after Plaintiff was terminated. Fetner was hired on January 21, 2004 as an Assistant General Manager at Alexander City.

13. State in detail each and every aspect of the plaintiff's job performance that led to the decision to terminate her and describe in great detail how the plaintiff's performance fell short. For example, a response to this interrogatory that the motel was not clean is not sufficient; rather, the defendant must describe in great detail how the hotel was not clean, what particular area or areas were not clean, and what about those particular areas were not clean.

Response To Interrogatory No. 13: Pursuant to Rule 33(c) of the Federal Rules of Civil Procedure, Defendant will produce the product evaluation reports for Plaintiff's facility for March 5, 203, April 3, 2003, June 11, 2003, August 7, 2003, December 17, 2003, and February 18, 2004.

11

UNITED STATES DISTRICT COURT
MIDDLE DISTRIT OF ALABAMA
EASTERN DIVISION

BELINDA STOUGH,               :
                              :
    Plaintiff,                :
                              :
v.                            :   CASE NO. 3:05cv421-W
                              :
JAMESON INNS, a company       :
owned or operated by          :
KITCHIN HOSPITALITY, LLC,     :
                              :
    Defendant.                :

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a copy of the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES by depositing same in the United States Mail, adequate first-class postage affixed thereto, and addressed as follows:

Angela J. Hill, Esq.
139 Broadnax Street
Dadeville, Alabama  36853

Jon C. Goldfarb, Esq.
Maury S. Weiner, Esq.
Kell A. Simon, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

This 13 day of January, 2006.

                              _____
                              Gary R. Kessler

13