4

Case 3:05-cv-00421-SRW   Document 43-8   Filed 06/23/2006   Page 1 of 15

James Mark Fetner
100 Harbor Place #607
Dadeville, Alabama 36853
256-825-4720 (Home)
256-749-6032 (Cell)
lakelover37@hotmail.com

# James Mark Fetner

**Objective:** Dedicated, self-motivated and hard working individual seeks employment with an established company with room for advancement and long term benefits.

**Qualifications:**
- Extensive computer skills
- Attended and graduated from Alabama Real Estate Course
- Attended many Property Management Courses
- Served as Board member of Villas on the Harbor Homeowner's Association
- Set up and followed guidelines pertaining to Alabama Condominium Law
- Payroll experience dealing with taxes, sales tax, 940, 941 returns
- Experience in bank reconciliations
- Experience in Kronos Payroll Systems
- Experience in Elite Software Systems
- Experience in ADP Automated Systems
- Extensive experience in Accounts Receivable and Accounts Payable
- Extensive work in collections
- Maintained and governed 53 units in a Condo complex
- Served on many community Boards
- Extensive experience in General Ledger transactions, Spreadsheets and account reconciliations
- Extensive background in graphs and cash-flow charts
- Very experienced with Quickbooks and Quickbooks Pro
- Self-motivated, dedicated, team player, single and hard working individual
- Willing to relocate at own expense

**Work History:**

2003-2003    Chattanooga Housing Authority, Chattanooga, Tennessee
Public Housing Accountant in charge of all collections of bad debts. Responsible for reconciliations of 4 major bank accounts. Responsible for reconciliations of major General Ledger Accounts. Headed up reconciliation of past 12 month cash accounts. Balanced deposits to entries into the General Ledger. Oversaw collections of 18 major housing projects.

1993-2003    Judy's Stagecoach Inn, Inc. Dadeville, Alabama
Manager in charge of all accounting, payroll, inventory, scheduling, quality control and State Food and Health regulations. Responsible for inventory, 940, 941 tax deposits along with all State and Federal returns. Responsible for profit and loss statements for business with annual sales of $650,000.00. Responsible for training of all new employees. Worked closely with other owners to ensure that the highest margin of profit was achieved. Responsible for daily deposits, bank statement


PLAINTIFF'S EXHIBIT
Fetner 19

reconciliations and reconciliations of all major credit card accounts. Maintained highest standard for Alabama Health Codes. Handled private banquet functions.

1996-2003   Villas on the Harbor Homeowner's Association Dadeville, Alabama
Administrator in charge of a 53 unit Condominium Complex. Responsible for all accountability of homeowner records. Maintained all accounting records and upkeep of all new homeowner records. Worked with Insurance Adjusters regarding Insurance claims. Recorded all changes to the By-Laws and made sure all rules and regulations were upheld by all residents. Worked on a individual basis with four other Board members. Maintained a $100,000.00 annual budget. Negotiated contracts with contractors and vendors. Completed accounting audits performed by professional auditors. Made daily deposits of fees received and reconciled 6 major bank accounts. Paid all payables on a timely basis. Made daily checks on grounds to ensure accuracy in contracts by vendors. Balanced monthly and quarterly accounting reports for homeowner's. Was knowledgeable and followed all By-Laws and regulations pertaining to Alabama Condominium Law. Attended many Real Estate closings. Was in charge of collections of all homeowner fees and fines. Worked closely with all Real Estate agents and Brokers on completion of all sells and transfers of ownership.

2002-2003   Lake Martin Vacation Rentals Dadeville, Alabama
Manager in charge of starting business. Was responsible for solicitation of individual owners to place their property on the rental program. In charge of all units as far as guest check in and check outs, cleaning and maintance. Inspected each unit after check out. Responsible for commission payments to individual owners. Responsible for bank reconciliations and refunds of security deposits.

1989-1993   Cagle's Processing Company, Inc. Macon, Georgia
Office Manager responsible for all accounting procedures for office staff of 13. Made daily cash deposits, scheduled all employees, responsible for all new hire procedures. Responsible for Accounts payable. Responsible for payroll for approximately 1500 employees. Handled garnishments. Worked with and implemented a Kronos payroll system. Was trained in producing all accounting statements and sales projections. Worked closely with other unit managers to ensure proper sales procedures. Was responsilbe for daily sales reports and production reports. After leaving company to pursue family business, was called back several times to perform contract labor.

**Education:**

B.S. Business Administration Troy State University, Troy, Alabama 1987
Minor in Accounting
Graduate Alabama Real Estate Sales course

**Computer Skills:**

Windows XP, Elite Software, Excel, ADP, Microsoft Word, Quickbooks and Quickbooks Pro, Corel Word Perfect, Microsoft Office, Word Typing skills of 45-50 wpm. Proficient in 10 key-pad entry

**References:**

Avaliable upon request

James Mark Fetner
100 Harbor Place #607
Dadeville, Alabama 36853
256-825-4720 (Home)
256-749-6032 (Cell)
lakelover37@hotmail.com

# James Mark Fetner

**Objective:** Dedicated, self-motivated and hard working individual seeks employment with an established company with room for advancement and long term benefits.

**Qualifications:**
- Extensive computer skills
- Attended and graduated from Alabama Real Estate Course
- Attended many Property Management Courses
- Served as Board member of Villas on the Harbor Homeowner's Association
- Set up and followed guidelines pertaining to Alabama Condominium Law
- Payroll experience dealing with taxes, sales tax, 940, 941 returns
- Experience in bank reconciliations
- Experience in Kronos Payroll Systems
- Experience in Elite Software Systems
- Experience in ADP Automated Systems
- Extensive experience in Accounts Receivable and Accounts Payable
- Extensive work in collections
- Maintained and governed 53 units in a Condo complex
- Served on many community Boards
- Extensive experience in General Ledger transactions, Spreadsheets and account reconciliations
- Extensive background in graphs and cash-flow charts
- Very experienced with Quickbooks and Quickbooks Pro
- Self-motivated, dedicated, team player, single and hard working individual
- Willing to relocate at own expense

**Work History:**

2003-2003    Chattanooga Housing Authority, Chattanooga, Tennessee
Public Housing Accountant in charge of all collections of bad debts. Responsible for reconciliations of 4 major bank accounts. Responsible for reconciliations of major General Ledger Accounts. Headed up reconciliation of past 12 month cash accounts. Balanced deposits to entries into the General Ledger. Oversaw collections of 18 major housing projects.

1993-2003    Judy's Stagecoach Inn, Inc. Dadeville, Alabama
Manager in charge of all accounting, payroll, inventory, scheduling, quality control and State Food and Health regulations. Responsible for inventory, 940, 941 tax deposits along with all State and Federal returns. Responsible for profit and loss statements for business with annual sales of $650,000.00. Responsible for training of all new employees. Worked closely with other owners to ensure that the highest margin of profit was achieved. Responsible for daily deposits, bank statement



PLAINTIFF'S EXHIBIT
Fetner 19

Stough v Jameson In   0126
Pltf Disc Docs

reconciliations and reconciliations of all major credit card accounts. Maintained highest standard for Alabama Health Codes. Handled private banquet functions.

1996-2003    Villas on the Harbor Homeowner's Association Dadeville, Alabama
Administrator in charge of a 53 unit Condominium Complex. Responsible for all accountability of homeowner records. Maintained all accounting records and upkeep of all new homeowner records. Worked with Insurance Adjusters regarding Insurance claims. Recorded all changes to the By-Laws and made sure all rules and regulations were upheld by all residents. Worked on a individual basis with four other Board members. Maintained a $100,000.00 annual budget. Negotiated contracts with contractors and vendors. Completed accounting audits performed by professional auditors. Made daily deposits of fees received and reconciled 6 major bank accounts. Paid all payables on a timely basis. Made daily checks on grounds to ensure accuracy in contracts by vendors. Balanced monthly and quarterly accounting reports for homeowner's. Was knowledgeable and followed all By-Laws and regulations pertaining to Alabama Condominium Law. Attended many Real Estate closings. Was in charge of collections of all homeowner fees and fines. Worked closely with all Real Estate agents and Brokers on completion of all sells and transfers of ownership.

2002-2003    Lake Martin Vacation Rentals Dadeville, Alabama
Manager in charge of starting business. Was responsible for solicitation of individual owners to place their property on the rental program. In charge of all units as far as guest check in and check outs, cleaning and maintance. Inspected each unit after check out. Responsible for commission payments to individual owners. Responsible for bank reconciliations and refunds of security deposits.

1989-1993    Cagle's Processing Company, Inc. Macon, Georgia
Office Manager responsible for all accounting procedures for office staff of 13. Made daily cash deposits, scheduled all employees, responsible for all new hire procedures. Responsible for Accounts payable. Responsible for payroll for approximately 1500 employees. Handled garnishments. Worked with and implemented a Kronos payroll system. Was trained in producing all accounting statements and sales projections. Worked closely with other unit managers to ensure proper sales procedures. Was responsilbe for daily sales reports and production reports. After leaving company to pursue family business, was called back several times to perform contract labor.

**Education:**

B.S. Business Administration Troy State University, Troy, Alabama 1987
Minor in Accounting
Graduate Alabama Real Estate Sales course

**Computer Skills:**

Windows XP, Elite Software, Excel, ADP, Microsoft Word, Quickbooks and Quickbooks Pro, Corel Word Perfect, Microsoft Office, Word Typing skills of 45-50 wpm. Proficient in 10 key-pad entry

**References:**

Avaliable upon request

# Jameson Hospitality, LLC

8 Perimeter Center East
Suite 8050
Atlanta, GA 30346

## Application for Employment

All qualified candidates receive consideration for employment in accordance with the policies of Jameson Hospitality, LLC. Jameson Hospitality, LLC, an equal opportunity employer, is committed to a policy of nondiscrimination on the basis of race, sex, national origin, disability, religion, age, veteran status, sexual orientation or other non-merit reasons in employment, as required by applicable laws and regulations.

Date of Application: **1-1-04**

### PERSONAL DATA
*Please print clearly, all information is required*

Name: **Fetner   James   Mark**
 Last     First     M

Social Security Number: _____

Mailing Address: **100 Humbre Place #607**
 Street
**Dadeville           Alabama         38053**
 City                 State              Zip

Phone Numbers: **(256) 825-4720**            **(256) 825 749-6032**
 Daytime Number              Alternate Number where you can be reached

| Question | Yes | No |
|---|---|---|
| Can you provide proof, if hired, that you are legally eligible for employment in the United States? | ☑ YES | ☐ NO |
| Are you under the age of 18? *If yes, please indicate age* | ☐ YES | ☑ NO |
| Have you ever previously applied for a position with Jameson Hospitality, LLC? | ☐ YES | ☑ NO |
| Have you ever worked for Jameson Hospitality, LLC? If yes, in what capacity? _____ | ☐ YES | ☐ NO |

When: From _____ to _____ Supervisor _____
Reason for Leaving: _____

Have you ever been convicted of a criminal offense? *NOTE: A criminal conviction is not an absolute bar to employment, but will be considered in relation to specific job requirements.*    ☐ YES   ☑ NO

If yes, please provide the following information: *(use a separate sheet if additional space is necessary)*
Date: _____ Offense: _____ Place: _____

Were you ever forced to resign from any position for misconduct or unsatisfactory service?  ☐ YES  ☑ NO
If yes, please explain _____

Do you have a valid driver's license?    ☑ YES   ☐ NO

Driver's license number: _____   State: **Alabama**

Are you able to perform the essential functions of the job with or without a reasonable accommodation? *(Answer only after a review of the essential job duties)*   ☑ YES  ☐ NO

6/2/00                                              Jameson Hospitality, LLC



PLAINTIFF'S EXHIBIT
Fetner 20

Slough v Jameson In  0129
Pltf Disc Docs

### Employment History
*Please print clearly*

Please list your work experience for the last 7 years beginning with your most recent job held. Attach additional sheets if necessary.

| Dates of Employment | Employer Name & Location | Phone | Position(s) Held | Supervisor's Name |
|---|---|---|---|---|
| From: 6/03 To: 10/2003 | Chattanooga Housing Authority, Chattanooga, TN | | Accountant | Daryl White |
| Reason for Leaving: moved | | | Starting Pay: 15.00/hr | End Pay: 18.00/hr |
| From: 7/93 To: 10/03 | Judi's Stagecoach, Dadeville, AL | 256-825-4150 | Manager | Judi C. Richardson |
| Reason for Leaving: moved to Dalton, GA | | | Starting Pay: 200.00 wk | End Pay: 400.00 wk |
| From: 10/96 To: 7-03 | Villas on the Harbor Homeowner's Ass., Dadeville, AL | 256-825-2333 | Administrator | Board of Directors |
| Reason for Leaving: moved | | | Starting Pay: 800.00/month | End Pay: 1100.00/month |
| From: 8/02 To: 1-03 | Lake Martin Vacation Rentals, 256-825- Dadeville, AL | 256-825-2224 | Partner/Adm. | Connie Burke |
| Reason for Leaving: too many jobs | | | Starting Pay: 2% Net | End Pay: 2% Net |
| From: 10/89 To: 7/93 | Eagles Processing, Pine Mtn, Georgia | 706-628-4851 | Office Manager | Darry Bridges |
| Reason for Leaving: went to work in family bus | | | Starting Pay: 8.00/hr | End Pay: 14.00/hr |
| From: To: | | | | |
| Reason for Leaving: | | | Starting Pay: | End Pay: |
| From: To: | | | | |
| Reason for Leaving: | | | Starting Pay: | End Pay: |

6/2/00

*Jameson Hospitality, LLC*

## EMPLOYMENT DESIRED
*Please print clearly*

Position Desired: **Management**
Wage or Salary Desired: **20,000.00 - 25,000.00**
Date Available to Start: **ASAP**

I am seeking the following employment:
☑ Full-Time (35 hrs or more per week)   ☐ Part-Time (less than 35 hrs per week)   ☐ Days   ☐ Evenings   ☐ Flexible

Days I can work:
☑ Weekdays   ☑ Weekends   ☑ Flexible   ☐ Other: ____
Preferred Schedule: (times) ____

Do you intend to work a second job?   ☐ YES   ☑ NO

If the answer is "YES," how many hours per week will be worked at second job? ____

## EDUCATION
*Please print clearly*

| School and Location | Graduated? | Degree | Major/Minor |
|---|---|---|---|
| High School or GED: (specify) Highest Grade Completed: 12 | ☐ YES  ☑ NO | | |
| Secondary School: (Name/Address) Troy State University | ☐ YES  ☐ NO | | Business Administration |
| Graduate School: (Name/Address) | ☐ YES  ☐ NO | | |
| Other Education: (specify) | ☐ YES  ☐ NO | | |

Other Skills, Training & Qualifications: typing, Computer, Keyboard, Accounting, Property Management Courses at Real Estate Course. Payroll Experience

## SPECIAL SKILLS
*Please print clearly*

☑ Personal Computer  [ ☑ PC   ☐ MAC ]   ☑ Internet Browser
☑ Word Processing                         ☑ Spreadsheeting
☑ Typing ( 55 wpm)                        ☐ Shorthand ( ____ wpm)

Software Used: Microsoft, elite, ADP, excel

Other Special Skills: ____

List Languages – other than English: (speak, read and/or write fluently)

## References
*Please print clearly*

Please list individuals who can attest to your professional abilities and/or work accomplishments

Name: William Stevens
Daytime phone: 256-825-9808
Address: 113 South Cardinal Heights, Dadeville
Relationship: Friend

Name: Houel McKinney
Daytime phone: 334-264-6814
Address: 3009 Highfield Dr. Montgomery, Al
Relationship: Friend

Name: Sare Cumpton
Daytime phone: 334-263-3016
Address: 3001 Jasmine Rd. Montgomery, Al
Relationship: Friend

### Statement of Understanding

I certify that the information contained in this application and attachments are true and correct to the best of my knowledge, and I understand that false or incorrect information in this application is grounds for disqualification from further consideration or for dismissal from employment should I be granted or awarded a position.

I understand that any employment is conditioned on a background check. I hereby authorize Jameson Hospitality, LLC to thoroughly investigate all statements contained in my application or resume, and I authorize my former employer(s), reference(s) and any other individual or organization to speak freely about my employment and/or to provide information solicited by Jameson Hospitality, LLC. I also understand that, in connection with the routine processing of this employment application, Jameson may request a third-party agency to conduct an investigative report as to my credit records, character, general reputation, personal characteristics, and mode of living. I also authorize, if I am offered and accept employment at Jameson Hospitality, LLC, the ongoing and subsequent investigation of my background and statements made by me in this application and during the course of my employment. I hereby release and discharge each of the above, including Jameson Hospitality, LLC, from any liability of any kind or nature with regard to its investigation of my background.

I understand and agree that nothing in this application, under no circumstances, represents any obligation by Jameson Hospitality, LLC to offer me employment of any type. I understand that as part of my employment application process, Jameson Hospitality, LLC may conduct a review of existing state and federal criminal records of certain crimes as specified by the law and a conviction may not be an automatic bar to employment. In the event of my appointment to a position with Jameson Hospitality, LLC I will fully comply with the policies and procedures governing my employment.

If I am offered employment, I agree to submit to a medical examination and a drug test, if required, before starting work. If employed, I also agree to submit to a medical examination or drug test at any time deemed appropriate by the Company and as permitted by law. I consent to such examinations and tests, and I request that the examining doctor disclose to the Company the results of the examination, which results shall remain confidential and segregated from my personnel file. I understand that my employment or continued employment, to the extent permitted by law, may be contingent upon satisfactory medical examinations and drug tests, and if I am hired a condition of my employment will be that I abide by the Company's Drug and Alcohol Policy.

I understand that filling out this form does not indicate there is a position open and does not obligate the Company to hire. If hired, I agree to abide by all Company work rules, policies and procedures. The Company retains the right to revise its policies or procedures, in whole or in part, at any time.

Signature of Applicant: *[signature]*   Date: 1-1-04

6/2/00                                   Jameson Hospitality, LLC

Slough v Jameson Inn   0132
Pltf Disc Docs

FAX TO: 973-461-4507

# Personnel Action Form
## Confidential Employee Transaction
## Jameson Hospitality, LLC

90 DAY REVIEW

*(this form must be completed for all employee transactions and provided/faxed to Human Resources and Payroll)*

## Basic Information
*(This section must be completed)*

- Employee Name: Robbie Patterson
- Inn Number/Name: 019 - Alexander City, AL
- Social Security Number:
- Department Code: 300
- Employee/File Number: 26732
- Effective Date of Transaction: 6-20-04
- Vereda Order Number:

## Requested Transaction
*(Please check all that apply)*

90 DAY Review

- [ ] New Hire
- [ ] Termination of Employment
- [x] Payroll Adjustment - Promotion
- [ ] ReHire
- [ ] Ethnic Group
- [ ] Leaves of Absence

### New Hire/Rehire
- Position Title:
- Hire Date:
- Re-Hire Date:
- Hourly Wage (non-exempt):
- Annual Salary (exempt):
- Car Allowance:
- Bonus Amount:
- Employment Status:
  - [ ] Full-time Regular (over 35 hours per week)
  - [ ] Part-time Regular (Less than 35 hours per week)
- Supervisor's Name:
- Employee Address:
- Home Phone Number:
- Date of Birth:
- US Citizen (I-9 must be attached): [ ] Yes [ ] No
- Tax Filing: *(tax forms must be sent as back up)*
- Marital Status: ___ Fed ___ State ___ Loc
- Extra Tax $ Taken Out: ___ Fed ___ State ___ Loc

### Ethnic Group *(for EEO purposes)*
- [ ] Black
- [ ] Hispanic
- [x] White
- [ ] Asian/Pacific Islander
- [ ] American Indian/Alaskan Native

### Payroll Adjustment
- Effective Date: 6-20-04
- New Hourly Rate (non exempt): 8.00
- New Annual Salary (exempt):
- Percent Increase:
- Dollar Amount Increase: 1.00
- Pay Change Reason: 90-DAY Review
  - [x] Promotion
  - [ ] Full-time to Part-time
  - [ ] Demotion
  - [ ] Part-time to Full-time
  - [x] Merit Increase
  - [ ] Other:
- Lump Sum Payment:
- Payment to be delivered on:
- Reason for Lump Sum:
  - [ ] Bonus
  - [ ] Spot Award (Recognition)
  - [ ] Severance Payment
  - [ ] Other:

### Termination of Employment
- Date of Termination (Last day worked):
- Would you Rehire: [ ] Yes [ ] No
- Unused PTO Balance: ___
- *(must have been employed at least 12 months)*
- Reason for Termination:
  - [ ] Voluntary
  - [ ] Involuntary *(please explain below)*

### Leaves of Absence
- [ ] Paid Leave: From: ___ To: ___
- [ ] Unpaid Leave: From: ___ To: ___
- Reason for Leave:
  - [ ] Medical Leave
  - [ ] Military Leave
  - [ ] FMLA
  - [ ] Personal Leave
  - [ ] STD/LTD
  - [ ] Bereavement Leave
  - [ ] Other
  - [ ] Jury Duty

*Note: proper documentation must be provided in order to be eligible for a leave of absence.*

Jameson-1423

X /s/ J. Marl Feb
Supervisor's Signature:    Date: 90 DAY Review

X
Human Resources Signature:    Date: Review Promotion

PLAINTIFF'S EXHIBIT
Ferner 26

FAX TO: 973-461-4507

# Personnel Action Form
## Confidential Employee Transaction
# Jameson Hospitality, LLC

*(this form must be completed for all employee transactions and provided/faxed to Human Resources and Payroll)*

## Basic Information
*(This section must be completed)*

| | |
|---|---|
| Employee Name: Bobbie Patterson | Inn Number/Name: 019 Alexander City, Al |
| Social Security Number: | Department Code: 0 |
| Employee/File Number: 26732 | Effective Date of Transaction: 9-26-04 |
| Vereda Order Number: | |

## Requested Transaction
*(Please check all that apply)*

- [ ] New Hire
- [ ] ReHire
- [ ] Termination of Employment
- [ ] Ethnic Group
- [x] Payroll Adjustment - Promotion
- [ ] Leaves of Absence

### New Hire/Rehire

Position Title:
Hire Date:            Re-Hire Date:
Hourly Wage (non-exempt):
Annual Salary (exempt):
Car Allowance:
Bonus Amount:
Employment Status:
- [ ] Full-time Regular (over 35 hours per week)
- [ ] Part-time Regular (Less than 35 hours per week)

Supervisor's Name:
Employee Address:
Home Phone Number:
Date of Birth:
US Citizen (I-9 must be attached):  [ ] Yes  [ ] No
Tax Filing: *(tax forms must be sent as back up)*
Marital Status ___ Fed ___ State ___ Loc ___
Extra Tax $ Taken Out: Fed ___ State ___ Loc ___

### Ethnic Group (for EEO purposes)
- [ ] Black
- [ ] Hispanic
- [x] White
- [ ] Asian/Pacific Islander
- [ ] American Indian/Alaskan Native

### Payroll Adjustment

Effective Date: 9-26-04
New Hourly Rate (non exempt): 8.25
New Annual Salary (exempt):
Percent Increase:
Dollar Amount Increase: .25

Pay Change Reason:
- [ ] Promotion
- [ ] Demotion
- [x] Merit Increase
- [ ] Full-time to Part-time
- [ ] Part-time to Full-time
- [ ] Other:

Lump Sum Payment:
Payment to be delivered on:
Reason for Lump Sum:
- [ ] Bonus
- [ ] Severance Payment
- [ ] Spot Award (Recognition)
- [ ] Other:

### Termination of Employment

Date of Termination (Last day worked):
Would you Rehire:  [ ] Yes  [ ] No
Unused PTO Balance: _____
*(must have been employed at least 12 months)*
Reason for Termination:
- [ ] Voluntary
- [ ] Involuntary *(please explain below)*

### Leaves of Absence
- [ ] Paid Leave:  From: ___ To: ___
- [ ] Unpaid Leave: From: ___ To: ___

Reason for Leave:
- [ ] Medical Leave
- [ ] FMLA
- [ ] STD/LTD
- [ ] Other
- [ ] Military Leave
- [ ] Personal Leave
- [ ] Bereavement Leave
- [ ] Jury Duty

*Note: proper documentation must be provided in order to be eligible for a leave of absence.*

X /s/ J Mark Feb    9-20-04
Supervisor's Signature:    Date

X _____
Human Resources Signature:    Date

Jameson-1424

# Personnel Action Form
## Confidential Employee Transaction
# Jameson Hospitality, LLC
*(this form must be completed for all employee transactions and provided/faxed to Human Resources and Payroll)*

## Basic Information
*(This section must be completed)*

| | | | |
|---|---|---|---|
| Employee Name: | Robbie Patterson | Inn Number/Name: | 019 - Alexander City, Al |
| Social Security Number: | | Department Code: | D |
| Employee/File Number: | 26732 | Effective Date of Transaction: | 1-16-05 |
| Vereda Order Number: | | | |

## Requested Transaction
*(Please check all that apply)*

- [ ] New Hire
- [ ] ReHire
- [ ] Termination of Employment
- [ ] Ethnic Group
- [x] Payroll Adjustment - Promotion
- [ ] Leaves of Absence

### New Hire/Rehire

Position Title:
Hire Date:                Re-Hire Date:
Hourly Wage (non-exempt):
Annual Salary (exempt):
Car Allowance:
Bonus Amount:
Employment Status:
- [ ] Full-time Regular (over 35 hours per week)
- [ ] Part-time Regular (Less than 35 hours per week)

Supervisor's Name:
Employee Address:
Home Phone Number:
Date of Birth:
US Citizen (I-9 must be attached): [ ] Yes [ ] No
Tax Filing: *(tax forms must be sent as back up)*
Marital Status: ___  Fed ___  State ___  Loc ___
Extra Tax $ Taken Out: Fed ___ State ___ Loc ___

### Ethnic Group *(for EEO purposes)*
- [ ] Black
- [ ] Hispanic
- [x] White
- [ ] Asian/Pacific Islander
- [ ] American Indian/Alaskan Native

### Payroll Adjustment
Effective Date: 1-16-05
New Hourly Rate (non exempt): 8.65
New Annual Salary (exempt):
Percent Increase:
Dollar Amount Increase: .40
Pay Change Reason:
- [ ] Promotion
- [ ] Demotion
- [x] Merit Increase
- [ ] Full-time to Part-time
- [ ] Part-time to Full-time
- [ ] Other:

Lump Sum Payment:
Payment to be delivered on:
Reason for Lump Sum:
- [ ] Bonus
- [ ] Severance Payment
- [ ] Spot Award (Recognition)
- [ ] Other:

### Termination of Employment
Date of Termination (Last day worked):
Would you Rehire: [ ] Yes [ ] No
Unused PTO Balance: _____
*(must have been employed at least 12 months)*
Reason for Termination:
- [ ] Voluntary
- [ ] Involuntary *(please explain below)*

### Leaves of Absence
- [ ] Paid Leave    From: ___  To: ___
- [ ] Unpaid Leave  From: ___  To: ___

Reason for Leave:
- [ ] Medical Leave
- [ ] FMLA
- [ ] STD/LTD
- [ ] Other
- [ ] Military Leave
- [ ] Personal Leave
- [ ] Bereavement Leave
- [ ] Jury Duty

*Note: proper documentation must be provided in order to be eligible for a leave of absence.*

X *(signed)*            1-14-05
Supervisor's Signature        Date

X _____
Human Resources Signature:        Date

Jameson-1427

# Personnel Action Form
Confidential Employee Transaction
## Jameson Hospitality, LLC
*(this form must be completed for all employee transactions and provided/faxed to Human Resources and Payroll)*

### Basic Information
*(this section must be completed)*

| | | | |
|---|---|---|---|
| Employee Name: | Robbie Patterson | Location Number/Name: | 019-Alexander City, Al |
| Social Security Number: | | Department Code: | A |
| Employee/File Number: | 26732 | Effective Date of Transaction: | 06/05/05 |
| Vereda Number: | 2005052000001920 | | |

### Requested Transaction
*(Please check all that apply)*

- [ ] New Hire
- [✓] Termination of Employment
- [X] Payroll Adjustment - Promotion
- [ ] ReHire
- [ ] Ethnic Group
- [ ] Leaves of Absence

### New Hire/Rehire

| | |
|---|---|
| Position Title: | AGM |
| Hire Date: | 06/05/05 |
| Re-Hire Date: | |
| Hourly Wage (non-exempt): | |
| Annual Salary (exempt): | $21,000.00 |
| Car Allowance: | |
| Bonus Amount: | |

Employment Status:
- [ ] Full-time Regular (over 35 hours per week)
- [ ] Part-time Regular (Less than 35 hours per week)

| | |
|---|---|
| Supervisor's Name: | J. Mark Fetner |
| Employee Address: | 32 Waverly Lane |
| | Jackson's Gap  AL  36861 |
| Home Phone Number: | 256-825-7542 |
| Date of Birth: | March 6, 1975 |

US Citizen (I-9 must be attached): [✓] Yes  [ ] No

Tax Filing: *(tax forms must be sent as back up)*
Marital Status  S  Fed  0  State  0  Loc
Extra Tax $ Taken Out:  Fed ___  State ___  Loc ___

### Ethnic Group (for EEO purposes)
- [ ] Black
- [ ] Hispanic
- [✓] White
- [ ] Asian/Pacific Islander
- [ ] American Indian/Alaskan Native

### Payroll Adjustment

| | |
|---|---|
| Effective Date: | 06/05/05 |
| New Hourly Rate (non exempt): | |
| New Annual Salary (exempt): | $21,000.00 |
| Percent Increase: | |
| Dollar Amount Increase | |

Pay Change Reason:
- [✓] Promotion
- [ ] Demotion
- [ ] Merit Increase
- [ ] Full-time to Part-time
- [ ] Part-time to Full-time
- [ ] Other:

Lump Sum Payment:
Payment to be delivered on:
Reason for Lump Sum:
- [ ] Bonus
- [ ] Severance Payment
- [ ] Spot Award (Recognition)
- [ ] Other:

### Termination

Date of Termination (Last day worked): ___
Would you Rehire:  [ ] Yes  [ ] No
Unused PTO Balance: ___
*(must have been employed at least 12 months)*

Reason for Termination:
- [ ] Voluntary
- [ ] Involuntary *(please explain below)*

### Leaves of Absence

- [ ] Paid Leave:  From: ___  To: ___
- [ ] Unpaid Leave:  From: ___  To: ___

Reason for Leave:
- [ ] Medical Leave
- [ ] FMLA
- [ ] STD/LTD
- [ ] Other
- [ ] Military Leave
- [ ] Personal Leave
- [ ] Bereavement Leave
- [ ] Jury Duty

*Note: proper documentation must be provided in order to be eligible for a leave of absence.*

X ___  5-Jun-05     X ___
Supervisor's Signature:   Date    Human Resources Signature:   Date

X Promoting to AGM Position

# Personnel Action Form
### Confidential Employee Transaction
## Jameson Hospitality, LLC

(this form must be completed for all employee transactions and provided/faxed to Human Resources and Payroll)

### Basic Information
(this section must be completed)

| | | | |
|---|---|---|---|
| Employee Name: | Robbie Patterson | Inn Number/Name: | 019-Alexander City, AL |
| Social Security Number: | | Department Code: | GM |
| Employee/File Number: | 26732 | Effective Date of Transaction: | 10/02/05 |
| Vereda Number: | | | |

### Requested Transaction
(Please check all that apply)

| | | |
|---|---|---|
| ☐ New Hire | ☐ Termination of Employment | ☑ Payroll Adjustment - Promotion |
| ☐ ReHire | ☐ Ethnic Group | ☐ Leaves of Absence |

### New Hire/Rehire

Position Title:
Hire Date:                Re-Hire Date:
Hourly Wage (non-exempt):
Annual Salary (exempt):
Car Allowance:
Bonus Amount:
Employment Status:
☐ Full-time Regular (over 35 hours per week)
☐ Part-time Regular (Less than 35 hours per week)
Supervisor's Name:
Employee Address:
Home Phone Number:
Date of Birth:
US Citizen (I-9 must be attached): ☐ Yes   ☐ No
Tax Filing: (tax forms must be sent as back up)
Marital Status _____ Fed _____ State _____ Loc
Extra Tax $ Taken Out: Fed _____ State _____ Loc

### Ethnic Group (for EEO purposes)

☐ Black   ☐ Hispanic   ☑ White
☐ Asian/Pacific Islander   ☐ American Indian/Alaskan Native

### Payroll Adjustment

| | |
|---|---|
| Effective Date: | 10/02/05 |
| New Hourly Rate (non exempt): | |
| New Annual Salary (exempt): | $28,000.00 |
| Percent Increase: | |
| Dollar Amount Increase | |

Pay Change Reason:
☑ Promotion          ☐ Full-time to Part-time
☐ Demotion           ☐ Part-time to Full-time
☐ Merit Increase     ☐ Other:

Lump Sum Payment:
Payment to be delivered on:
Reason for Lump Sum:
☐ Bonus              ☐ Spot Award (Recognition)
☐ Severance Payment  ☐ Other:

### Termination

Date of Termination (Last day worked):
Would you Rehire:   ☐ Yes   ☐ No
Unused PTO Balance: _____
(must have been employed at least 12 months)
Reason for Termination:
☐ Voluntary
☐ Involuntary (please explain below)

### Leave of Absence

☐ Paid Leave:   From: _____ To: _____
☐ Unpaid Leave: From: _____ To: _____
Reason for Leave:
☐ Medical Leave       ☐ Military Leave
☐ FMLA                ☐ Personal Leave
☐ STD/LTD             ☐ Bereavement Leave
☐ Other               ☐ Jury Duty

Note: proper documentation must be provided in order to be eligible for a leave of absence.

---

x   Charles Woods
Supervisor's Signature:                        Date

x
Human Resources Signature:                     Date

Jameson-1407

*Clarify Tax Status*

# Personnel Action Form
## Confidential Employee Transaction
## Jameson Hospitality, LLC
*(this form must be completed for all employee transactions and provided/faxed to Human Resources and Payroll)*

### Basic Information
*(This section must be completed)*

| | | | |
|---|---|---|---|
| Employee Name: | Robbie D. Patterson | Inn Number/Name: | 019/Alexander City, AL |
| Social Security Number: | | Department Code: | g |
| Employee/File Number: | 26732 | Effective Date of Transaction: | 10/13/05 |
| Vereda Number: | | | |

### Requested Transaction
*(Please check all that apply)*

- [ ] New Hire
- [ ] ReHire
- [ ] Termination of Employment
- [ ] Ethnic Group
- [x] Payroll Adjustment - Promotion
- [ ] Leaves of Absence

### New Hire/Rehire

Position Title:
Hire Date:               Re-Hire Date:
Hourly Wage (non-exempt):
Annual Salary (exempt):
Car Allowance:
Bonus Amount:
Employment Status:
- [ ] Full-time Regular (over 35 hours per week)
- [ ] Part-time Regular (Less than 35 hours per week)

Supervisor's Name:
Employee Address:
Home Phone Number:
Date of Birth:
US Citizen (I-9 must be attached):  [ ] Yes  [ ] No
Tax Filing: *(tax forms must be sent as back up)*
Marital Status   S   Fed  1  State  1  Loc
Extra Tax $ Taken Out:   Fed ___ State ___ Loc ___

### Ethnic Group *(for EEO purposes)*
- [ ] Black  [ ] Hispanic  [ ] White
- [ ] Asian/Pacific Islander  [ ] American Indian/Alaskan Native

### Payroll Adjustment
Effective Date:
New Hourly Rate (non exempt):
New Annual Salary (exempt):
Percent Increase:
Dollar Amount Increase:
Pay Change Reason:
- [ ] Promotion
- [ ] Demotion
- [ ] Merit Increase
- [ ] Full-time to Part-time
- [ ] Part-time to Full-time
- [ ] Other:

Lump Sum Payment:
Payment to be delivered on:
Reason for Lump Sum:
- [ ] Bonus
- [ ] Severance Payment
- [ ] Spot Award (Recognition)
- [ ] Other:

### Termination of Employment
Date of Termination (Last day worked):
Would you Rehire:  [ ] Yes  [ ] No
Unused PTO Balance:
*(must have been employed at least 12 months)*
Reason for Termination:
- [ ] Voluntary
- [ ] Involuntary *(please explain below)*

### Leaves of Absence
- [ ] Paid Leave:  From: ___  To: ___
- [ ] Unpaid Leave:  From: ___  To: ___

Reason for Leave:
- [ ] Medical Leave  [ ] Military Leave
- [ ] FMLA  [ ] Personal Leave
- [ ] STD/LTD  [ ] Bereavement Leave
- [ ] Other  [ ] Jury Duty

*Note: proper documentation must be provided in order to be eligible for a leave of absence.*

---

X  **Robbie D. Patterson**                              X
Supervisor's Signature:              Date          Human Resources Signature:              Date

Jameson-1406