5

# FREEDOM COURT REPORTING

Page 1

```
1       IN THE UNITED STATES DISTRICT COURT
2         FOR THE MIDDLE DISTRICT OF ALABAMA
3                   EASTERN DIVISION
4
5   BELINDA STOUGH,              )
6           Plaintiff,           )           COPY
7   vs.                          )    CASE NUMBER:
8   JAMESON INN, a company       )    3:05-CV-421-W
9   owned or operated by         )
10  Kitchin Hospitality, LLC,    )
11          Defendant.           )
12
13          DEPOSITION OF ROBBIE PATTERSON
14              In accordance with Rule 5(d) of
15  The Alabama Rules of Civil Procedure, as
16  Amended, effective May 15, 1988, I, Cindy
17  Weldon, am hereby delivering to Jon
18  Goldfarb, the original transcript of the
19  oral testimony taken on the 9th day of May,
20  2006, along with exhibits.
21              Please be advised that this is the
22  same and not retained by the Court Reporter,
23  nor filed with the Court.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 2

```
       IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                   EASTERN DIVISION


BELINDA STOUGH,              )
     Plaintiff,              )
vs.                          )   CASE NUMBER:
                             )   3:05-CV-421-W
JAMESON INN, a company       )
owned or operated by         )
Kitchin Hospitality, LLC,    )
     Defendant.              )


             S T I P U L A T I O N
             IT IS STIPULATED AND AGREED, by
and between the parties through their
respective counsel, that the deposition of
ROBBIE PATTERSON, may be taken before Cindy
Weldon, Certified Shorthand Reporter,
Commissioner and Notary Public, at the
offices of Angela Hill, 139 S. Broadnax
Street, Dadeville, Alabama, on May the 9th,
2006 at 4:00 p.m.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 16

```
 1   it's spelled.
 2        Q.   Was he the one who replaced Greg
 3   Winey?
 4        A.   Yes, sir, I believe so.
 5        Q.   Did you demand any particular
 6   salary when you were made assistant general
 7   manager?
 8        A.   No, sir.  I knew what the salary
 9   requirements were or what it would pay.
10        Q.   What was it?
11        A.   Twenty-one.
12        Q.   For assistant GM?
13        A.   Yes, sir.  Twenty-one thousand.
14        Q.   And GM, what was the salary?
15        A.   Charles started me at thirty
16   thousand.
17        Q.   And what's your salary now?
18   You're a GM.
19        A.   I'm still making thirty.
20        Q.   When did you become GM?
21        A.   October 3rd of 2005.
22        Q.   Were you any -- Between assistant
23   general manager and general manager, did you
```