6

## Declaration of Belinda Stough

My name is Belinda Stough. I declare under penalty of perjury that the following is true and correct.

1. During my employment my direct supervisor, Charles Woods, made comments to me concerning his attitude about women in the work force. Mr. Woods made these remarks to me on numerous occasions during my entire employment with the defendant, including late December 2003, which was less than two months before I was fired. Below are some of the comments he made to me, often when he had some false criticism to say to me such as when he performed a Quality Assurance investigation of my property:

   a. In late 2003, Mr. Woods told me that "sometimes women get overemotional and that we tend to overreact." This comment was made in late 2003.

   b. Also in late 2003, Mr. Woods said to me "some women can't handle the work. They need to stay home and be mothers."

   c. Several times in 2003, Mr. Woods told me that "women can't handle the work place as well as a man and they should be at home

and not in the work force. " He went on to say "They can't handle it, don't do it."

2.  Nobody ever told me I was the Interim General Manager. I always understood I was the acting General Manger and then I was promoted to General Manager after a six (6) month period of time. I have never heard of the term Interim General Manager in relation to my employment with the defendant. Around July or August 2001, I understood that I was the General Manager, because that is when my salary increased to $21,000 a year.

3.  Nobody ever told me I was an Assistant General Manager. I was an Acting General Manager for a six (6) month probationary period before becoming a General Manager around July or August 2001 and my salary increased to $21,000 a year.

4.  Nobody ever told me that I had been promoted from Assistant General Manager to General Manager in March 2002, because I never knew I had held the Assistant General Manager job title. As far as I understood I had

been a full General Manager since August 2001.

5.  Had I known that I was secretly moved from Interim General Manager to General Manager, as Mr. Woods stated in his deposition or from Assistant General Manager to General Manager as the paperwork that I have only recently seen after the production in discovery of this case, I would have requested a raise that was due with that promotion. However, I never knew that my job code or job title had changed since the time I was told I was the General Manager, which was July or August 2001.

6.  On December 29, 2003, I requested to be off work on 1/16, 1/19 -1/22 and 1/27, 1/28, 2/2, and 2/3 because my son was getting married and my husband was on leave from Iraq.

7.  On the 14th or 15th of February 2004, I learned that the Assistant General Manager who was supposed to be reporting to me, Mark Fetner, was making the same salary that I was making. I was a General Manager and he was the Assistant General Manager. I telephoned my boss, Charles Woods,

3

and told him that I was being sexually discriminated against because of my pay. I told Mr. Woods that I was being discriminated against in pay because I am a female and my male Assistant General Manager was making the same salary that I was making.

8. Upon learning that they were paying my male Assistant General Manager the same salary I was making, I wanted to meet with Mr. Woods and find out whether other General Managers made the same as their Assistant General Managers and ask him additional questions about my pay. However, when I tried to talk to Mr. Woods, he said to me "I don't have time to talk about it right now." I had no idea what other General Managers made, and what I was supposed to be paid as a General Manager of a 60 room property.

9. When I worked for the defendant, I worked 60 to 70 hours a week. When I worked there with Mr. Fetner, he worked less hours than I worked.

4

10. During my entire employment I never received an annual performance review from a supervisor, such as Mr. Woods.

11. When I was a general manager I constantly asked Charles Woods if I could have an Assistant General Manager and even suggested several people for that position. He never allowed me to hire an Assistant General Manager and refused to interview anybody I suggested. I could not understand why Mr. Woods would not allow me to have an Assistant General Manager. Sixty room properties are budgeted to have Assistant General Managers.

12. I never told Mark Fetner I did not want to work and that I just wanted to be at home. I did not leave work and go home every day at 12:00 o'clock, including the time that Robbie Patterson worked there in the summer of 2003, and I did not go home to take naps.

13. I was never given any position codes during my employment, and I never saw any payroll records indicating my position codes or their meaning.

14. I had asked District Manager Woods for a maintenance person, but Mr. Woods refused to allow me to hire one.

15. On December 29, 2003, I spoke to Mr. Woods about being off work because of my husband being on leave from Iraq and my son's wedding. After I put in that request, on that same day, December 29, 2003, Charles Woods wrote me up.

16. I disagreed with Mr. Woods' Quality Assurance evaluations and write-ups, because they were not true. I told Mr. Woods his Quality Assurance evaluations were not true and his write-ups were not true; however, Mr. Woods would not listen to me. Rather, he would only make remarks about how women get overemotional and tend to overreact and about how some women cannot handle the work place as well as a man and should be at home and not in the work force.

I declare under penalty of perjury the above six pages are true and correct to the best of my knowledge.

_Belinda Stough_    6/18/06
Belinda Stough       Date