7

## Declaration of Sue Gabbard

My name is Sue Gabbard. My date of birth is 1/31/43. I declare under penalty of perjury that the following is true and correct.

1. I worked for Jameson Inn in housekeeping at the Alexander City location from around June 2002 until around April 2004. I was the Housekeeping Supervisor and Laundry attendant. When I worked there the property was clean and well kept.

2. After Belinda Stough was fired, Mark Fetner received a lot of help from Charles Woods, James Goodman or Betty Sutton. One or more of them was at the hotel several times a week helping Mr. Fetner run the hotel. Despite all the help given to Mr. Fetner, he did not keep the property as well as Ms. Stough.

3. I never heard Ms. Stough complain about her job to Mr. Fetner, and never head her tell Mr. Fetner that she wanted to be at home.

4. Ms. Stough was always at work except when she had to be off for a legitimate reason.

5. When I worked there, I heard a company Vice President, Charles Woods, state that "I think women just need to stay home and take care of their families." This was in the beginning of 2004 when Ms. Stough was out on vacation.

6. One time Mr. Woods saw me and another female employee on a ladder working on a down-spout in early 2004. Mr. Woods asked what we were doing, and I said it had be fixed because a man had backed his boat into it. He then said that it is a man's job to fix that. I told him we did not have a man, so we had to do it ourselves.

I declare under penalty of perjury the above page is true and correct to the best of my knowledge.

_Sue Gabbard_ (signature)
Sue Gabbard

6/18/06
Date