8

## DECLARATION OF REGINA NEW

My name is Regina New. My date of birth is 2/18/60. I declare under penalty of perjury the following is true and correct.

1. I worked at Jameson Inn on several occasions in housekeeping, the last time ending in 2004. When I worked there for Belinda Stough the property was clean.

2. Around 2003 or early 2004, Mr. Woods was talking about his wife staying home and taking care of his household. He said that is where women should be – at home.

3. Because Ms. Stough was not entitled to hire a maintenance person, I had to do maintenance along with mostly Sue Gabbard and Linda Peppers. One time in early 2004, Mr. Woods saw me on a ladder changing a light bulb outside and Mr. Woods told me that I did not need to be on that ladder because I was a woman. Mr. Woods said Belinda Stough needed to get a man to do electrical things, because women did not need to be doing such work.

4. When I worked at Jameson I also worked at the BP station just down the hill from the hotel. When Ms. Stough was out on vacation in early January 2004, Mark Fetner came into the BP store. I had not seen him before that day. He was wearing a Jameson Inn name tag. It said Mark Fetner, General Manager. I asked him if he was taking Ms. Stough's place at the hotel and told him that I worked there. He looked flustered, said no he was just going to be up there helping and he left. The next day the Eufala General Manager, Betty Sutton, was walking around the property with Mr. Fetner. I heard Ms. Sutton ask Mr. Fetner how are you going to like running this property. Ms. Sutton further told Mr. Fetner that this, the Alexander City property, was one of the cleanest properties that Jameson had.

1

I declare under penalty of perjury the above page is true and correct to the best of my knowledge.

_Regina New_         _6-18-06_
Regina New                        Date

2