9

## Declaration of Faye Bennett

My name is Faye Bennett. My date of birth is 8/28/49. I live at 1208 8th Avenue Selma AL 36703. I declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I worked at Jameson from 1998 until I resigned around October 2000. My jobs were desk clerk, night auditor, assistant manager, and then a traveling interim General Manager.

2. On numerous occasions I heard Charles Woods making derogatory comments about women working. For example in 2000, I heard him say that "Women don't have any damn business working anyway. They need to be home with the kids. A man's place is to be working because it is a man's world."

3. When I was at the Auburn store location just before I resigned I told the Regional Manager Sharon Register, that I could not work with Charles Woods. I told her that Charles Woods did not like women. I told her that Charles said women did not need to be working, they needed to be home with the kids because it was a man's world. After that I spoke to somebody named Rose in Human Resources and I told her about these same comments that Charles had made to me about women working. Rose was evasive about it and did not want to talk about it. And, after I talked to Rose, I told Director of Operations, Greg Winey, about these same comments. Winey changed the subject and did not want to talk about my complaints concerning Charles Woods.

I declare under penalty of perjury that the above page is true and correct to the best of my knowledge.

_Faye W. Bennett_  
Faye Bennett

_June 20, 2006_  
Date