12

Case 3:05-cv-00421-SRW   Document 43-16   Filed 06/23/2006   Page 1 of 7

## ORGANIZATION CHART
## REGION 1



**Hal Smith**
Regional Manager
Brunswick, GA
(912) 258-8000 Cell
(912) 267-0800 Office
(973) 461-4610 Fax

**Paul Komanecky**
District Manager
Valdosta, GA
(912) 288-1063 Cell

**Cindi Williams**
Regional Sales Manager
(912) 536-6548 Cell

**Rick Rinear**
District Manager
Ormond Beach, FL
(904) 451-7281 Cell
(904) 672-3675 office
(904) 672-3675 fax

| Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|
| Douglas, GA — GM - Linda Long | Brunswick, GA — GM - Janice Cook | Orangeburg, SC — GM - Howard Roe | Jacksonville, FL — GM - Natalie Larson |
| Fitzgerald, GA — GM - Lisa Horne | Dublin, GA — GM - Becky Sawyer | Savannah/Pooler, GA — GM - Rebecca Warner | Lake City, FL — GM - Mike Valliere |
| Jesup, GA — GM - Joe Barrett | Georgetown, SC — GM - Sandy Staten | Statesboro, GA — Trvl GM - Pat Shaw | Lakeland, FL — GM - Sarita Dooley |
| Valdosta, GA — GM - Paul Komanecky | Kingsland, GA — GM - | Thomasville, GA — GM - Jason Teague | Ormond Beach, FL — GM - Rick Rinear |
| Waycross, GA — GM - Jill Grady | Eufaula, AL — GM - Betty Sutton | Waynesboro, GA — GM - Renee Shaw | Palm Bay, FL — GM - Lynn Jones |
| | Albany, GA — GM - Mildred Whisenant | Bainbridge, GA — GM - Lori Dotson | Crestview, FL — GM - Leeann Mitchell |
| | Ozark, AL — GM - Charles Woods | Eastman, GA — Trvl Manager - Pat Shaw | |
| | | Alex City, AL — GM - Belinda Stump | |

Changes Effective Week of 6/18/01.
Add:
* Crestview    * Albany
* Eufaula      * Ozark
* Bainbridge   * Alex City

Total Hotels    26

Effective 11/15/01

## ORGANIZATION CHART

### REGION 1



**Hal Smith** — Regional Manager, Brunswick, GA
(770) 329-0261 Cell
(912) 267-0800 Office
(973) 461-4610 Fax

**Joel Harrison** — Regional Maintenance

**Paul Komanecky** — District Manager, Valdosta, GA — (912) 288-1063 Cell
- Douglas, GA — GM - Linda Long
- Fitzgerald, GA — GM - Lisa Horne
- Waycross, GA — GM - Jill Grady
- Greenville, AL — GM - Sam Ellis
- Valdosta, GA — GM - Paul Komanecky, HM - Adrian Jones
- Alex City, AL — Int. GM - Belinda Stump
- Eufaula, AL — GM - Betty Sutton
- Ozark, AL — GM - Charles Woods

(center column under Hal Smith)
- Brunswick, GA — GM - Janice Cook
- Bainbridge, GA — GM - Lori Dotson
- Albany, GA — GM - Mildred Whisenant
- Kinglsand, GA — GM - Danielle Pleasanton
- Savannah/Pooler, GA — GM - Ruel Bodisord
- Thomasville, GA — GM - Open
- Eastman, GA — GM - Cindi Williams
- Lafayette, LA — GM - David Chellam — Jesup, GA — GM - Joe Barrell
- Shreveport, LA — Matt Roberts — Pooler, GA (BW) — GM - Rebecca Warner

**Lynn Jones** — District Manager, Jackson, MS
- Pearl, MS — GM - Lynn Jones
- Jackson, MS — GM - Open
- Meridian, MS — GM - John Demary
- Vicksburg, MS — GM - Open

**Rick Rinear** — District Manager, Ormond Beach, FL
(904) 451-7281 Cell
(904) 672-3675 office
(904) 672-3675 fax
- Jacksonville, FL — GM - Natalie Larson, AGM - David Harrington
- Lake City, FL — GM - Mike Valliere
- Lakeland, FL — GM - Sarita Dooley
- Ormond Beach, FL — GM - Rick Rinear
- Palm Bay, FL — GM - Cherie Schneider
- Crestview, FL — GM - Lee Ann Mitchell

Total Hotels          29
TOTAL JI HOTELS    28

Effective 3/26/03

## ORGANIZATIONAL CHART

### REGION 1

```
                          TBA
                   Regional Manager
                          (1)
          ┌───────────────┼───────────────┐
   Paul Komanecky    Charles Woods     Beth Harry
   District Manager  District Manager  District Manager
   Valdosta, GA      Ozark, AL         Ormond Beach, FL
   (770) 330-1614    (770) 331-8213    (770) 329-9837
        (2)              (3)              (4)
```

**Paul Komanecky – Valdosta, GA (2):**
- Douglas, GA — GM - Linda Long
- Fitzgerald, GA — David Harrington - helping out
- Waycross, GA — GM - Jill Grady
- Bainbridge, GA — GM - Lori Padgett-Dotson
- Valdosta, GA — GM - Paul Komanecky
- Albany, GA — TBA
- Kingsland, GA — GM - Patricia Ferris
- Jesup, GA — GM - Jo Barrett
- Thomasville, GA — GM - Kurtis Reynolds
- Eastman, GA — GM - David Harrington
- Brunswick, GA — GM - Janice Cook

**Charles Woods – Ozark, AL (3):**
- Greenville, AL — GM - Sam Ellis
- Alex City, AL — Int. GM - Belinda Slough
- Ozark, AL — GM - Charles Woods
- Eufaula, AL — GM - Betty Sulton

**Beth Harry – Ormond Beach, FL (4):**
- Jacksonville, FL — GM - Mohamed El Hoss
- Lake City, FL — Int GM - Pam Holmes
- Lakeland, FL — GM - Mike Valliere
- Ormond Beach, FL — GM - Beth Harry
- Palm Bay, FL — GM - Alberto Carrillo
- Crestview, FL — GM - LeeAnn Mitchell

Total Owned Hotels In Region    21
**TOTAL JI OWNED HOTELS**       95

Effective 04/03/03

# ORGANIZATIONAL CHART

## REGION 1



**TBA** — Regional Manager (1)

**Paul Komanecky** — District Manager, Valdosta, GA — (770) 330-1614 cell (2)
- Douglas, GA — GM - Linda Long
- Fitzgerald, GA — David Harrington - helping out
- Waycross, GA — GM - Jill Grady
- Bainbridge, GA — GM - Lori Padgett-Dotson
- Valdosta, GA — GM - Paul Komanecky
- Albany, GA — TBA
- Kingsland, GA — GM - Patricia Ferris
- Jesup, GA — GM - Jo Barrett
- Thomasville, GA — GM - Kurtis Reynolds
- Eastman, GA — GM - David Harrington
- Brunswick, GA — GM - Janice Cook

**Charles Woods** — District Manager, Ozark, AL — (770) 331-8213 cell (3)
- Greenville, AL — GM - Sam Ellis
- Alex City, AL — GM - Belinda Stough
- Ozark, AL — GM - Charles Woods
- Eufaula, AL — GM - Betty Sutton

**Beth Harry** — District Manager, Ormond Beach, FL — (770) 329-9837 cell (4)
- Jacksonville, FL — GM - Mohamed El Hoss
- Lake City, FL — Int GM - Pam Holmes
- Lakeland, FL — GM - Mike Valliere
- Ormond Beach, FL — GM - Royce Wood
- Palm Bay, FL — GM - Alberto Carrillo
- Crestview, FL — GM - LeeAnn Mitchell

Total Owned Hotels in Region    21
**TOTAL JI OWNED HOTELS**    95

# ORGANIZATION CHART
## REGION 1



**TBA** — Regional Manager

**Paul Komanecky** — District Manager — (770) 330-1614 cell — (973) 461-4570 fax
- Albany, GA — GM-Rubye Ann White; AGM-Beth Beisel; FDM-
- Bainbridge, GA — GM-Leslie Bernier; AGM-; FDM-Brandy Kennedy
- Brunswick, GA — GM-Patti Ferris; AGM-; FDM-
- Douglas, GA — GM-Linda Long; AGM-; FDM-
- Fitzgerald, GA — GM-TBA; AGM-; FDM-
- Jesup, GA — GM-Jo Barrett; AGM-Filton Johnson; FDM-
- Kingsland, GA — GM-TBA; AGM-; FDM-
- Thomasville, GA — GM-Kurtis Reynolds; AGM-; FDM-
- Valdosta, GA — GM-TBA; AGM-Tyrone O'Steen; FDM-
- Waycross, GA — GM-Joe (Steven) DeLoach; AGM-; FDM-

**Charles Woods** — District Manager — (770) 331-8213 cell — (973) 461-4623 fax
- Alexander City, AL — GM-Belinda Stough; AGM-James Fetner; FDM-
- Auburn, AL — GM-Jim Goodman; AGM-; FDM-
- Eufaula, AL — GM-Betty Sutton; AGM-; FDM-
- Greenville, AL — GM-Sam Ellis; AGM-; FDM-
- Ozark, AL — DM-Charles Woods; AGM-; FDM-
- Prattville, AL — GM-Tracy Brown; AGM-; FDM-

**Lynn Jones** — District Manager — (321) 720-0176 cell — (973) 461-4620 fax
- Crestview, FL — GM-LeeAnn Mitchell; AGM-Teresa Davis; FDM-
- Jacksonville, FL — GM-Tara Posey; AGM-; FDM-Aileen Goggins
- Lake City, FL — GM-Stephen Sharpe; AGM-; FDM-
- Lakeland, FL — GM-Mike Valliere; AGM-; FDM-Shane Spivey
- Ormond Beach, FL — DM-Lynn Jones; AGM-Royce Wood; FDM-
- Palm Bay, FL — GM-Raul Lezcano; AGM-; FDM-

| | |
|---|---|
| Total Owned Hotels in Region | 22 |
| JI Owned Hotels | 95 |
| SI Owned Hotels | 24 |
| Mngd Hotels | 2 |
| Licensed Hotels | 8 |
| Total Mngd Hotels | 9 |
| Total Owned Hotels | 119 |

12/30/03



ORGANIZATION CHART
REGION 1

**TBA Regional Manager**

- Paul Komanecky, District Manager, (770) 330-1614 cell, (973) 461-4570 fax
  - Albany, GA — GM-Rubye Ann White, AGM-Beth Beisel, FDM-
  - Bainbridge, GA — GM-Leslie Bernier, AGM-, FDM-Brandy Kennedy
  - Brunswick, GA — GM-Patti Ferris, AGM-, FDM-
  - Douglas, GA — GM-Linda Long, AGM-, FDM-
  - Fitzgerald, GA — GM-TBA, AGM-, FDM-
  - Jesup, GA — GM-TBA, AGM-Filton Johnson, FDM-
  - Kingsland, GA — GM-TBA, AGM-, FDM-
  - Thomasville, GA — GM-Kurtis Reynolds, AGM-, FDM-
  - Valdosta, GA — GM-Tyrone O'Steen, AGM-, FDM-
  - Waycross, GA — GM-Joe (Steven) DeLoach, AGM-, FDM-

- Charles Woods, District Manager, (770) 331-8213 cell, (973) 461-4597 fax
  - Alexander City, AL — GM-Belinda Stough, AGM-James Fetner, FDM-
  - Auburn, AL — GM-Jim Goodman, AGM-, FDM-
  - Eufaula, AL — GM-Betty Sutton, AGM-, FDM-
  - Greenville, AL — GM-Sam Ellis, AGM-, FDM-
  - Ozark, AL — DM-Charles Woods, AGM-, FDM-
  - Prattville, AL — GM-Tracy Brown, AGM-, FDM-

- Lynn Roy, District Manager, (321) 720-0176 cell, (973) 461-4620 fax
  - Crestview, FL — GM-LeeAnn Mitchell, AGM-Teresa Davis, FDM-
  - Jacksonville, FL — GM-Tara Posey, AGM-, FDM-Aileen Goggins
  - Lake City, FL — GM-Stephen Sharpe, AGM-, FDM-Judith Decoff
  - Lakeland, FL — GM-TBA, AGM-Jeanetta Everitt, FDM-
  - Ormond Beach, FL — DM-Lynn Jones, AGM-, FDM-Mercedes Castellanos
  - Palm Bay, FL — GM-Raul Lezcano, AGM-, FDM-Erin Hyde

| | |
|---|---|
| Total Owned Hotels in Region | 22 |
| JI Owned Hotels | 94 |
| SI Owned Hotels | 24 |
| Mngd Hotels | 2 |
| Licensed Hotels | 8 |
| Total Mngd Hotels | 9 |
| Total Owned Hotels | 119 |

02/17/04