13

Kitchin Hospitality, LLC Division Listing

0002 - Calhoun
0004 - Eastman
0007 - Jesup
0009 - Thomaston
0010 - Americus
0011 - Selma
0013 - Waycross
0014 - Anderson
0015 - Fitzgerald
0016 - Carrollton
0017 - Bainbridge
0018 - Albertville
0019 - Alexander City
0020 - Valdosta
0021 - Brunswick
0022 - Ozark
0023 - Easley
0024 - Albany
0025 - Lancaster
0026 - Douglas
0027 - Cheraw
0028 - Greenwood
0029 - Gaffney
0030 - Arab
0031 - Orangeburg
0032 - Waynesboro
0033 - Eufaula
0034 - Florence
0035 - Decatur
0036 - Lagrange
0038 - Conyers
0039 - Greenville
0040 - Seneca
0042 - Georgetown
0045 - Forest City
0046 - Laurinburg
0047 - Decherd
0048 - Oxford
0049 - Tullahoma
0050 - Auburn
0051 - Dublin
0052 - Sanford
0053 - Tuscaloosa
0054 - Sylacauga
0056 - Warner Robins
0058 - Jasper
0060 - Wilson
0061 - Johnson City
0063 - Dunn
0064 - Perry

0065 - Smithfield
0066 - Duncan
0067 - Lenoir
0068 - Trussville
0069 - Kingsland
0070 - Eden
0071 - Cleveland
0072 - Roanoke Rapids
0073 - Greenville
0075 - Dalton
0076 - Scottsboro
0077 - Tupelo
0078 - Hickory
0079 - Prattville
0080 - Thomasville
0081 - Bessemer
0082 - Vicksburg
0083 - Gallatin
0084 - Meridian
0086 - Rome
0087 - Oakridge
0088 - Lake City
0089 - Grenada
0090 - Ormond Beach
0091 - Greeneville
0092 - Jacksonville
0093 - Crestview
0094 - Pearl
0095 - Jackson
0096 - Pooler
0097 - Lakeland
0098 - Jackson
0099 - Palm Bay
0100 - Goldsboro
0101 - Kingsport
0102 - Columbia
0103 - Martinsville
0104 - Newnan
0105 - Henderson
0106 - Harrisonburg
0107 - Alcoa
0108 - Wilmington
0109 - Lafayette
0110 - Richmond
0111 - Shreveport
0112 - West Monroe
2001 - Indy Northwest
2002 - Fort Wayne
2003 - Indy Castleton
2004 - Lafayette
2005 - Muncie
2006 - Indy South

2008 - Indy East
2009 - Indy West
2011 - Kokomo Best Western
2012 - Evansville
2013 - Terre Haute
2014 - Elkhart
2015 - Turfway
2016 - Dayton
2017 - Cincy North
2018 - South Bend
2019 - Louisville South
2020 - Normal
2021 - Peoria Best Western
2022 - Bettendorf
2023 - Knoxville
2025 - Louisville E - BW
2026 - Carmel
2027 - Springfield
2028 - Columbus
5002 - Hiram
5004 - Winder