14

# 2005 QUALITY ASSURANCE

thomaston, GA QA

**HOTEL NAME:** Thomaston, GA

| | 1st PERIOD: | 2nd PERIOD: | 3rd PERIOD: |
|---|---|---|---|
| | 4/18/2005 | 8/15/2005 | 9/30/2005 |
| GM Name: | Barbara Rhodes | Barbara Rhodes | Barbara Rhodes |
| Assessor Name: | Gary Houle | Gary Houle | Gary Houle |

## OVERALL GRADE

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| OUTSTANDING: | | | |
| ABOVE AVERAGE: | | | |
| AVERAGE: | | | |
| NEEDS IMPROVEMENT: | TRUE | TRUE | TRUE |
| FAILING: | | | |

## NUMBER OF GRADED AREAS

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| Guest Services: | 1 | 1 | 1 |
| Breakfast Quality: | 0 | 0 | 1 |
| Sales & Marketing: | 0 | 0 | 0 |
| Hskp/Laun Proc.: | 4 | 3 | 3 |
| Building Exterior: | 1 | 1 | 1 |
| Building Interior: | 2 | 1 | 1 |
| Back of the House: | 3 | 2 | 0 |
| Pool Area: | 0 | 1 | 0 |
| Fitness Area: | 17 | 13 | 13 |
| Guest Rooms Sleeping: | 12 | 8 | 8 |
| Guestroom Bathroom: | | | |
| **TOTAL** | **40** | **30** | **28** |

## MAJOR GRADED AREAS

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| Uniform Deficiency: | | | |
| Service Initiative: | | | |
| Breakfast Min. Standard: | | | |
| Carpet Cleanliness: | | | |
| Wall Cleanliness: | | | |
| Bedspread Cleanliness: | | | |
| Bath Tub Cleanliness: | GRADED | GRADED | GRADED |
| Landscaping: | | | |
| Bldg. Siding Cleanliness: | DROP-1 | | |
| Bldg. Structure: | | GRADED | GRADED |
| Room Failures: | 1 | 2 | 3 |

## COMMENTS

**1st PERIOD**
Barbara-thank you for taking the time to walk the property with me today. Welcome aboard. They property looks a lot better than the last time I was here but still have some work to go. If you follow the WIP you will be able to bring the property to a level you would be pleased with. If you have any questions please give me a call

**2nd PERIOD**
Barbara-thank you for taking the time to walk the property with me today. The property looks even better since my last visit. Repair and replace is making up 51% of this assessment. If you follow the enclosed WIP this will guide you to reach that level you are looking for. If you have any questions please give me a call.

**3rd PERIOD**
Barbara- Thank you for taking the time to walk the property with me today. You and your staff have worked very hard. It is nice to see improvement once again. Housekeeping needs to pay attention to detail in the rooms. If you follow the enclosed WIP this will guide you to keep moving in the upwards direction. If you have any questions please give me a call.

C=CLEANLINESS;   D=DUST or DEBRIS;   R=REPAIR or REPLACE;   S=STANDARDS

waynesboro, GA QA

# 2005 QUALITY ASSURANCE

**HOTEL NAME:** Waynesboro, GA

| | 1st PERIOD: | 2nd PERIOD: | 3rd PERIOD: |
|---|---|---|---|
| | 1/24/2005 | 8/19/2005 | 12/5/2005 |
| GM Name: | Pat Shaw | Pat Shaw | Pat Shaw |
| Assessor Name: | Pam Freemon | Gary Houle | Gary Houle |

## OVERALL GRADE

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| OUTSTANDING: | | | |
| ABOVE AVERAGE: | | | |
| AVERAGE: | | | |
| NEEDS IMPROVEMENT: | | | |
| FAILING: | TRUE | TRUE | TRUE |

## NUMBER OF GRADED AREAS

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| Guest Services: | 0 | 0 | 1 |
| Breakfast Quality: | 0 | 0 | 1 |
| Sales & Marketing: | 1 | 0 | 0 |
| Hskp/Laun Proc.: | 0 | 0 | 0 |
| Building Exterior: | 4 | 2 | 8 |
| Building Interior: | 4 | 3 | 2 |
| Back of the House: | 2 | 2 | 3 |
| Pool Area: | 2 | 2 | 1 |
| Fitness Area: | 1 | 1 | 1 |
| Guest Rooms Sleeping: | 27 | 23 | 11 |
| Guestroom Bathroom: | 19 | 12 | 7 |
| **TOTAL** | **60** | **45** | **35** |

## MAJOR GRADED AREAS

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| Uniform Deficiency (Fall): | | | GRADED |
| Service Initiative (Fall): | | | |
| Breakfast Min. Standard: | | | GRADED |
| Carpet Cleanliness: | DROP 1 | GRADED | GRADED |
| Wall Cleanliness: | DROP 1 | | GRADED |
| Bedspread Cleanliness: | | | GRADED |
| Bath Tub Cleanliness: | | | GRADED |
| Landscaping: | DROP 1 | | GRADED |
| Bldg. Siding/Structure: | DROP 1 | GRADED | GRADED |
| Room Failures: | | | GRADED |
| | **4** | **2** | **7** |

## COMMENTS

**1st PERIOD**
Pat - Thank you for taking the time to walk with me today. There are several major areas that need attention. All rooms need deep cleaning. Follow the attached detailed WIP and this will guide you in the right direction.

**2nd PERIOD**
Pat- thank you for taking the time to walk the property with me today. You have some issues at the property that need some attention. Housekeeping needs to focus on paying attention to detail in the rooms. If you follow the enclosed WIP this will help point you in the right direction. If you have any questions please give me a call.

**3rd PERIOD**
Pat- I hope you get feeling better. Property still needs some attention. There was some improvement since our last visit. Rooms still need deep cleaning. Exterior of the property needs some attention. If you follow the enclosed WIP this will guide you in that direction. If you have any questions please give me a call.

C=CLEANLINESS; D=DUST or DEBRIS;   R=REPAIR or REPLACE; S=STANDARDS

1 of 13

# PRODUCT EVALUATION

HOTEL: Selma  
GM: Bill Plummer  
DATE: 6/8/04  
ASSESSOR: Charles Woods  

| Grading Criteria | Grade |
|---|---|
| OUTSTANDING: | FALSE |
| ABOVE AVERAGE: | FALSE |
| AVERAGE: | FALSE |
| NEEDS IMPROVEMENT: | FALSE |
| FAILURE: | TRUE |

**Subjective Ranking (via committee only)**

| Service | Graded Areas |
|---|---|
| Guest Services | 1 |
| Breakfast Quality | 0 |
| Sales | 1 |
| Housekeeping Procedures | 1 |
| TOTAL: | 3 |

| Major Service Violations | |
|---|---|
| n/a | Uniform Deficiency - Automatic FAIL |
| n/a | Service Initiative Deficiency - Automatic Fail |
| n/a | Continental Breakfast was graded on 1 or more items. |

| Physical Plant | Graded Areas |
|---|---|
| Building Exterior | 0 |
| Building Interior | 0 |
| Back of the House Areas | 1 |
| Pool Area | 2 |
| Fitness Area | 0 |
| GR Sleeping Area | 16 |
| GR Bath and Vanity | 11 |
| TOTAL: | 30 |

| Major Physical Plant Violations | |
|---|---|
| drop 2 levels | Graded in Carpets/Walls/Spread/ or Tubs   1   1 |
| n/a | Landscaping Graded |
| n/a | Building Siding Cleanliness Graded |
| drop 1 level | Room Failures |

| Administrative and Internal Audit Spot Check | Score |
|---|---|
| Graded Areas | 0 |
| Urgent Deficiencies | 0 |

**Major Internal Audit Violations**

**Overall Summary**

There is a marked improvement in this property inside and out over my past visits here. Trying to bring the entire facility up to standards is a monumental task, however progress is being made and it shows. Box springs and mattresses and corporate maintenance is scheduled for the property the week of June 21. Painters need to return and complete partially finished areas in rooms(patched but not painted). The corporate maintenance scheduled for June 21 will go a long way in helping get the property to an improved level. More attention to room detail from GM and staff is also needed.The properties score will improve dramatically if these things can be done.

prattville, AL QA

# 2005 QUALITY ASSURANCE

**HOTEL NAME:** Prattville, AL

| | 1st PERIOD: | 2nd PERIOD: | 3rd PERIOD: |
|---|---|---|---|
| | 2/24/2005 | 8/3/2005 | 10/19/2005 |
| GM Name: | Bill Plummer | Bill Plummer | Bill Plummer |
| Assessor Name: | Gary Houle | Gary Houle | Pam Freemon |

## OVERALL GRADE

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| OUTSTANDING: | | | |
| ABOVE AVERAGE: | | | |
| AVERAGE: | | | TRUE |
| NEEDS IMPROVEMENT: | | TRUE | |
| FAILING: | TRUE | | |

## NUMBER OF GRADED AREAS

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| Guest Services: | 1 | 1 | 0 |
| Breakfast Quality: | 0 | 0 | 0 |
| Sales & Marketing: | 0 | 0 | 0 |
| Hskp/Laun Proc.: | 0 | 0 | 0 |
| Building Exterior: | 1 | 1 | 0 |
| Building Interior: | 1 | 1 | 0 |
| Back of the House: | 1 | 0 | 0 |
| Pool Area: | 2 | 2 | 1 |
| Fitness Area: | 0 | 0 | 0 |
| Guest Rooms Sleeping: | 9 | 12 | 12 |
| Guestroom Bathroom: | 7 | 10 | 6 |
| **TOTAL** | **23** | **27** | **19** |

## MAJOR GRADED AREAS

| | 1st Period | 2nd Period | 3rd Period |
|---|---|---|---|
| Uniform Deficiency (Fall): | | | |
| Service Initiative (Fall): | | | |
| Breakfast Min. Standard: | | | |
| Carpet Cleanliness: | | | |
| Wall Cleanliness: | | | |
| Bedspread Cleanliness: | | | |
| Bath Tub Cleanliness: | | GRADED | GRADED |
| Landscaping: | | | |
| Bldg. Siding Cleanliness: | DROP 1 | | |
| Bldg. Structure: | DROP 1 | | |
| Room Failures: | 2 | 1 | 2 |

## COMMENTS

**1st PERIOD**
Bill- thank you for taking the time walking the property, as you can see you have allot of issues but it seems like Josh and yourself have a plan to bring the property up to a very high level.

**2nd PERIOD**
Bill- thank you for taking the time to walk the property with me today. As you can see 50% of the QA was repair issues. Standards was 31%. If you follow the enclosed WIP this will guide you in reaching the next level. If you have any questions please give me a call.

**3rd PERIOD**
Bill - it was great to see you and thanks for walking the property with me. Paying attention to the details in the rooms, including standards, would increase your score. Follow the WIP and this will help you correct the deficiencies. Call me if you have any questions.

C=CLEANLINESS; D=DUST or DEBRIS;   R=REPAIR or REPLACE; S=STANDARDS

1 of 13