15

# Personnel Change Report

**Company:** JAMESON HOSPITALITY  
**Company Code:** GUS  
**Batch:** 2073  
**Period Ending:** 07/21/2001  
**Pay Date:** 07/27/2001  
**Week:** 30  
**Page:** 462

## OTHER CHANGES

| File | Name | Department | Clock | Soc Sec | Data Was | Data Is | Difference | Pct | Description |
|---|---|---|---|---|---|---|---|---|---|
| 117479 | FRANKLIN,HEIDI M | 039110 | | | 05/13/2001 | 05/13/2001 | | | DATE 2 |
| 117479 | FRANKLIN,HEIDI M | 039110 | | | 11/16/1977 | 11/16/1977 | | | DATE 3 |
| 117479 | FRANKLIN,HEIDI M | 039110 | | | 02/27/2000 | 02/27/2000 | | | DATE 4 |
| 152787 | FITZPATRICK,JAMIE S | 026110 | | | "NONE" | 07/23/2001 | | | DATE 5 |
| 152787 | FITZPATRICK,JAMIE S | 026110 | | | 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 | 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 | | | SOCIAL SECURITY NO |
| 152787 | FITZPATRICK,JAMIE S | 026110 | | | 026100 | 026110 | | | DEPT NUMBER |
| 152787 | FITZPATRICK,JAMIE S | 026110 | | | "NONE" | 1 | | | RACIAL/ETHNIC CODES |
| 152787 | FITZPATRICK,JAMIE S | 026110 | | | 01/19/2000 | 01/19/2000 | | | DATE 3 |
| 152812 | NIEMIER,CHRISTOPHER | 814110 | | | 814110 | 814110 | | | DATE 4 |
| 152995 | COOK,JANICE L | 040100 | | | 050000 | 050000 | | | DEPT NUMBER |
| 153210 | FRANKLIN,FELIPE J | 027200 | | | "NONE" | 06/11/2001 | | | CALC PERCENT DED 81 |
| 153210 | FRANKLIN,FELIPE J | 027200 | | | 05/29/1976 | 05/29/1976 | | | DATE 2 |
| 153315 | EVANS,ALBERTA A | 023200 | | | 03/13/2000 | 03/13/2000 | | | DATE 3 |
| 153315 | EVANS,ALBERTA A | 023200 | | | "NONE" | 05/21/2001 | | | DATE 4 |
| 153315 | EVANS,ALBERTA A | 023200 | | | 06/07/1977 | 06/07/1977 | | | DATE 2 |
| 153496 | MILLER,TIA M | 104110 | | | 03/14/2000 | 03/14/2000 | | | DATE 3 |
| 153791 | WILLIAMS,TONIA M | 823250 | | | 3.53 | 3.62 | | | PERM DED |
| 153860 | MUSE,CADAR HOGI | 810300 | | | 3.90 | 4.00 | | | PERM DED 10 |
| 153860 | MUSE,CADAR HOGI | 810300 | | | "NONE" | 07/22/2001 | | | DATE 2 |
| 153867 | FULLER,CHRIS | 814210 | | | 08/05/1958 | 08/05/1958 | | | DATE 3 |
| 153867 | FULLER,CHRIS | 814210 | | | 122.00 | 81.00 | | | PERM DED 77 |
| 154073 | HERROD,LARRY | 090120 | | | 78.01 | 95.55 | | | CONTROLLED HOURS 2 |
| 154110 | SCHEY,REBECCA | 810200 | | | 050100 | 090120 | | | DEPT NUMBER |
| 154118 | SCHEY,REBECCA | 810200 | | | "NONE" | 07/22/2001 | | | DATE 2 |
| 154129 | STOUGH,BELINDA | 048120 | | | 10/18/1980 | 10/18/1980 | | | DATE 3 |
| 154131 | POPOCA,VERONICA | 825300 | | | 048200 | 048120 | | | DEPT NUMBER |
| 154194 | MORROW,SHAWN A | 094200 | | | "NONE" | APT. B | | | ADDRESS LINE 3 |
| 154287 | SYDNOR,STACEY | 810300 | | | 49.69 | 74.90 | | | CONTROLLED HOURS 2 |
| 154287 | SYDNOR,STACEY | 810300 | | | 08/16/1975 | 08/16/1975 | | | DATE 2 |
| 154471 | OWENS,MICAELA | 825220 | | | APT. 805 | "NONE" | | | ADDRESS LINE 3 |
| 154493 | PIERSON,DAVID L | 820200 | | | "NONE" | 100000 | | | DATE 2 |
| 154541 | SULLIVAN,BRINDA H | 077100 | | | "NONE" | 06/25/2001 | | | CALC PERCENT DED 81 |
| 154785 | SAMPSON,AMANDA | 610200 | | | 03/30/1946 | 03/30/1946 | | | DATE 3 |
| 154785 | SAMPSON,AMANDA | 810200 | | | "NONE" | 07/22/2001 | | | DATE 2 |
| 154795 | GANS,DIANE | 814120 | | | 02/14/1978 | 02/14/1978 | | | DATE 3 |
| 164956 | MIRACLE,TAMMY | 810300 | | | "NONE" | 07/22/2001 | | | DEPT NUMBER |
| | | | | | 814300 | 814120 | | | DATE 2 |

CHG