16

Case 3:05-cv-00421-SRW     Document 43-20     Filed 06/23/2006     Page 1 of 2

G – General Manager
D – Front Desk
H – Housekeeper
L – *

048100 – 048 is a code for Alex City and 100 is a code for general manager
048200 – 048 is a code for Alex City and 200 is a code for front desk
048120 – 048 is a code for Alex City and 120 is a code for assistant general manager
048300 – 048 is a code for Alex City and 300 is a code for housekeeper

*I am not sure what this code represents.

Thank you,

Myung C. An
Legal Assistant
for: Steven A. Curlee
Jameson Inns, Inc.
T 770) 776 5277
e-Fax 973) 995 4769
man@jamesoninns.com

NOTICE: This e-mail message and all attachments transmitted with it may contain priviledged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately.

6/13/2006