IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BELINDA STOUGH, | : |
|    Plaintiff, | : |
| v. | :   CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : |
|    Defendant. | : |

## EXHIBITS TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| TAB | EXHIBIT |
|---|---|
| 1 | Cited Excerpts and Exhibit from the Deposition of Belinda Stough |
| 2 | Cited Excerpts from the Deposition of Charles Woods |
| 3 | Cited Excerpts from the Deposition of Greg Winey |
| 4 | Cited Excerpts from the Deposition of Robbie Patterson |
| 5 | Forrester v. Rauland-Borg Corp., __ F.3d __, 2006 WL 1767760 (7th Cir. June 29, 2006) |
| 6 | Drago v. Jenne, __ F.3d __, 2006 WL 1737358 (11th Cir. June 27, 2006) |