FREEDOM COURT REPORTING

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION


BELINDA STOUGH,            )

      Plaintiff,      )

vs.                        )  CASE NUMBER:

JAMESON INN, a company     )  3:05-CV-421-W

owned or operated by       )

Kitchin Hospitality, LLC,  )

      Defendant.      )


DEPOSITION OF CHARLES WOODS

In accordance with Rule 5(d) of The Alabama Rules of Civil Procedure, as Amended, effective May 15, 1988, I, Cindy Weldon, am hereby delivering to Jon Goldfarb, the original transcript of the oral testimony taken on the 9th day of May, 2006, along with exhibits.

Please be advised that this is the same and not retained by the Court Reporter, nor filed with the Court.

FREEDOM COURT REPORTING

Page 82

1    A. She did leave the company and went
2 somewhere else, took other another job.
3 That's possible, yes.
4    Q. Anybody else that Belinda wanted
5 to make assistant manager that you did not
6 think was suitable?
7    A. Not that I recall.
8    Q. Do you have any records that would
9 show how often you had to visit the location
10 where Belinda worked in Alex City?
11    A. No.
12    Q. See, the employee roster I've got
13 is from January of '03 to January of '06. I
14 don't think she'd be on there. You don't
15 see that?
16    A. I do not.
17    Q. I've got something else. This is
18 Exhibit 1 to Mr. Winey's deposition.
19    A. There it is.
20    Q. Crystal Foster?
21    A. There you go.
22    Q. That's her name?
23    A. Yes.

Page 83

1    Q. All right. It looks like Foster
2 left, according to these records, in May of
3 2002. Does that sound about right? I mean,
4 if the records show that, you don't have any
5 reason to say otherwise?
6    A. No.
7    Q. Do you know why she left?
8    A. No, sir.
9    Q. Was it Linda Peppers or Teresa
10 Peppers that Linda recommended?
11    A. I believe it would be Linda
12 Peppers.
13    Q. Who's Teresa Peppers? What was
14 her job; do you know?
15    A. Desk clerk.
16    Q. Was she related to Linda?
17    A. I'm not certain.
18    Q. Did you know that Belinda's mother
19 worked there?
20    A. I did.
21    Q. What was her name?
22    A. Sue.
23    Q. Yes, Sue.

Page 84

1    A. Yes.
2    Q. You knew that was Belinda's
3 mother?
4    A. I want to say I found out after
5 the fact on that.
6    Q. After she was already working
7 there?
8    A. Yes.
9    Q. But anyway, while she was -- while
10 Belinda and her mother were working there,
11 you knew that her mother was working there
12 with Belinda?
13    A. I do.
14    Q. Did you tell Belinda that her
15 mother -- she couldn't work with her mother
16 or anything like that, couldn't have her
17 mother working for her?
18    A. I don't recall telling her that,
19 no.
20    Q. Did you have any problems with the
21 way Belinda's mother did her job?
22    A. Yes, I would have to say I did.
23    Q. Did you meet with Belinda's mother

Page 85

1 yourself and talk to her?
2    A. No.
3    Q. Did you ever meet with the staff
4 that worked for Belinda and discuss with
5 them issues of the hotel?
6    A. I'm sure there were occasions.
7 I'm trying to think. We would cover areas
8 that needed to be improved on. I don't
9 recall those specifically.
10    Q. Do you know when that happened and
11 what Belinda's job title was during that
12 time period?
13    A. Not really. I don't know whether
14 it was the interim position or otherwise.
15    Q. When Ms. Stough was the interim
16 general manager, did you let her know that
17 she was the interim general manager as
18 opposed to the general manager?
19    A. I think she probably knew that.
20    Q. Why do you say that?
21    A. Because there would be days when I
22 wouldn't be there that she would have to
23 answer questions and handle problems and

22 (Pages 82 to 85)

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

b34dd262-4388-4890-aab2-04783d8427f1

FREEDOM COURT REPORTING

Page 98

1  A. No, sir.
2  Q. And Ms. Ellis was replaced by who?
3  A. Josh Smith, the current GM.
4  Q. Was he the person who replaced
5  her?
6  A. Yes.
7  Q. When was -- When did you hire
8  Josh?
9  A. Josh was hired in -- just recently
10 I think to start this year I believe. The
11 end of '05, first of '06.
12 Q. Right. She left at the end of '05
13 basically?
14 A. Okay. Let's just say late '05,
15 December of '05, January of '06.
16 Q. What salary did you start Josh at?
17 A. I'm not sure.
18 Q. Okay. Josh is still there today?
19 A. He is.
20 Q. Did he have some hotel management
21 background?
22 A. He had pretty extensive apartment
23 management background similar to mine.

Page 99

1  Q. Do you decide what salary to start
2  your GM's at?
3  A. I make a recommendation based on
4  how I feel about the employee after
5  interviews and background and things of that
6  sort, yes.
7  Q. And you decide to raise their
8  salaries if you want to raise their
9  salaries?
10 A. It would probably be extenuating
11 circumstances for that kind of thing.
12 Typically that's -- typically -- and it's
13 been interrupted over time. But the company
14 will evaluate or do an evaluation
15 periodically for that. They look at a lot
16 of things.
17 Q. Do you have authority to give
18 somebody a raise?
19 A. I've got authority to recommend
20 somebody.
21 Q. Okay.
22 A. To get a raise.
23 Q. Have you done that in the past?

Page 100

1  A. Yes.
2  Q. To who?
3  A. I'm not sure exactly.
4  Q. Did you recommend James Goodman
5  getting a raise?
6  A. Yes, I have.
7  Q. Okay. So how do you go about
8  recommending somebody get a raise? If they
9  are currently a GM, what do you do?
10 A. Generally refer it to the VP of
11 operations or whoever is in charge and make
12 a case for it.
13 Q. Okay. Alex City, we know that
14 you've had -- Bill Plummer was the GM and
15 then Deborah Schwier took over as running
16 the place. Did she ever hold the GM title;
17 do you know?
18 A. I don't think she did.
19 Q. Okay. Then Deborah -- not
20 Deborah. Then Belinda was interim GM and
21 then she became GM; right?
22 A. Right.
23 Q. Then Belinda left and then -- I'm

Page 101

1  just -- then Mark Fetner took over?
2  A. He did.
3  Q. He became the GM; right?
4  A. He did after a period of time.
5  Q. After about a month or so, he
6  became GM?
7  A. More like three, I think.
8  Q. Well, Belinda left on February
9  18th and in April or so, Mark became the GM
10 somewhere in there; right?
11 A. Yes.
12 Q. Whatever the records show; right?
13 A. Right.
14 Q. And then Mark Fetner left and
15 Robbie Patterson became the GM?
16 A. Correct.
17 Q. Did you hire Mark Fetner for the
18 GM job?
19 A. I recommended that he be hired,
20 yes.
21 Q. When you originally hired Mark
22 Fetner, did you intend to put him in an GM
23 job in Alex City?

26 (Pages 98 to 101)

367 VALLEY AVENUE
(205) 397-2397   BIRMINGHAM, ALABAMA   1-877-373-3660

b34dd262-4386-4890-aab2-04783d8427f1

Page 182

1    A.  Williams, Sandy Williams.
2    Q.  What year were you divorced?
3    A.  Officially somewhere around '76, I
4  believe.
5    Q.  Any other marriages?
6    A.  No.
7    Q.  And you were married again what
8  year?
9    A.  December of '80.
10   Q.  Where does your ex-wife live?
11   A.  Birmingham.
12   Q.  And you have a son I've heard who
13 is in Birmingham?
14   A.  Right.
15   Q.  You had mentioned earlier the
16 organizational charts. Are organizational
17 charts still put out by the company?
18   A.  They are.
19   Q.  How often do you receive those?
20   A.  I would say once a quarter on
21 average.
22   Q.  And you've been receiving them
23 since you've been with the company?

Page 183

1    A.  Yes. Maybe not as consistently
2  back in these days that they do today.
3    Q.  Because I had asked y'all for
4  organizational charts in the discovery
5  request. And you gathered them and sent
6  them to your counsel. You didn't see the
7  discovery request?
8    A.  I think we sent all --
9       MR. KESSLER: You know, if they
10 have organizational charts, I'll get them
11 for you.
12   A.  I think it's something that's a --
13 it's an e-mail document that comes out.
14   Q.  Well, you have -- Do you know what
15 the company's record retention policy is?
16   A.  I do not.
17   Q.  Do you know what that is? Have
18 you ever heard of that?
19   A.  Yes.
20   Q.  The organizational charts lists
21 the divisions or the regions and they say
22 who the regional manager is and the division
23 -- the DM under that regional manager is as

Page 184

1  well as the hotel general managers; right?
2    A.  Right.
3    Q.  Does it also list assistant
4  managers if there are assistant managers?
5    A.  It does.
6    Q.  And that's for all the properties?
7    A.  Yes.
8    Q.  When you noticed that
9  organizational chart that prompted you to
10 change Ms. Stough from an interim to a
11 general manager, that was -- did you say
12 that was in the third quarter of 2002 or
13 somewhere around in there?
14   A.  Somewhere around in there.
15   Q.  It could have been the second
16 quarter or first quarter? I was just
17 wondering how you know the third quarter of
18 2002.
19   A.  During that time period, I noticed
20 the interim by her name.
21   Q.  I'm just trying to get at -- Is
22 there anything that we can look at that
23 would lead you to say, yes, it was on this

Page 185

1  date in 2002 that I did it?
2    A.  No, sir.
3    Q.  Did you -- How did you go about
4  changing the job title to just promoted to
5  the GM? How did you do that?
6    A.  Well, again, in my eyes, my
7  objective was simply to remove the interim.
8    Q.  Right. How did you do that?
9    A.  I would have requested either in a
10 phone conversation with somebody at
11 corporate, Greg probably or likely, and
12 gotten permission and then called the --
13 Phillis who was the assistant.
14      She was assistant at the time.
15 Kitchen today. But I guess I would have
16 called her and told her to make the change.
17   Q.  You didn't -- None of this is in
18 writing anywhere, no written memos to them?
19   A.  Not necessarily, no, sir.
20   Q.  Have you ever viewed Ms. Stough's
21 salary and decided -- made a decision
22 whether you should increase her pay or not?
23   A.  Well, at that time -- at that

47 (Pages 182 to 165)