Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF ALABAMA
 3                    EASTERN DIVISION
 4
 5   BELINDA STOUGH,           )
 6        Plaintiff,           )
 7   vs.                       )   CASE NUMBER:
 8   JAMESON INN, a company    )   3:05-CV-421-W
 9   owned or operated by      )
10   Kitchin Hospitality, LLC, )
11        Defendant.           )
12
13         DEPOSITION OF ROBBIE PATTERSON
14            In accordance with Rule 5(d) of
15   The Alabama Rules of Civil Procedure, as
16   Amended, effective May 15, 1988, I, Cindy
17   Weldon, am hereby delivering to Jon
18   Goldfarb, the original transcript of the
19   oral testimony taken on the 9th day of May,
20   2006, along with exhibits.
21            Please be advised that this is the
22   same and not retained by the Court Reporter,
23   nor filed with the Court.
```

Page 18

1  A. Probably fifty percent.
2  Q. Has that been running about fifty
3  since you've been there?
4  A. Between fifty and sixty I'd say.
5  Q. Have you had any -- booked fishing
6  tournaments and things like that?
7  A. Yes, sir.
8  Q. Do you have an assistant manager?
9  A. No, sir, I do not.
10 Q. Have you decided whether you want
11 one or not?
12 A. I do have a space for one, yes,
13 sir. And we have interviewed, but nobody
14 has been hired.
15 Q. Do you intend to hire one?
16 A. Yes, sir.
17 Q. You've been interviewing?
18 A. I don't make that decision. That
19 decision is made by, you know, Charles and
20 myself.
21 Q. Okay. You can't decide to hire a
22 --
23 A. No, sir. I mean, that's not my

Page 19

1  decision. I can interview people and set
2  them up to meet Charles. But I can't make
3  the decision to hire an assistant.
4  Q. Have you interviewed anybody and
5  passed on to Charles and told him this is
6  somebody you want?
7  A. Only one.
8  Q. Who is that?
9  A. My front desk supervisor named
10 Angela.
11 Q. And Charles said no?
12 A. Yes, he did.
13 Q. Did he say why?
14 A. That she was just too green I
15 think was the word. She had possibilities,
16 but that she was too green.
17 Q. What's Angela's last name?
18 A. Golden. But I think she just got
19 married. Her last name is McKinney now,
20 M-C-K-I-N-N-E-Y.
21 Q. How long has she been there?
22 A. Two years, I think.
23 Q. Did you agree that she was too

Page 20

1  green?
2  A. I agreed, yes.
3  Q. Okay. Did he say why she was too
4  green?
5  A. That she just didn't have the
6  experience to handle the responsibility.
7  Q. How old is she approximately?
8  A. Oh, gosh. I believe somewhere in
9  the mid thirties, thirty-five maybe. I
10 don't know the specific range.
11 Q. Did you have the opportunity to
12 work with Ms. Stough other than that short
13 period of time we've talked about?
14 A. We did work together a short
15 period of time at the Holiday Inn Express as
16 co-workers, yes.
17 Q. Did anything happen -- problems
18 with Ms. Stough then?
19 A. Me personally?
20 Q. Yes.
21 A. She and I, no, sir.
22 Q. Do you know why she left the
23 Holiday Inn?

Page 21

1  A. I have no idea.
2  Q. Do you know anything -- Have you
3  talked to anybody about this case other than
4  the attorney?
5  A. No, sir.
6  Q. Do you know anything about Ms.
7  Stough's job performance as a --
8  A. Other than what I have observed.
9  Q. What did you observe?
10 A. Just that she was never at work.
11 And when she did, she went home everyday at
12 twelve o'clock. She just was like never at
13 the property, you know, from my own personal
14 view of what was going on.
15 Q. When was that?
16 A. While I worked with her.
17 Q. In the summer of 2003?
18 A. Yes, sir. The three or four
19 months that I worked for her.
20 Q. So she was not there the whole
21 time you were there?
22 A. Well, I mean, she would come in.
23 But she would come in about 10:00 in the