IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BELINDA STOUGH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : |
| Defendant. | : |

RECEIVED 2006 JUL 10 A 10: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REQUEST OF ANN HALE-SMITH TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), the undersigned attorney, licensed to practice law in the state of Georgia and a member in good standing of the bar of the United States District Court for the Northern District of Georgia, requests to appear *pro hac vice* in this matter on behalf of Defendant Jameson Inns. A Certificate of Good Standing and a proposed order are attached hereto, and the requisite fee of $20.00 has been paid to the Clerk of the Court.

Wherefore the undersigned respectfully prays that her request be granted.

This the seventh day of July, 2006.

Respectfully submitted,

/s/ Ann Hale-Smith

Ann Hale-Smith
Georgia Bar No. 317450
IRVIN, STANFORD & KESSLER, LLP

-1-

3060 Peachtree Road, N.W., Suite 1050
Atlanta, Georgia 30305
404-237-1020 (office)
404-237-1047 (facsimile)
ahalesmith@isklaw.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on July 7, 2006, I served copies of the foregoing REQUEST OF ANN HALE-SMITH TO APPEAR PRO HAC VICE upon the following counsel of record by depositing them in the United States Mail, first-class postage prepaid, and addressed to:

Jon C. Goldfarb, Esq.
Maury S. Weiner, Esq.
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Angela J. Hill, Esq.
Law Office of Angela J. Hill
139 South Broadnax Street
Dadeville, Alabama 36853-1701

*/s/ Ann Hale-Smith*
Ann Hale-Smith



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**       }
                                   } ss.
**NORTHERN DISTRICT OF GEORGIA**   }

    I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **ANN B. HALE-SMITH, State Bar No. 317450,** was duly admitted to practice in said Court on October 17, 1980, and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 6th day of July, 2006.

                                   LUTHER D. THOMAS
                                   CLERK OF COURT

                      By: _____
                                 Luis Perez
                                 Deputy Clerk

