IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : | |
| Defendant. | : | |

## ORDER

The request of Ann Hale-Smith to appear *pro hac vice* having been considered, and for good cause shown, it is hereby ordered that said request is granted and Ann Hale-Smith is admitted to appear *pro hac vice* on behalf of Defendant Jameson Inns.

So ordered this the _____ day of July, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE