IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv421-SRW |
| JAMESON INNS, | ) ) ) |
| Defendant. | ) |

### **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for July 18, 2006 be and hereby is rescheduled to July 31, 2006 at 2:30 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further ORDERED that all other deadlines shall remain in effect.

Done, this 11th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE