IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

BELINDA STOUGH,

    Plaintiff,

v.

JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC,

    Defendant.

CASE NO. 3:05cv421-W

RECEIVED
2006 JUL 10 A 10: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## REQUEST OF ANN HALE-SMITH TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), the undersigned attorney, licensed to practice law in the state of Georgia and a member in good standing of the bar of the United States District Court for the Northern District of Georgia, requests to appear *pro hac vice* in this matter on behalf of Defendant Jameson Inns. A Certificate of Good Standing and a proposed order are attached hereto, and the requisite fee of $20.00 has been paid to the Clerk of the Court.

Wherefore the undersigned respectfully prays that her request be granted.

This the seventh day of July, 2006.

Respectfully submitted,

*Ann Hale-Smith*
Ann Hale-Smith
Georgia Bar No. 317450
IRVIN, STANFORD & KESSLER, LLP

**MOTION GRANTED**
THIS _11th_ DAY OF _July_, 20__
_____
UNITED STATES MAGISTRATE JUDGE

-1-