IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV421-SRW |
| | ) | |
| JAMESON INNS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For good cause, it is

ORDERED that the parties are DIRECTED to file a proposed pretrial order on or before **July 26, 2006.** The section of the order setting forth plaintiff's claims must include, as to each of plaintiff's claims, an identification of the comparator(s) upon whom she relies in support of each claim and the period of time for which plaintiff contends she is entitled to damages.

DONE, this 17th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE