```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF ALABAMA
                  EASTERN DIVISION
```

BELINDA STOUGH,                          :
                                         :
    Plaintiff,                           :
                                         :
v.                                       :    CASE NO. 3:05cv421-W
                                         :
JAMESON INNS, a company                  :
owned or operated by                     :
KITCHIN HOSPITALITY, LLC,                :
                                         :
    Defendant.                           :
_____

### JOINT MOTION TO EXTEND PRETRIAL CONFERENCE, VACATE RELATED DEADLINES AND CONTINUE TRIAL FROM THE AUGUST 7, 2006 TRIAL CALENDAR FOR PURPOSES OF MEDIATION

Plaintiff Belinda Stough and Defendant Jameson Inns respectfully move the Court to continue the Pretrial Conference and related deadlines, and to continue this case from the August 7, 2006 trial calendar in order to allow the parties an opportunity to participate in mediation. The parties submit that this motion is based on the following good cause:

    1.   On July 17, 2006, the Court issued a summary judgment ruling dismissing Plaintiff's retaliation claim (Count II) but finding that Counts I and III (Equal Pay Act and Sex Discrimination) were appropriate for trial.

    2.   A jury trial is currently scheduled in this matter for the week of August 7, 2006, the Pretrial Conference is scheduled

for Monday, July 31, 2006, the parties' proposed Pretrial Order is due on July 26, 2006, and deadlines related to the Pretrial Conference, including motions in limine, voir dire, jury instructions, deposition designations, and exhibit lists are due on Monday, July 24, 2006.

    3.    The parties have agreed to mediate this matter through the Middle District's Mediation Program.

    4.    Due to scheduling conflicts and the unavailability of Jameson Inns' General Counsel, who intends to participate in the Mediation and is the decision-maker, it is unlikely that a date for Mediation can be scheduled prior to the August 7, 2006 trial date.

    5.    Accordingly, the parties respectfully request that the Court continue this matter from the August 7, 2006 trial calendar to the Court's jury trial calendar in October 2006, that the Pretrial Conference currently scheduled for July 31, 2006, and the above-referenced filings due on Monday, July 24, 2006, and Wednesday, July 26, 2006, be continued until after the Mediation is conducted in this matter.

    A proposed Order is attached to this Joint Motion.

    This 24th day of July, 2006.

**Respectfully submitted,**

**By:** **s/ Jon C. Goldfarb_____**
**(with express permission)**
**Jon C. Goldfarb, Esq.**
**Alabama Bar No. ASB-5401-F58J**
**WIGGINS, CHILDS, QUINN & PANTAZIS,**
   **L.L.C.**
**The Kress Building**
**301 19th Street North**
**Birmingham, Alabama 35203**
**205-314-0500 (office)**
**205-254-1500 (fax)**
**jgoldfarb@wcqp.com**
**COUNSEL FOR PLAINTIFF**


**By:** **s/  Gary R. Kessler**
**Gary R. Kessler**
**Alabama Bar No. ASB-0251-L52G**
**IRVIN, STANFORD & KESSLER, LLP**
**3060 Peachtree Road, N.W.**
**Suite 1050**
**Atlanta, Georgia 30305**
**404-237-1020 (office)**
**404-237-1047 (facsimile)**
**gkessler@isklaw.com**
**COUNSEL FOR DEFENDANT**

```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF ALABAMA
                          EASTERN DIVISION
```

BELINDA STOUGH,                         :
                                        :
    Plaintiff,                          :
                                        :
v.                                      :    CASE NO. 3:05cv421-W
                                        :
JAMESON INNS, a company                 :
owned or operated by                    :
KITCHIN HOSPITALITY, LLC,               :
                                        :
    Defendant.                          :
_____

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing JOINT MOTION TO EXTEND PRETRIAL CONFERENCE, VACATE RELATED DEADLINES AND CONTINUE TRIAL FROM THE AUGUST 7, 2006 TRIAL CALENDAR FOR PURPOSES OF MEDIATION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Jon C. Goldfarb
    jgoldfarb@wcqp.com

    Angela J. Hill
    ajhill_law@bellsouth.net

    Kell Ascher Simon
    kas@wcqp.com

    Maury Steven Weiner
    mweiner@wcqp.com


This 24th day of July, 2006.

                                        s/ Gary R. Kessler
                                        Gary R. Kessler