UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : |
| Defendant. | : |

ORDER

Having considered the parties' Joint Motion to Extend Pretrial Conference, Vacate Related Deadlines And Continue Trial From The August 7, 2006 Trial Calendar For Purposes Of Mediation, and finding that it is based on good cause from the representations of the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that the parties mediate this matter, that this case be continued from the August 7, 2006 trial calendar, that the Pretrial Conference currently scheduled for July 31, 2006 and all related deadlines are continued and will be rescheduled if this case is not resolved by Mediation.

DONE this ___ day of _____, 2006.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

1