IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv421-SRW |
| ) | |
| JAMESON INNS, a company owned ) | |
| or operated by KITCHIN ) | |
| HOSPITALITY, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Having considered the parties' Joint Motion to Extend Pretrial Conference, Vacate Related Deadlines And Continue Trial From The August 7, 2006 Trial Calendar For Purposes Of Mediation, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The parties shall mediate this matter, this case is hereby continued from the August 7, 2006 trial calendar, and the Pretrial Conference currently scheduled for July 31, 2006 and all related deadlines are continued and will be rescheduled if this case is not resolved by Mediation.

Done, this 25th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE