# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )   **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned** | )   **3:05-cv-421-W** |
| **and/ or operated by KITCHIN** | ) |
| **HOSPITALITY, LLC,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO WITHDRAW

**COMES NOW**, Maury S. Weiner of Wiggins, Childs, Quinn & Pantazis, LLC, and moves the Court for permission to withdraw Kell A. Simon as counsel for Plaintiff in this case. As grounds for this Motion, movant states as follows:

    1.    Kell A. Simon is no longer working for Wiggins, Childs, Quinn & Pantazis, LLC, effective June 30, 2006.

    2.    Jon C. Goldfarb and Maury S. Weiner are already counsel of record for the Plaintiff in this case, and will continue to represent Plaintiff. No party will be prejudiced in any way by the withdrawal of Kell A. Simon as counsel for Plaintiff.

         Respectfully submitted,

         s/Maury S. Weiner
         Jon C. Goldfarb
         Maury S. Weiner
         Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

Law Office of Angela J. Hill
139 South Broadnax Street
Dadeville, Alabama 36853-1701
Telephone No.: (256) 825-8251
Facsimile No.: (256) 329-1442

## CERTIFICATE OF SERVICE

  I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants) this   18th   day of  August , 2006:

Gary R. Kessler, Esq.,
Irvin, Stanford & Kessler
3060 Peachtree Road, Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047

on this the   18th   day of   August  , 2006.

         s/Maury S. Weiner
         OF COUNSEL