IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| JAMESON INN, a company owned and/ or operated by KITCHIN HOSPITALITY, LLC, | ) CIVIL ACTION NO.: ) 3:05-cv-421-W ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

**COMES NOW**, Maury S. Weiner of Wiggins, Childs, Quinn & Pantazis, LLC, and moves the Court for permission to withdraw Kell A. Simon as counsel for Plaintiff in this case. As grounds for this Motion, movant states as follows:

1. Kell A. Simon is no longer working for Wiggins, Childs, Quinn & Pantazis, LLC, effective June 30, 2006.

2. Jon C. Goldfarb and Maury S. Weiner are already counsel of record for the Plaintiff in this case, and will continue to represent Plaintiff. No party will be prejudiced in any way by the withdrawal of Kell A. Simon as counsel for Plaintiff.

SCANNED

**MOTION GRANTED**

THIS 21st DAY OF August, 20 06

_____
UNITED STATES MAGISTRATE JUDGE