# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

| | | |
|---|---|---|
| HON. SUSAN R. WALKER, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 9/6/06 | AT | 4:16 p.m. to 4:49 p.m. |
| DATE COMPLETED: 9/6/06 | AT | Digital Recorded |

BELINDA STOUGH

    Plaintiff

VS.       CASE NO. 3:05CV421-SRW

JAMESON INNS

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Jon C. Goldfarb | | Atty. Gary R. Kessler |
| Atty. Maury Steven | | |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      (DIGITAL RECORDED)

( X ) OTHER PROCEEDINGS: ***PRETRIAL CONFERENCE***

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Pretrial Conference - 3:05cv421-SRW | |
|---|---|---|
| Date | 9 / 6 /2006 | Location Courtroom 5B |

| Time | Speaker | Note |
|---|---|---|
| 4 :16:53 PM | Court | Court convenes; parties present as noted; Discussions as to what is the major controversy of the case; |
| 4 :17:59 PM | Atty. Goldfarb | Response as to the claims in the case; Discussions of winings if plainitff wins; |
| 4 :20:11 PM | Court | Response; |
| 4 :20:19 PM | Atty. Goldfarb | Get liquidated damages on the equal pay claim and compensatory damages in punitiative damages; |
| 4 :20:22 PM | court | Discussion as to liquidated damages; |
| 4 :20:27 PM | Atty. Goldgarb | Would stop when she got terminated; |
| 4 :20:54 PM | Court | Dscussions as the amount of liquidated damages; |
| 4 :20:56 PM | Atty. Goldfarb | Response; |
| 4 :21:15 PM | Court | Discussion as to atty. fee rates; |
| 4 :21:29 PM | Atty. Goldfarb | At $275 an hour; |
| 4 :21:31 PM | Court | Is the bulk of it your time? |
| 4 :21:33 PM | Atty. Goldfarb | Yes, it is; |
| 4 :21:37 PM | Court | Some associate times or partners; |
| 4 :21:39 PM | Atty. Goldfarb | Did no include any paralegal time, just Maury; |
| 4 :21:50 PM | Court | You recommend using $275 and $225;  Discussion as to compensatory damages; |
| 4 :22:15 PM | Atty. Goldfarb | Response as to plnt panic attacks; |
| 4 :22:33 PM | Court | Dr. won't be called to testify; |
| 4 :22:36 PM | Atty. Goldfarb | Do not know doctor will be called or not; |
| 4 :22:51 PM | Court | What are her bills amount to; |
| 4 :22:53 PM | Atty. Goldfarb | They are not that much; She was able to go under her husband's insurance; |
| 4 :23:05 PM | Court | What the punitative damages? |
| 4 :23:10 PM | Atty. Goldfarb | Response; |
| 4 :24:03 PM | Court | Questions as to defts positions; |
| 4 :24:25 PM | Atty. Kessler | Response as to equal pay claim; |
| 4 :28:51 PM | Court | Discussion as to the length of time to try case; |
| 4 :29:03 PM | Atty. Goldfarb | Two days; |
| 4 :29:18 PM | Atty. Kessler | 3 to 4 days; |
| 4 :29:21 PM | Court | Who many witnesses: |
| 4 :29:27 PM | Atty. Goldfarb | At least 5; |
| 4 :29:32 PM | Court | Deft |
| 4 :29:35 PM | Atty. Kessler | May be 7; |
| 4 :29:38 PM | Court | |
| 4 :29:49 PM | Atty. Goldfarb | Discussion as to Monday being a jewish holiday; |
| 4 :30:01 PM | Court | The trial will be moved, to start the following week on that Monday;   Discussion as to settling case; |
| 4 :31:04 PM | Atty. Kessler | Have had some discussions; |
| 4 :31:36 PM | Atty. Goldfarb | Response; Another mediation would help; |
| 4 :32:18 PM | Court | Discussion as to having period set aside to work out case; |
| 4 :32:40 PM | Atty. Kessler | Response, don't know if a mediator would help or not; |
| 4 :32:50 PM | Court | Response; |

| 4:33:01 PM | Atty. Kessler | Discussions as to the fees; |
|---|---|---|
| 4:33:09 PM | Court | Response; |
| 4:33:26 PM | Atty. Goldfarb | Response; |
| 4:33:31 PM | Court | Is there any way the court can help?; |
| 4:33:33 PM | Atty. Kessler | Don't mind if you mediate it; |
| 4:33:35 PM | Court | We normally do not mediate our own cases; |
| 4:34:27 PM | Atty. Goldfarb | Response; |
| 4:34:45 PM | Court | Can review calandar; talk with your clients to may sure they don't mind me mediating the case and then trying the case; |
| 4:35:08 PM | Atty. Kessler | Response; |
| 4:35:19 PM | Atty. Goldfarb | I know mine wouldn't have a problem with it; |
| 4:35:22 PM | Court | Let my secretary know; |
| 4:35:57 PM | Court | Discussions as to what is required for trial; Trial briefs; motion in limines; |
| 4:36:37 PM | Atty. Kessler | Will file a motion in limine on the termination claim to exclude it; |
| 4:36:46 PM | Court | That's like a rule 20 motion or summary judgment motion; |
| 4:36:48 PM | Atty. Kessler | Its a jurisdictional issue; |
| 4:37:09 PM | Court | Discussion as to making a record or have new arguments; |
| 4:37:19 PM | Atty. Kessler | New arguments but also the record; |
| 4:37:29 PM | Court | |
| 4:37:40 PM | Atty. Kessler | Discussions as to motions planning to file; |
| 4:39:42 PM | Court | Question to plntfs regarding motions ; |
| 4:39:44 PM | Atty. Goldfarb | Will be filing something; |
| 4:40:06 PM | Court | Discussion as to trial schedule; |
| 4:40:39 PM | Atty. Kessler | How many jury to select; |
| 4:40:39 PM | Court | May be 6 may be 7; |
| 4:40:43 PM | Atty. Kessler | How many strikes we make; |
| 4:40:48 PM | Court | CRD may be better to answer that; Parties advised to contact Joyce Taylor and the jury administrator; Discussion as to equipment in the courthouse; |
| 4:42:34 PM | Atty. Kessler | Is this case going to be tried here or in Opelika; |
| 4:42:34 PM | Court | It will be Opelika; |
| 4:42:56 PM | Atty. Kessler | Would the court be interested in trying it here; |
| 4:43:00 PM | Court | Response; Discussions regarding exhibits; |
| 4:44:43 PM | Atty. Kessler | What is the court's preference; |
| 4:44:57 PM | Court | Notebook for the jury, and for the court; Discussions as to questionnaires; |
| 4:49:49 PM | Court | Court is recessed. |