**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **BELINDA STOUGH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.:** |
| **JAMESON INN, a company owned** ) | **3:05cv421-W** |
| **and/ or operated by KITCHIN** ) | |
| **HOSPITALITY, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT MOTION TO EXTEND TIME TO FILE**
**JOINT MOTION TO DISMISS**

**COME NOW,** the parties in the above-styled cause and respectfully moves this Honorable Court to extend the time for filing a joint motion to dismiss the above-styled case which is currently due on Friday, September 22, 2006.  The parties are currently finalizing the terms of the settlement agreement and would request an extension of time until October 9, 2006, in which to file the joint motion to dismiss.

Respectfully submitted this the  21st , day of September, 2006.

1

                    s/Maury S. Weiner
                    Jon C. Goldfarb (ASB-5401-F58J)
                    Maury S. Weiner (ASB-8856-W86M)
                    Counsel for Plaintiff
                    Belinda Stough

**OF COUNSEL**:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

                    s/Gary R. Kessler
                    Gary R. Kessler (ASB-0251-L52G)
                    Counsel for Defendant
                    Jameson Inn

**OF COUNSEL**:
Irvin, Stanford & Kessler, LLP
3060 Peachtree Road, NW
Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047