IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO.: |
| **JAMESON INN, a company owned** ) | 3:05cv421-W |
| **and/ or operated by KITCHIN** ) | |
| **HOSPITALITY, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT MOTION TO EXTEND TIME TO FILE
## JOINT MOTION TO DISMISS

**COME NOW,** the parties in the above-styled cause and respectfully moves this Honorable Court to extend the time for filing a joint motion to dismiss the above-styled case which is currently due on Friday, September 22, 2006. The parties are currently finalizing the terms of the settlement agreement and would request an extension of time until October 9, 2006, in which to file the joint motion to dismiss.

Respectfully submitted this the  21st , day of September, 2006.

## MOTION GRANTED

THIS 22 DAY OF September, 20 06

_____
UNITED STATES MAGISTRATE JUDGE