## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **BELINDA STOUGH,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JAMESON INN, a company owned** )<br>**and/ or operated by KITCHIN** )<br>**HOSPITALITY, LLC,** )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO.:**<br>**3:05cv421-W** |

## JOINT MOTION TO EXTEND TIME TO FILE
## JOINT MOTION TO DISMISS

**COME NOW,** the parties in the above-styled cause and respectfully move this Honorable Court to extend the time for filing a joint motion to dismiss the above-styled case which is currently due on Monday, October 9, 2006. The parties have almost finalized the terms of the settlement agreement and would request an extension of time until October 23, 2006, in which to file the joint motion to dismiss.

Respectfully submitted this the  6th , day of October , 2006.

1

                                      s/Maury S. Weiner
                                      Jon C. Goldfarb (ASB-5401-F58J)
                                      Maury S. Weiner (ASB-8856-W86M)
                                      Counsel for Plaintiff
                                      Belinda Stough

**OF COUNSEL**:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

                                      s/Gary R. Kessler
                                      Gary R. Kessler (ASB-0251-L52G)
                                      Counsel for Defendant
                                      Jameson Inn

**OF COUNSEL**:
Irvin, Stanford & Kessler, LLP
3060 Peachtree Road, NW
Suite 1050
Atlanta, Georgia 30305
Telephone No.: (404) 237-1020
Facsimile No.: (404) 237-1047