IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BELINDA STOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.: |
| JAMESON INN, a company owned | ) | 3:05cv421-W |
| and/ or operated by KITCHIN | ) | |
| HOSPITALITY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

JOINT MOTION TO EXTEND TIME TO FILE
JOINT MOTION TO DISMISS

**COME NOW,** the parties in the above-styled cause and respectfully move this Honorable Court to extend the time for filing a joint motion to dismiss the above-styled case which is currently due on Monday, October 9, 2006. The parties have almost finalized the terms of the settlement agreement and would request an extension of time until October 23, 2006, in which to file the joint motion to dismiss.

Respectfully submitted this the __6th__, day of __October__, 2006.

**MOTION GRANTED**

THIS __10th__ DAY OF __October__, 20 __06__

_____
UNITED STATES MAGISTRATE JUDGE

1