UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, | : |
|     Plaintiff, | : |
| v. | :   CASE NO. 3:05cv421-W |
| JAMESON INNS, a company owned or operated by KITCHIN HOSPITALITY, LLC, | : |
|     Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, through their undersigned attorneys of record, hereby voluntarily dismiss, **with prejudice**, all claims of Plaintiff Belinda Stough in the action styled _Belinda Stough v. Jameson Inns, a company owned or operated by Kitchin Hospitality, LLC_, Case No. 3:05cv421-W (M.D. Ala.), which was filed and is currently pending in the United States District Court for the Middle District of Alabama, Eastern Division. Each party shall bear its own attorneys' fees and costs.

This 1st day of November, 2006.

[Signatures On Next Page]

1

     **WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**

**By:** **s/ Jon C. Goldfarb**
   Jon C. Goldfarb
   (by Gary R. Kessler with express permission)
   The Kress Building
   301 19th Street North
   Birmingham, Alabama 35203
   205-314-0500 (office)
   205-254-1500 (facsimile)
   jgoldfarb@wcqp.com
   **COUNSEL FOR PLAINTIFF**


     **IRVIN, STANFORD & KESSLER, LLP**

**By:** **s/ Gary R. Kessler**
   Gary R. Kessler
   IRVIN, STANFORD & KESSLER, LLP
   3060 Peachtree Road, N.W.
   Suite 1050
   Atlanta, Georgia 30305
   404-237-1020 (office)
   404-237-1047 (facsimile)
   gkessler@isklaw.com
   **COUNSEL FOR DEFENDANT**

```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

BELINDA STOUGH,                         :
                                        :
    Plaintiff,                          :
                                        :
v.                                      :    CASE NO. 3:05cv421-W
                                        :
JAMESON INNS, a company                 :
owned or operated by                    :
KITCHIN HOSPITALITY, LLC,               :
                                        :
    Defendant.                          :
_____

## CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Jon C. Goldfarb

    Angela J. Hill

    Maury Steven Weiner

    This 1st day of November, 2006.

                                          s/ Gary R. Kessler
                                          Gary R. Kessler