IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BELINDA STOUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:05cv421-SRW |
| ) | |
| JAMESON INNS, a company owned or ) | |
| operated by KITCHIN HOSPITALITY, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to the stipulation of dismissal filed by the parties on November 1, 2006, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 2nd day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE